IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-0073-D

JAMES S. DEW, et al., )
 )
    Plaintiffs, )
 )
v. )
 )
E.I. DU PONT DE NEMOURS AND )
COMPANY, et al., )
 )
    Defendants. )
 )

## ORDER GRANTING CONSENT MOTION FOR
## LEAVE TO AMEND COMPLAINT AND SETTING OF DEADLINES

For good cause shown and pursuant to Federal Rule 15(a)(2) the consent motion of the Plaintiffs requesting leave to amend their complaint is GRANTED. The Court further orders:

    a. Plaintiffs shall file their amended complaint on or before June 29, 2018.

    b. Defendants shall respond to Plaintiffs' amended complaint on or before July 31, 2018.

    c. Upon the filing of Plaintiffs' amended complaint, Defendants' pending Motion to Dismiss shall be rendered moot.

SO ORDERED.

Dated: June __21__, 2018.

                                                                                                               _J. Dever_
                                                                                         UNITED STATES DISTRICT JUDGE