IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| JAMES S. DEW, et al., | ) | No. 5:18-CV-0073-D |
| Plaintiffs, | ) | |
| v. | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, a business entity form unknown; THE CHEMOURS COMPANY, a Delaware corporation; THE CHEMOURS COMPANY FC, LLC, a Delaware limited liability company, and DOES 1 to 25, | ) | |
| Defendants. | ) | |
| JAMES O'BRIEN, et al., | ) | No. 5:20-CV-00208-D |
| Plaintiffs, | ) | |
| v. | ) | |
| E.I. DU PONT DE NEMOURS AND COMPANY, a business entity form unknown; THE CHEMOURS COMPANY, a Delaware corporation; THE CHEMOURS COMPANY FC, LLC, a Delaware limited liability company, and DOES 1 to 25, | ) | |
| Defendants. | ) | |

ORDER

This matter is before the Court on the Defendants' Consent Motion to Consolidate for Discovery and Pretrial Proceedings (the "Motion") pursuant to Rule 42(a) of the Federal Rules of Civil Procedure. (D.E. 72). The Motion seeks to consolidate the two above-captioned matters for discovery and for pretrial proceedings. For good cause shown, the Motion is GRANTED.

IT IS ORDERED that the two matters captioned above be, and hereby are, consolidated for purposes of discovery and pretrial proceedings only. This Order does not consolidate these matters for trial. Until further Order of this Court, counsel are directed to caption any papers filed or served in these matters as styled above and to file all papers related to either matter on the docket of *James S. Dew, et al. v. E.I. DuPont de Nemours and Company, The Chemours Company, The Chemours Company FC LLC, and Does 1 to 25*, No. 5:18-cv-0073-D.

SO ORDERED, this the 20 day of July, 2020.

James C. Dever III
United States District Judge