# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| JAMES S. DEW, et al., | |
|     Plaintiffs, | Case No. 5:18-cv-0073-D |
| v. | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | |
|     Defendants. | |
| | |
| JAMES O'BRIEN, et al. | |
|     Plaintiffs, | Case No. 5:20-CV-00208-D |
| v. | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al. | |
|     Defendants. | |

## <u>NOTICE OF AMENDMENT TO ADD PLAINTIFFS</u>

Through this Notice of Amendment to Add Plaintiffs, the Complaint (ECF 1) in *James O'Brien, et al. v. E.I. DuPont de Nemours and Company, et al.*, 5:20-cv-00208-D shall be considered as amended to include the following Plaintiffs and the below-listed information regarding such Plaintiffs:

    I.    Albert Ashley

        a.   Place of Residence: 1708 Belgrave Circle, Hope Mills, NC 28348

b. Albert Ashley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1708 Belgrave Circle, Hope Mills, NC 28348.

II. James Autry

a. Place of Residence: 3370 County Line Road, Fayetteville, NC 28306

b. James Autry owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3370 County Line Road, Fayetteville, NC 28306.

III. Vivian Autry

a. Place of Residence: 3370 County Line Road, Fayetteville, NC 28306

b. Vivian Autry owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3370 County Line Road, Fayetteville, NC 28306.

IV. Robert Barden

a. Place of Residence: 2071 John Hall Road, Fayetteville, NC 28312

b. Robert Barden owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2071 John Hall Road, Fayetteville, NC 28312.

V. Sara Barden

a. Place of Residence: 2071 John Hall Road, Fayetteville, NC 28312

b. Sara Barden owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2071 John Hall Road, Fayetteville, NC 28312.

VI. Claude Barnes Jr.

a. Place of Residence: 7069 Tabor Church Road, Fayetteville, NC 28312

b. Claude Barnes Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7069 Tabor Church Road, Fayetteville, NC 28312.

VII. Ellis Barnes

a. Place of Residence: 305 Grummen Road, Hope Mills, NC 28348

b. Ellis Barnes owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 305 Grummen Road, Hope Mills, NC 28348.

VIII. Shirley Battle Dietrich

a. Place of Residence: 1761 Carl Freeman Road, Stedman, NC 28391

b. Shirley Battle Dietrich owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1761 Carl Freeman Road, Stedman, NC 28391.

IX.     Kimberly Batton

    a.  Place of Residence: 4800 Addie Lane, Fayetteville, NC 28306

    b.  Kimberly Batton owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 4800
Addie Lane, Fayetteville, NC 28306.

X.      Linda Bennion

    a.  Place of Residence: 6212 Braxton Road, Hope Mills, NC 28348

    b.  Linda Bennion owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6212
Braxton Road, Hope Mills, NC 28348.

XI.     Thomas W Bennion

    a.  Place of Residence: 6212 Braxton Road, Hope Mills, NC 28348

    b.  Thomas W Bennion owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6212
Braxton Road, Hope Mills, NC 28348.

XII.    Earl Benson

    a.  Place of Residence: 7028 Pope Cashwell Court, Hope Mills, NC 28348

    b.  Earl Benson owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 7028 Pope Cashwell Court, Hope Mills, NC 28348.

XIII. Geneva Benson

    a. Place of Residence: 7028 Pope Cashwell Court, Hope Mills, NC 28348

    b. Geneva Benson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 7028 Pope Cashwell Court, Hope Mills, NC 28348.

XIV. Judy Benton

    a. Place of Residence: 2163 Fields Road, Fayetteville, NC 28312

    b. Judy Benton owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2163 Fields Road, Fayetteville, NC 28312.

XV. Wayne Benton

    a. Place of Residence: 2163 Fields Road, Fayetteville, NC 28312

    b. Wayne Benton owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2163 Fields Road, Fayetteville, NC 28312.

XVI. Michael Boswell

    a. Place of Residence: 6613 Cedar Oaks Circle, Hope Mills, NC 28348

b. Michael Boswell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6613 Cedar Oaks Circle, Hope Mills, NC 28348.

XVII. Denia Bravo

a. Place of Residence: 4635 Kirk Shaw Road, Hope Mills, NC 28348

b. Denia Bravo owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4635 Kirk Shaw Road, Hope Mills, NC 28348.

XVIII. Diana Britt

a. Place of Residence: 363 Canadian Avenue, Hope Mills, NC 28348

b. Diana Britt owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 363 Canadian Avenue, Hope Mills, NC 28348.

XIX. Frances Brunson

a. Place of Residence: 4411 Dudley Road, Fayetteville, NC 28312

b. Frances Brunson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4411 Dudley Road, Fayetteville, NC 28312.

XX. Dayton Bryant

a. Place of Residence: 2571 Pea Field Road, Stedman, NC 28391

b. Dayton Bryant owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2571 Pea Field Road, 2580 Pea Field Road and 2515 Pea Field Road, Stedman, NC 28391.

XXI. Gary Bryant

a. Place of Residence: 6928 Sim Canady Road, Hope Mills, NC 28348

b. Gary Bryant owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6928 Sim Canady Road, Hope Mills, NC 28348.

XXII. Linda Bryant

a. Place of Residence: 6928 Sim Canady Road, Hope Mills, NC 28348

b. Linda Bryant owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6928 Sim Canady Road, Hope Mills, NC 28348.

XXIII. Patricia Bryant

a. Place of Residence: 2571 Pea Field Road, Fayetteville, NC 28391

b. Patricia Bryant owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2571 Pea Field Road, Fayetteville, NC 28391.

XXIV. Deanna Bullard

    a. Place of Residence: 1605 Canady Pond Road, Hope Mills, NC 28348

    b. Deanna Bullard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1605 Canady Pond Road, Hope Mills, NC 28348.

XXV. Malcolm Bullard

    a. Place of Residence: 1605 Canady Pond Road, Hope Mills, NC 28348

    b. Malcolm Bullard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1605 Canady Pond Road, Hope Mills, NC 28348.

XXVI. Shelby Bullard

    a. Place of Residence: 2477 Stedman - Cedar Creek Road, Stedman, NC 28391

    b. Shelby Bullard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2477 Stedman - Cedar Creek Road, Stedman, NC 28391.

XXVII. Alma Burns

    a. Place of Residence: 1540 Sandhill Road, Hope Mills, NC 28348

    b. Alma Burns owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1540 Sandhill Road, Hope Mills, NC 28348.

XXVIII. David Burns

    a. Place of Residence: 1540 Sandhill Road, Hope Mills, NC 28348

    b. David Burns owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1540 Sandhill Road, Hope Mills, NC 28348.

XXIX. Janice Burton

    a. Place of Residence: 2068 Teesdale Drive, Hope Mills, NC 28348

    b. Janice Burton owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2068 Teesdale Drive, Hope Mills, NC 28348.

XXX. John Burton

    a. Place of Residence: 2068 Teesdale Drive, Hope Mills, NC 28348

    b. John Burton owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2068 Teesdale Drive, Hope Mills, NC 28348.

XXXI. Allen Callahan

    a. Place of Residence: 1551 Yarborough Road, Parkton, NC 28371

b. Allen Callahan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1551 Yarborough Road, Parkton, NC 28371.

XXXII.   Deborah Callahan

a. Place of Residence: 1551 Yarborough Road, Parkton, NC 28371

b. Deborah Callahan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1551 Yarborough Road, Parkton, NC 28371.

XXXIII.   Edna Cameron

a. Place of Residence: 4233 Butler Nursery Road, Fayetteville, NC 28306

b. Edna Cameron owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4233 Butler Nursery Road, Fayetteville, NC 28306.

XXXIV.   Angie Campbell

a. Place of Residence: 2175 Cora Drive, Hope Mills, NC 28348

b. Angie Campbell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2175 Cora Drive, Hope Mills, NC 28348.

XXXV.   Carl Campbell

a. Place of Residence: 2175 Cora Drive, Hope Mills, NC 28348

b. Carl Campbell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2175 Cora Drive, Hope Mills, NC 28348.

XXXVI.  Boyd Canady

a. Place of Residence: 1426 John McMillan Road, Hope Mills, NC 28348

b. Boyd Canady owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1426 John McMillan Road and 1119 Canady Pond Road, Hope Mills, NC 28348.

XXXVII.  Charles Jonathan Canady

a. Place of Residence: 1636 John McMillan Road, Hope Mills, NC 28348

b. Charles Canady owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1636 John McMillan Road, Hope Mills, NC 28348.

XXXVIII. David Canady

a. Place of Residence: 751 Kairos Drive, Parkton, NC 28371

b. David Canady owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 751 Kairos Drive, Parkton, NC 28371.

XXXIX.   Jeanne Canady

    a.   Place of Residence: 751 Kairos Drive, Parkton, NC 28371

    b.   Jeanne Canady owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.   The harmed property includes, but is not limited to, property located at 751
Kairos Drive, Parkton, NC 28371.

XL.   Art Carter

    a.   Place of Residence: 2024 Iris Drive, Hope Mills, NC 28348

    b.   Art Carter owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.   The harmed property includes, but is not limited to, property located at 2024 Iris
Drive, Hope Mills, NC 28348.

XLI.   Evelyn Carter

    a.   Place of Residence: 1736 Yarborough Road, Parkton, NC 28371

    b.   Evelyn Carter owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.   The harmed property includes, but is not limited to, property located at 1736
Yarborough Road, Parkton, NC 28371.

XLII.  Frances Carter

    a.   Place of Residence: 4948 Tabor Church Road, Fayetteville, NC 28312

    b.   Frances Carter owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4948 Tabor Church Road, Fayetteville, NC 28312.

XLIII.  Mitchell Carter

a.  Place of Residence: 6002 Loudon Circle, Hope Mills, NC 28348

b.  Mitchell Carter owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 1736 Yarborough Road, Parkton, NC 28371.

XLIV.  Kathy Chavis

a.  Place of Residence: 3464 A B Carter Road, Fayetteville, NC 28312

b.  Kathy Chavis owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 3464 A B Carter Road, Fayetteville, NC 28312.

XLV.  Raymond Chavis

a.  Place of Residence: 3464 A B Carter Road, Fayetteville, NC 28312

b.  Raymond Chavis owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 3464 A B Carter Road, Fayetteville, NC 28312.

XLVI.  Ethel Christopher

a.  Place of Residence: 5619 Dudley Road, Fayetteville, NC 28312

b. Ethel Christopher owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5619 Dudley Road, Fayetteville, NC 28312.

XLVII. Loretta Cloer

a. Place of Residence: 6433 Cedar Creek Road, Fayetteville, NC 28312

b. Loretta Cloer owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6433 Cedar Creek Road, Fayetteville, NC 28312.

XLVIII. James Coltrane

a. Place of Residence: 3481 Butler Nursery Road, Fayetteville, NC 28306

b. James Coltrane owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3481 Butler Nursery Road, Fayetteville, NC 28306.

XLIX. Teresa Coltrane

a. Place of Residence: 3481 Butler Nursery Road, Fayetteville, NC 28306

b. Teresa Coltrane owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3481 Butler Nursery Road, Fayetteville, NC 28306.

L. Charlene Cook

      a.  Place of Residence: 4371 Marshwood Lake Road, Fayetteville, NC 28306

      b.  Charlene Cook owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 4371 Marshwood Lake Road, Fayetteville, NC 28306.

LI.   Matthew Cook

      a.  Place of Residence: 4371 Marshwood Lake Road, Fayetteville, NC 28306

      b.  Matthew Cook owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 4371 Marshwood Lake Road, Fayetteville, NC 28306.

LII.   Scott Craig

      a.  Place of Residence: 637 Alexwood Drive, Hope Mills, NC 28348

      b.  Scott Craig owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 7041 Shalimar Lane, Hope Mills, NC 28348.

LIII.   Mary Crowder

      a.  Place of Residence: 262 McNeill Street, Hope Mills, NC 28348

      b.  Mary Crowder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 262 McNeill Street, Hope Mills, NC 28348.

LIV.    Timothy Crowder

    a.  Place of Residence: 262 McNeill Street, Hope Mills, NC 28348

    b.  Timothy Crowder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 262 McNeill Street, Hope Mills, NC 28348.

LV.    Ann Davis

    a.  Place of Residence: 6920 County Place Drive, Hope Mills, NC 28348

    b.  Ann Davis owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6920 County Place Drive, Hope Mills, NC 28348.

LVI.    Darrell Davis

    a.  Place of Residence: 6920 County Place Drive, Hope Mills, NC 28348

    b.  Darrell Davis owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6920 County Place Drive, Hope Mills, NC 28348.

LVII.  John Dietrich

    a.  Place of Residence: 1761 Carl Freeman Road, Stedman, NC 28391

    b.  John Dietrich owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 1761 Carl Freeman Road, Stedman, NC 28391.

LVIII.  Jerry Dillard

a.   Place of Residence: 6000 Poseidon Way, Hope Mills, NC 28348

b.   Jerry Dillard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 6000 Poseidon Way, Hope Mills, NC 28348.

LIX.   Kimberley Dillard

a.   Place of Residence: 6000 Poseidon Way, Hope Mills, NC 28348

b.   Kimberley Dillard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 6000 Poseidon Way, Hope Mills, NC 28348.

LX.   Leslie Eckert

a.   Place of Residence: 3724 Galvants Ferry Lane, Fayetteville, NC 28306

b.   Leslie Eckert owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 3724 Galvants Ferry Lane, Fayetteville, NC 28306.

LXI.   Kittie Elrod

a.   Place of Residence: 8500 Governors Lane, Hope Mills, NC 2838

b. Kittie Elrod owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8500 Governors Lane, Hope Mills, NC 2838.

LXII. Ronald Elrod

a. Place of Residence: 8500 Governors Lane, Hope Mills, NC 28348

b. Ronald Elrod owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8500 Governors Lane, Hope Mills, NC 28348.

LXIII. Lisa Enloe

a. Place of Residence: 2145 Fields Road, Fayetteville, NC 28312

b. Lisa Enloe owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2145 Fields Road, Fayetteville, NC 28312.

LXIV. Scott Enloe

a. Place of Residence: 2145 Fields Road, Fayetteville, NC 28312

b. Scott Enloe owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2145 Fields Road, Fayetteville, NC 28312.

LXV. Gary Faulkner

a.  Place of Residence: 3498 County Line Road, Fayetteville, NC 28306

b.  Gary Faulkner owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 3498 County Line Road, Fayetteville, NC 28306.

LXVI. Jeffery Floyd

a.  Place of Residence: 2821 Chickenfoot Road, Hope Mills, NC 28348

b.  Jeffery Floyd owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2821 Chickenfoot Road, Hope Mills, NC 28348.

LXVII. Penny Floyd

a.  Place of Residence: 2821 Chickenfoot Road, Hope Mills, NC 28348

b.  Penny Floyd owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2821 Chickenfoot Road, Hope Mills, NC 28348.

LXVIII.    Four Family Farms LLC

a.  Place of Residence: 1609 Pugh Street, Fayetteville, NC 28305

b.   Four Family Farms LLC owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4902 Cedar Creek Road, Fayetteville, NC 28312.

19

LXIX. Daniel Fugate

    a. Place of Residence: 6558 Turnbull Road, Fayetteville, NC 28312

    b. Daniel Fugate owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6558 Turnbull Road and 6521 Turnbull Road, Fayetteville, NC 28312.

LXX. Sarah Fugate

    a. Place of Residence: 6558 Turnbull Road, Fayetteville, NC 28312

    b. Sarah Fugate owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6558 Turnbull Road, Fayetteville, NC 28312.

LXXI. David Futral

    a. Place of Residence: 7613 Documentary Drive, Fayetteville, NC 28306

    b. David Futral owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 7613 Documentary Drive, Fayetteville, NC 28306.

LXXII. James Gardner

    a. Place of Residence: 5881 St. Josephs Drive, Fayetteville, NC 28306

    b. James Gardner owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5881 St. Josephs Drive and 5885 St. Josephs Drive, Fayetteville, NC 28306.

LXXIII.  Lindy Gardner

a. Place of Residence: 5881 St. Josephs Drive, Fayetteville, NC 28306

b. Lindy Gardner owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5881 St. Josephs Drive and 5885 St. Josephs Drive, Fayetteville, NC 28306.

LXXIV.  Marcie Garris

a. Place of Residence: 3520 A.B. Carter Road, Fayetteville, NC 28312

b. Marcie Garris owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3520 A.B. Carter Road, Fayetteville, NC 28312.

LXXV.  Mitchell Gilmore

a. Place of Residence: 4932 S Main Street, Hope Mills, NC 28348

b. Mitchell Gilmore owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4932 S Main Street, Hope Mills, NC 28348.

LXXVI.  Kris Gover

a. Place of Residence: 2850 Evans Dairy Road, Fayetteville, NC 28312

b. Kris Gover owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2850 Evans Dairy Road, Fayetteville, NC 28312.

LXXVII. Suzanne Gover

a. Place of Residence: 2850 Evans Dairy Road, Fayetteville, NC 28312

b. Suzanne Gover owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2850 Evans Dairy Road, Fayetteville, NC 28312.

LXXVIII. Daniel Graves

a. Place of Residence: 8566 Governors Lane, Hope Mills, NC 28348

b. Daniel Graves owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8566 Governors Lane, Hope Mills, NC 28348.

LXXIX. Ruth Graybill

a. Place of Residence: 1913 Pineville Drive, Hope Mills, NC 28348

b. Ruth Graybill owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1913 Pineville Drive, Hope Mills, NC 28348.

LXXX. Stephen Graybill

a. Place of Residence: 1913 Pineville Drive, Hope Mills, NC 28348

b. Stephen Graybill owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1913 Pineville Drive, Hope Mills, NC 28348.

LXXXI.   Samantha Gryka Hickman

a. Place of Residence: 6527 Cedar Creek Road, Fayetteville, NC 28312

b. Samantha Gryka Hickman owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6527 Cedar Creek Road, Fayetteville, NC 28312.

LXXXII.   Dominique Guay

a. Place of Residence: 4181 Owls Head Road, Fayetteville, NC 28306

b. Dominique Guay owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4181 Owls Head Road, Fayetteville, NC 28306.

LXXXIII.   Keith Harris

a. Place of Residence: 618 Porter Road, Hope Mills, NC 28348

b. Keith Harris owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 618 Porter Road, Hope Mills, NC 28348.

LXXXIV.  Jesse Hart

    a.  Place of Residence: 5101 Doc Bennett Road, Fayetteville, NC 28306

    b.  Jesse Hart owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 5101 Doc
Bennett Road, Fayetteville, NC 28306.

LXXXV.  Florence Hausler

    a.  Place of Residence: 2217 Pridgeonfarm Road, Fayetteville, NC 28306

    b.  Florence Hausler owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2217
Pridgeonfarm Road, Fayetteville, NC 28306.

LXXXVI.  Robert Hausler

    a.  Place of Residence: 2217 Pridgeonfarm Road, Fayetteville, NC 28306

    b.  Robert Hausler owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2217
Pridgeonfarm Road, Fayetteville, NC 28306.

LXXXVII. Alton Horne

    a.  Place of Residence: 2006 John Deere Road, Fayetteville, NC 28312

    b.  Alton Horne owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2006 John

        Deere Road, Fayetteville, NC 28312.

LXXXVIII.      Maston Howze

    a.  Place of Residence: 1360 Griswold Drive, Stedman, NC 28391

    b.  Maston Howze owns property damaged as a result of the presence of Defendants'

        PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 1360

        Griswold Drive, Stedman, NC 28391.

LXXXIX. Carol Huggins

    a.  Place of Residence: 6752 Loblolly Drive, Hope Mills, NC 28348

    b.  Carol Huggins owns property damaged as a result of the presence of Defendants'

        PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6752

        Loblolly Drive, Hope Mills, NC 28348.

XC.    Mitchell Huggins

    a.  Place of Residence: 6752 Loblolly Drive, Hope Mills, NC 28348

    b.  Mitchell Huggins owns property damaged as a result of the presence of

        Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6752

        Loblolly Drive, Hope Mills, NC 28348.

XCI.   Gladys Hunt

    a.  Place of Residence: 7158 Eagle Springs Drive, Hope Mills, NC 28348

b. Gladys Hunt owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7158 Eagle Springs Drive, Hope Mills, NC 28348.

XCII. Candice Inman

a. Place of Residence: 984 Pan Drive, Hope Mills, NC 28348

b. Candice Inman owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 984 Pan Drive, Hope Mills, NC 28348.

XCIII. Bonnie James

a. Place of Residence: 5219 Sunset View Road, Fayetteville, NC 28306

b. Bonnie James owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5219 Sunset View Road, Fayetteville, NC 28306.

XCIV. Willie James

a. Place of Residence: 5219 Sunset View Road, Fayetteville, NC 28306

b. Willie James owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5219 Sunset View Road, Fayetteville, NC 28306.

XCV. Lawton Jenkins

a. Place of Residence: 4467 Stencel Smith Drive, Fayetteville, NC 28312

b. Lawton Jenkins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4467 Stencel Smith Drive and 4502 Stencel Smith Drive, Fayetteville, NC 28312.

XCVI. Sandra Jenkins

a. Place of Residence: 4838 Cedar Creek Road, Fayetteville, NC 28312

b. Sandra Jenkins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4838 Cedar Creek Road, Fayetteville, NC 28312.

XCVII. Truman Jenkins

a. Place of Residence: 4838 Cedar Creek Road, Fayetteville, NC 28312

b. Truman Jenkins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4838 Cedar Creek Road, Fayetteville, NC 28312.

XCVIII. Melissa Jernigan

a. Place of Residence: 3061 Blossom Road, Fayetteville, NC 28306

b. Melissa Jernigan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3061 Blossom Road, Fayetteville, NC 28306.

XCIX. Robert Jernigan

    a. Place of Residence: 3061 Blossom Road, Fayetteville, NC 28306

    b. Robert Jernigan owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3061
       Blossom Road, Fayetteville, NC 28306.

C. Angela Johnson

    a. Place of Residence: 6971 Point East Drive, Fayetteville, NC 28306

    b. Angela Johnson owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6971 Point
       East Drive, Fayetteville, NC 28306.

CI. Johnnie Johnson

    a. Place of Residence: 7447 Cedar Creek Road, Fayetteville, NC 28312

    b. Johnnie Johnson owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 7447
       Cedar Creek Road, Fayetteville, NC 28312.

CII. Michelle Johnson

    a. Place of Residence: 7447 Cedar Creek Road, Fayetteville, NC 28312

    b. Michelle Johnson owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7447 Cedar Creek Road, Fayetteville, NC 28312.

CIII. Roy Johnson III

a. Place of Residence: 6971 Point East Drive, Fayetteville, NC 28306

b. Roy Johnson III owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6971 Point East Drive, Fayetteville, NC 28306.

CIV. James Jones

a. Place of Residence: 1753 Hwy 20, Saint Pauls, NC 28384

b. James Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1753 Hwy 20, St Pauls, NC 28384 and 1755 Hwy 20, St Pauls, NC 28384.

CV. Jane Jones

a. Place of Residence: 2646 McFayden Road, Fayetteville, NC 28306

b. Jane Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2646 McFayden Road, Fayetteville, NC 28306.

CVI. Roesette Jones

a. Place of Residence: 1753 Hwy 20, St Pauls, NC 28384

b. Roesette Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1753 Hwy 20, St Pauls, NC 28384 and 1755 Hwy 20, St Pauls, NC 28384.

CVII.   Sheri Jones

a. Place of Residence: 6459 Sangi Lane, Fayetteville, NC 28312

b. Sheri Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6459 Sangi Lane, Fayetteville, NC 28312.

CVIII.  Buster Kelly

a. Place of Residence: 2308 NC HWY 20, Saint Pauls, NC 28384

b. Buster Kelly owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2308 NC HWY 20, Saint Pauls, NC 28384.

CIX.   Lucy Kempf

a. Place of Residence: 7028 NC Hwy 87 S, Fayetteville, NC 28306

b. Lucy Kempf owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7028 NC Hwy 87 S, Fayetteville, NC 28306.

CX.   Andrew Kocsis

a. Place of Residence: 2534 Smith Road, Fayetteville, NC 28306

b. Andrew Kocsis owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2534 Smith Road and 2524 Smith Road, Fayetteville, NC 28306.

CXI. Mary Canady Laughlin

a. Place of Residence: 6520 Sim Canady Road, Hope Mills, NC 28348

b. Mary Laughlin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6520 Sim Canady Road and 6548 Sim Canady Road, Hope Mills, NC 28348.

CXII. Michael Laughlin

a. Place of Residence: 6520 Sim Canady Road, Hope Mills, NC 28348

b. Michael Laughlin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6520 Sim Canady Road, Hope Mills, NC 28348.

CXIII. Mary Laughlin-McCloskey

a. Place of Residence: 840 Nisqually Park Drive SE, Olympia, WA 98513

b. Mary Laughlin-McCloskey owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1211 Canady Pond Road, Hope Mills, NC 28348.

CXIV. Lewis Dove Realtor Incorporated

    a. Place of Residence: 1640 Fan Hill Road, Hope Mills, NC 28348

    b. Lewis Dove Realtor Incorporated owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1640 Fan Hill Road, Hope Mills, NC 28348.

CXV. Dustin Maguin

    a. Place of Residence: 3544 Thrower Road, Hope Mills, NC 28348

    b. Dustin Maguin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3544 Thrower Road, Hope Mills, NC 28348.

CXVI. Donald Manley

    a. Place of Residence: 8230 Burney Road, White Oak, NC 28399

    b. Donald Manley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 8230 Burney Road, White Oak, NC 28399.

CXVII. Robert May

    a. Place of Residence: 8500 Congressional Ave, Hope Mills, NC 28348

    b. Robert May owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8500 Congressional Ave, Hope Mills, NC 28348.

CXVIII. Barbara McArthur

a. Place of Residence: 1245 S Elizabeth St Ext, St Pauls, NC 28384

b. Barbara McArthur owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1245 S Elizabeth St Ext, St Pauls, NC 28384.

CXIX. Danny McArthur

a. Place of Residence: 245 S Elizabeth St Ext, St Pauls, NC 28384

b. Danny McArthur owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 245 S Elizabeth St Ext, St Pauls, NC 28384.

CXX. Donald McCullough

a. Place of Residence: 5192 Grays Creek Church Road, Hope Mills, NC 28348

b. Donald McCullough owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5192 Grays Creek Church Road, Hope Mills, NC 28348.

CXXI. Katisha McCullough

a. Place of Residence: 5192 Grays Creek Church Road, Hope Mills, NC 28348

b. Katisha McCullough owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5192 Grays Creek Church Road, Hope Mills, NC 28348.

CXXII. Brenda McDowell

a. Place of Residence: 7053 NC Hwy 87 S, Fayetteville, NC 28306

b. Brenda McDowell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7053 NC Hwy 87 S, 7345 Butler Nursery Road, 7339 Butler Nursery Road, 7300 McDowell Court, 7304 McDowell Court, 7308 McDowell Court, 7312 McDowell Court, 7316 McDowell Court, 7324 McDowell Court, 7341 McDowell Court, 7337 McDowell Court, 7333 McDowell Court Fayetteville, NC 28306.

CXXIII. David McDowell

a. Place of Residence: 7053 NC Hwy 87 S, Fayetteville, NC 28306

b. David McDowell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7053 NC Hwy 87 S, 7345 Butler Nursery Road, 7339 Butler Nursery Road, 7300 McDowell Court, 7304 McDowell Court, 7308 McDowell Court, 7312 McDowell Court, 7316 McDowell Court, 7324 McDowell Court, 7341 McDowell Court, 7337 McDowell Court, 7333 McDowell Court Fayetteville, NC 28306.

CXXIV. Sandy McIntosh

a.  Place of Residence: 4642 Horne Street, Fayetteville, NC 28312

b.  Sandy McIntosh owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4642 Horne Street, Fayetteville, NC 28312.

CXXV.   Harvey McKoy Jr.

a.  Place of Residence: 5232 Hub Johnson Road, Hope Mills, NC 28348

b.  Harvey McKoy Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5232 Hub Johnson Road, Hope Mills, NC 28348.

CXXVI.   Kimberly McKoy

a.  Place of Residence: 5223 Hub Johnson Road, Hope Mills, NC 28348

b.  Kimberly McKoy owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5223 Hub Johnson Road, Hope Mills, NC 28348.

CXXVII.   Arnold McLaurin

a.  Place of Residence: 7371 Fire Department Road, Hope Mills, NC 28348

b.  Arnold McLaurin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7371 Fire Department Road, Hope Mills, NC 28348.

CXXVIII.  Rena McLaurin

   a.  Place of Residence: 7371 Fire Department Road, Hope Mills, NC 28348

   b.  Rena McLaurin owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 7371 Fire
       Department Road, Hope Mills, NC 28348.

CXXIX.  Robert Mclean

   a.  Place of Residence: 6141 Braxton Road, Hope Mils, NC 28348

   b.  Robert Mclean owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 6141
       Braxton Road and 6273 Braxton Road, Hope Mils, NC 28348.

CXXX.  Marcus Mclean

   a.  Place of Residence: 6273 Braxton Road, Hope Mills, NC 28348

   b.  Marcus Mclean owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 6273
       Braxton Road, 6141 Braxton Road and 5991 Braxton Road, Hope Mills, NC
       28348.

CXXXI.  Betty McNeil

   a.  Place of Residence: 5485 Dudley Road, Fayetteville, NC 28312

   b.  Betty McNeil owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5485 Dudley Road and 4055 Dudley Road, Fayetteville, NC 28312.

CXXXII.  Henrietta Medlock

a.  Place of Residence: 2323 Yarborough Road, St Pauls, NC 28384

b.  Henrietta Medlock owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2323 Yarborough Road, St Pauls, NC 28384.

CXXXIII.  Baltazar Melendez

a.  Place of Residence: 5371 Hwy 210 S, Fayetteville, NC 28391

b.  Baltazar Melendez owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5371 Hwy 210 S and 6371 NC Hwy 210 S, Fayetteville, NC 28391.

CXXXIV.  Hector Mendoza

a.  Place of Residence: 8539 Independence Drive, Hope Mills, NC 28348

b.  Hector Mendoza owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 8539 Independence Drive, Hope Mills, NC 28348.

CXXXV.  Zaida Mendoza

a.  Place of Residence: 8539 Independence Drive, Hope Mills, NC 28348

b. Zaida Mendoza owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8539 Independence Drive, Hope Mills, NC 28348.

CXXXVI. Mark Menscer

a. Place of Residence: 763 Canady Road, Parkton, NC 28371

b. Mark Menscer owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 763 Canady Road, Parkton, NC 28371.

CXXXVII. Donald Mercurio

a. Place of Residence: 4508 Ferrand Drive, Fayetteville, NC 28306

b. Donald Mercurio owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4508 Ferrand Drive, Fayetteville, NC 28306.

CXXXVIII. Karen Miller

a. Place of Residence: 6674 Sim Canady Road, Hope Mills, NC 28348

b. Karen Miller owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6674 Sim Canady Road, Hope Mills, NC 28348.

CXXXIX. Rosie Milligan

a.   Place of Residence: 4795 Grays Creek Church Road, Hope Mills, NC 28348

b.   Rosie Milligan owns property damaged as a result of the presence of Defendants'
     PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 4795
     Grays Creek Church Road, Hope Mills, NC 28348.

CXL.  Willie Milligan

a.   Place of Residence: 4795 Grays Creek Church Road, Hope Mills, NC 28348

b.   Willie Milligan owns property damaged as a result of the presence of Defendants'
     PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 4795
     Grays Creek Church Road, Hope Mills, NC 28348.

CXLI.  Kirk Morris

a.   Place of Residence: 6729 Country Downs Drive, Hope Mills, NC 28348

b.   Kirk Morris owns property damaged as a result of the presence of Defendants'
     PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 6729
     Country Downs Drive, Hope Mills, NC 28348.

CXLII. Leslie Morris

a.   Place of Residence: 6729 Country Downs Drive, Hope Mills, NC 28348

b.   Leslie Morris owns property damaged as a result of the presence of Defendants'
     PFAS chemicals.

c.   The harmed property includes, but is not limited to, property located at 6729
     Country Downs Drive, Hope Mills, NC 28348.

CXLIII. Lucinda Morris

    a. Place of Residence: 4541 Sullivan Road, Fayetteville, NC 28312

    b. Lucinda Morris owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3254 Blossom Road, Fayetteville, NC 28306.

CXLIV. Douglas Mullins

    a. Place of Residence: 5905 Turnbull Road, Fayetteville, NC 28312

    b. Douglas Mullins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5905 Turnbull Road, Fayetteville, NC 28312.

CXLV. Vickie Mullins

    a. Place of Residence: 5905 Turnbull Road, Fayetteville, NC 28312

    b. Vickie Mullins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5905 Turnbull Road, Fayetteville, NC 28312.

CXLVI. Audrey Napier

    a. Place of Residence: 1739 John McMillan Road, Hope Mills, NC 28348

    b. Audrey Napier owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1739 John McMillan Road, Hope Mills, NC 28348.

CXLVII. Ronald Napier

    a. Place of Residence: 1739 John McMillan Road, Hope Mills, NC 28348

    b. Ronald Napier owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1739 John McMillan Road, Hope Mills, NC 28348.

CXLVIII. Marilyn Nemeth

    a. Place of Residence: 3188 Culbreth Road, Fayetteville, NC 28312

    b. Marilyn Nemeth owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3188 Culbreth Road, Fayetteville, NC 28312.

CXLIX. Tracy O'Neal Taylor

    a. Place of Residence: 5082 Butler Nursery Road, Fayetteville, NC 28306

    b. Tracy O'Neal Taylor owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5082 Butler Nursery Road, Fayetteville, NC 28306.

CL. Teresa Orians

    a. Place of Residence: 6601 Cedar Oaks Circle, Hope Mills, NC 28348

b. Teresa Orians owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6601 Cedar Oaks Circle, Hope Mills, NC 28348.

CLI. Colette Parker

a. Place of Residence: 6029 Kingsland Drive, Fayetteville, NC 28306

b. Colette Parker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6029 Kingsland Drive, Fayetteville, NC 28306.

CLII. Ray Parker

a. Place of Residence: 6029 Kingsland Drive, Fayetteville, NC 28306

b. Ray Parker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6029 Kingsland Drive, Fayetteville, NC 28306.

CLIII. Rifton Parker

a. Place of Residence: 2795 Odom Road, Hope Mills, NC 28348

b. Rifton Parker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2795 Odom Road, Hope Mills, NC 28348.

CLIV. Jeremy Perry

a. Place of Residence: 7452 Cedar Creek Road, Fayetteville, NC 28312

b. Jeremy Perry owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7452 Cedar Creek Road, Fayetteville, NC 28312.

CLV. Mark Phillips

a. Place of Residence: 7175 Cedar Creek Road, Fayetteville, NC 28312

b. Mark Phillips owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7175 Cedar Creek Road, Fayetteville, NC 28312.

CLVI. Misty Phillips

a. Place of Residence: 2721 County Line Road, St. Pauls, NC 28384

b. Misty Phillips owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2721 County Line Road, St. Pauls, NC 28384.

CLVII. Rhudy Phillips

a. Place of Residence: 2721 County Line Road, St. Pauls, NC 28384

b. Rhudy Phillips owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2721 County Line Road, St. Pauls, NC 28384.

CLVIII.    Dean Polumbo

   a.  Place of Residence: 1930 Yarborough Road, St. Pauls, NC 28384

   b.  Dean Polumbo owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 1930
       Yarborough Road, St. Pauls, NC 28384.

CLIX.  Gloria Polumbo

   a.  Place of Residence: 1930 Yarborough Road, St Pauls, NC 28384

   b.  Gloria Polumbo owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 1930
       Yarborough Road, St Pauls, NC 28384.

CLX.  Karen Rackoff

   a.  Place of Residence: 2346 Chickenfoot Road, Hope Mills, NC 28348

   b.  Karen Rackoff owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 2346
       Chickenfoot Road, Hope Mills, NC 28384.

CLXI.  Kimberly Reynaud

   a.  Place of Residence: 3989 Stedman Cedar Creek Road, Fayetteville, NC 28312

   b.  Kimberly Reynaud owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3989 Stedman Cedar Creek Road, Fayetteville, NC 28312.

CLXII. Mary Roberts

a. Place of Residence: 76 Walter Drive, Fayetteville, NC 28306

b. Mary Roberts owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 76 Walter Drive and 66 Walter Drive, Fayetteville, NC 28306.

CLXIII. Gary Salinski

a. Place of Residence: 985 Demeper Lane, Hope Mills, NC 28348

b. Gary Salinski owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 985 Demeper Lane, Hope Mills, NC 28348.

CLXIV. Terry Salinski

a. Place of Residence: 985 Demeper Lane, Hope Mills, NC 28348

b. Terry Salinski owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 985 Demeper Lane, Hope Mills, NC 28348.

CLXV. Andrew Schroeder

a. Place of Residence: 2074 John Hall Road, Fayetteville, NC 28312

b. Andrew Schroeder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2074 John Hall Road, Fayetteville, NC 28312.

CLXVI.  Ariel Schroeder

a. Place of Residence: 2074 John Hall Road, Fayetteville, NC 28312

b. Ariel Schroeder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2074 John Hall Road, Fayetteville, NC 28312.

CLXVII.  Gildo Serpa

a. Place of Residence: 7541 Documentary Drive, Fayetteville, NC 28306

b. Gildo Serpa owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7541 Documentary Drive, Fayetteville, NC 28306.

CLXVIII. Kristine Serpa

a. Place of Residence: 7541 Documentary Drive, Fayetteville, NC 28306

b. Kristine Serpa owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7541 Documentary Drive, Fayetteville, NC 28306.

CLXIX.  James Simmons

a.  Place of Residence: 363 Canadian Avenue, Hope Mills, NC 28348

b.  James Simmons owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 363 Canadian Avenue, Hope Mills, NC 28348.

CLXX. Beatrice Smith

a.  Place of Residence: 6446 Matt Hair Road, Fayetteville, NC 28312

b.  Beatrice Smith owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 6446 Matt Hair Road and 6562 Matt Hair Road, Fayetteville, NC 28312.

CLXXI. Juanita Smith

a.  Place of Residence: 4622 Macedonia Church Road, Fayetteville, NC 28312

b.  Juanita Smith owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4622 Macedonia Church Road, Fayetteville, NC 28312.

CLXXII. Michael Smith

a.  Place of Residence: 1230 Colts Pride Drive, Fayetteville, NC 28312

b.  Michael Smith owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 1230 Colts Pride Drive, Fayetteville, NC 28312.

CLXXIII.  Steven Smith

    a.  Place of Residence: 4622 Macedonia Church Road, Fayetteville, NC 28312

    b.  Steven Smith owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 4622 Macedonia Church Road, Fayetteville, NC 28312.

CLXXIV.  Ethel Speights

    a.  Place of Residence: 2628 John Hall Road, Fayetteville, NC 28312

    b.  Ethel Speights owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2628 John Hall Road, Fayetteville, NC 28312.

CLXXV.  Terence Speights

    a.  Place of Residence: 2628 John Hall Road, Fayetteville, NC 28312

    b.  Terence Speights owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2628 John Hall Road, Fayetteville, NC 28312.

CLXXVI.  Doris Spell

    a.  Place of Residence: 3370 McKinnon Road, Fayetteville, NC 28312

    b.  Doris Spell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3370 McKinnon Road, Fayetteville, NC 28312.

CLXXVII. Buddy Stewart

    a. Place of Residence: 4210 Chickenfoot Road, St Pauls, NC 28384

    b. Buddy Stewart owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4210 Chickenfoot Road, St Pauls, NC 28384.

CLXXVIII.     Jane Stewart

    a. Place of Residence: 811 Judson Church Road, Fayetteville, NC 28312

    b. Jane Stewart owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 811 Judson Church Road, Fayetteville, NC 28312.

CLXXIX. Roger Stewart

    a. Place of Residence: 811 Judson Church Road, Fayetteville, NC 28312

    b. Roger Stewart owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 811 Judson Church Road, Fayetteville, NC 28312.

CLXXX. Mary Ann Stone

    a. Place of Residence: 5431 Marsh Road, Fayetteville, NC 28306

b. Mary Ann Stone owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5431 Marsh Road, Fayetteville, NC 28306.

CLXXXI. Sherry Streeter

a. Place of Residence: 6593 Cedar Oaks Circle, Hope Mills, NC 28348

b. Sherry Streeter owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6593 Cedar Oaks Circle, Hope Mills, NC 28348.

CLXXXII. Jamie Strickland

a. Place of Residence: 3012 Kibirnie Lane, Fayetteville, NC 28306

b. Jamie Strickland owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6349 Braxton Road, Hope Mills, NC 28348.

CLXXXIII. Roscoe Strickland

a. Place of Residence: 3012 Kibirnie Lane, Fayetteville, NC 28306

b. Roscoe Strickland owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6349 Braxton Road, Hope Mills, NC 28348.

CLXXXIV. Teresa Tatum

a. Place of Residence: 3519 Butler Nursery Road, Fayetteville, NC 28306

b. Teresa Tatum owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3519 Butler Nursery Road and 3507 Butler Nursery Road, Fayetteville, NC 28306.

CLXXXV. Annie Thaggard

a. Place of Residence: 5834 Mack Simmons Road, Fayetteville, NC 28312

b. Annie Thaggard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5834 Mack Simmons Road, 5834 A-Mack Simmons Road and 5830 Mack Simmons Road, Fayetteville, NC 28312.

CLXXXVI.    Ferris Thaggard

a. Place of Residence: 5834 Mack Simmons Road, Fayetteville, NC 28312

b. Ferris Thaggard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5834 Mack Simmons Road, 5834 A-Mack Simmons Road and 5830 Mack Simmons Road, Fayetteville, NC 28312.

CLXXXVII.    Shane Thompson

a. Place of Residence: 5910 Hirams Court, Hope Mills, NC 28348

b. Shane Thompson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5910 Hirams Court, Hope Mills, NC 28348.

CLXXXVIII. Curtis Tierney

    a. Place of Residence: 4020 Havelock Drive, Fayetteville, NC 28306

    b. Curtis Tierney owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4020 Havelock Drive, Fayetteville, NC 28306.

CLXXXIX. Pamela Tierney

    a. Place of Residence: 4020 Havelock Drive, Fayetteville, NC 28306

    b. Pamela Tierney owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4020 Havelock Drive, Fayetteville, NC 28306.

CXC. Belinda Tiner

    a. Place of Residence: 2141 Pridgeonfarm Road, Fayetteville, NC 28306

    b. Belinda Tiner owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2141 Pridgeonfarm Road, Fayetteville, NC 28306.

CXCI. Jimmy Tiner

    a. Place of Residence: 2141 Pridgeonfarm Road, Fayetteville, NC 28306

b.  Jimmy Tiner owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2141 Pridgeonfarm Road, Fayetteville, NC 28306.

CXCII. Marcella Torpey

a.  Place of Residence: 995 Fred Hall Road, Stedman, NC 28391

b.  Marcella Torpey owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 995 Fred Hall Road, Stedman, NC 28391.

CXCIII. Cathy Traylor

a.  Place of Residence: 7175 Cedar Creek Road, Fayetteville, NC 28312

b.  Cathy Traylor owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7175 Cedar Creek Road, Fayetteville, NC 28312.

CXCIV. Jerry Tucker

a.  Place of Residence: 3691 Nash Road, Fayetteville, NC 28306

b.  Jerry Tucker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 3691 Nash Road, Fayetteville, NC 28306.

CXCV. James Vangalder

53

a. Place of Residence: 4575 Canasta Court, Hope Mills, NC 28348

b. James Vangalder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6861 County Place Drive, Hope Mills, NC 28348.

CXCVI. Phyllis Vangalder

a. Place of Residence: 4575 Canasta Court, Hope Mills, NC 28348

b. Phyllis Vangalder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6861 County Place Drive, Hope Mills, NC 28348.

CXCVII. Darlene Vecchitto

a. Place of Residence: 5417 Matt Hair Road, Fayetteville, NC 28312

b. Darlene Vecchitto owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5417 Matt Hair Road, Fayetteville, NC 28312.

CXCVIII. John Vecchitto

a. Place of Residence: 5417 Matt Hair Road, Fayetteville, NC 29312

b. John Vecchitto owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5417 Matt Hair Road, Fayetteville, NC 29312.

CXCIX.    Wayne Waggener

    a.  Place of Residence: 5027 Tabor Church Road, Fayetteville, NC 28312

    b.  Wayne Waggener owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 5027
       Tabor Church Road, Fayetteville, NC 28312.

CC.    Brenda Walters

    a.  Place of Residence: 3530 Blossom Road, Fayetteville, NC 28306

    b.  Brenda Walters owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 3530
       Blossom Road, Fayetteville, NC 28306.

CCI.    Michael Walters

    a.  Place of Residence: 3530 Blossom Road, Fayetteville, NC 28306

    b.  Michael Walters owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 3530
       Blossom Road, Fayetteville, NC 28306.

CCII.    Linda Ward

    a.  Place of Residence: 6342 A B Smith Road, Fayetteville, NC 28312

    b.  Linda Ward owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 6342 A B Smith Road, Fayetteville, NC 28312.

CCIII.  Kevin West

a.  Place of Residence: 4656 Cedar Creek Road, Fayetteville, NC 28312

b.  Kevin West owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4656 Cedar Creek Road, Fayetteville, NC 28312.

CCIV.  Meredith West

a.  Place of Residence: 4656 Cedar Creek Road, Fayetteville, NC 28312

b.  Meredith West owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4656 Cedar Creek Road, Fayetteville, NC 28312.

CCV.  Freeman Williams Sr.

a.  Place of Residence: 3066 Thrower Road, Hope Mills, NC 28348

b.  Freeman Williams Sr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 3066 Thrower Road, Hope Mills, NC 28348.

CCVI.  Poncilla Williams

a.  Place of Residence: 3066 Thrower Road, Hope Mills, NC 28348

b. Poncilla Williams owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3066 Thrower Road, Hope Mills, NC 28348.

CCVII. Dayna Wise

a. Place of Residence: 2109 Shawmill Road, St Pauls, NC 28384

b. Dayna Wise owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2109 Shawmill Road, St Pauls, NC 28384.

CCVIII. David Wood

a. Place of Residence: 2250 Ney Court, Fayetteville, NC 28312

b. David Wood owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2250 Ney Court, Fayetteville, NC 28312.

CCIX. Heidi Wood

a. Place of Residence: 2250 Ney Court, Fayetteville, NC 28312

b. Heidi Wood owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2250 Ney Court, Fayetteville, NC 28312.

CCX. Marsha Woods

a.  Place of Residence: 2224 Ney Court, Fayetteville, NC 28312

b.  Marsha Woods owns property damaged as a result of the presence of Defendants'
    PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2224 Ney
    Court, Fayetteville, NC 28312.

CCXI.  Daniel Hoffman

a.  Place of Residence:  6001 Kingsland Drive, Fayetteville, NC 28306

b.  Daniel Hoffman owns property damaged as a result of the presence of
    Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 6001
    Kingsland Drive, Fayetteville, NC 28306.

CCXII. Donnie Ray Spell Jr.

a.  Place of Residence:  225 Skinner Road, Hope Mills, NC 28348

b.  Donnie Ray Spell Jr. owns property damaged as a result of the presence of
    Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 225
    Skinner Road, Hope Mills, NC 28348.

CCXIII.   Jerry Carter

a.  Place of Residence:  1239 Colts Pride Drive, Fayetteville, NC 28312

b.  Jerry Carter owns property damaged as a result of the presence of Defendants'
    PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 1239 Colts
    Pride Drive, Fayetteville, NC 28312.

CCXIV.    Suzanne Carter

    a.  Place of Residence:  1239 Colts Pride Drive, Fayetteville, NC 28312

    b.  Suzanne Carter owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 1239 Colts
Pride Drive, Fayetteville, NC 28312.

CCXV.    Jonathan Brisson

    a.  Place of Residence:  352 West Shaw Mill Road, Saint Pauls, NC 28384

    b.  Jonathan Brisson owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 352 West
Shaw Mill Road and 3229 Shaw Mill Road, Saint Pauls, NC 28384.

CCXVI.    Jackie Morris

    a.  Place of Residence:  2346 Chickenfoot Road, Hope Mills, NC 28348

    b.  Jackie Morris owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2346
Chickenfoot Road, Hope Mills, NC 28348.

CCXVII.    JHS Grays Creek Properties LLC

    a.  Place of Residence:  Fayetteville, NC

    b.  JHS Grays Creek Properties LLC owns property damaged as a result of the
presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2636

Riddle Farm Road, 2610 Riddle Farm Road, 2632 Riddle Farm Road and 3015

Alderman Road, Fayetteville, NC 28306.

DATED:      January 20, 2021

Respectfully submitted,

_/s/ Brett Land_____

Scott Summy (North Carolina Bar No. 27171)
Cary McDougal (Texas Bar No. 13569600)
Stephen Johnston (Texas Bar No. 00796839)
M. Cristina Sanchez (Texas Bar No. 24041856)
Brett Land (Texas Bar No. 24092664)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone:  (214) 521-3605
Fax: (214) 520-1181
ssummy@baronbudd.com
cmcdougal@baronbudd.com
sjohnston@baronbudd.com
csanchez@baronbudd.com
bland@baronbudd.com

_/s/ J. Harold Seagle_____

J. Harold Seagle
North Carolina Bar No. 8017
**SEAGLE LAW, PLLC**
P.O. Box 15307
Asheville, N.C. 28813
Telephone: 828-774-5711
haroldseagle@charter.net
Local Civil Rule 83.1(d) Counsel for Plaintiff

***Attorneys for Plaintiffs***

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: January 20, 2021

*/s/ Brett Land*_____
Brett Land
