**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

| | |
|---|---|
| JAMES S. DEW, et al., | |
| Plaintiffs, | Case No. 5:18-cv-0073-D |
| v. | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | |
| Defendants. | |
| JAMES O'BRIEN, et al. | |
| Plaintiffs, | Case No. 5:20-CV-00208-D |
| v. | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al. | |
| Defendants. | |

## <u>NOTICE OF AMENDMENT TO ADD PLAINTIFFS</u>

Through this Notice of Amendment to Add Plaintiffs, the Complaint (ECF 1) in James O'Brien, et al. v. E.I. DuPont de Nemours and Company, et al., 5:20-cv-00208-D shall be considered as amended to include the following Plaintiffs and the below-listed information regarding such Plaintiffs:

I.    Bradley Allee

   a.  Place of Residence: 7632 Sim Canady Road, Parkton, NC 28371

1

b. Bradley Allee owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7632 Sim Canady Road, Parkton, NC 28371.

II. Robert Allen

a. Place of Residence: 886 Vandalero Court, Hope Mills, NC 28348

b. Robert Allen owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 886 Vandalero Court and 882 Vandalero Court, Hope Mills, NC 28348.

III. Juliane Anderson

a. Place of Residence: 3741 Butler Nursery Road, Fayetteville, NC 28306

b. Juliane Anderson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3741 Butler Nursery Road, Fayetteville, NC 28306.

IV. Jeffery Wayne Anderson

a. Place of Residence: 3741 Butler Nursery Road, Fayetteville, NC 28306

b. Jeffery Wayne Anderson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3741 Butler Nursery Road, Fayetteville, NC 28306.

V. Sandra Barefoot

a. Place of Residence: 545 N Railroad Street, St. Pauls, NC 28384

b. Sandra Barefoot owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 545 N Railroad Street, St. Pauls, NC 28384.

VI. Tasha Beatty

a. Place of Residence: 6008 Shanan Wood Way, Hope Mills, NC 28348

b. Tasha Beatty owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6008 Shanan Wood Way, Hope Mills, NC 28348.

VII. Kirby Bell

a. Place of Residence: 5453 Parkton Road, Hope Mills, NC 28348

b. Kirby Bell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5453 Parkton Road, 5486 Parkton Road, PIN# 0413-46-5973, and PIN# 0413-46-6419, Hope Mills, NC 28348.

VIII. June Biggs

a. Place of Residence: 2610 Fleur Dr, Fayetteville, NC 28306

b. June Biggs owns property damaged as a result of the presence of Defendants' PFAS chemicals.

3

c. The harmed property includes, but is not limited to, property located at 2610 Fleur Dr, Fayetteville, NC 28306.

IX. Karen Blackman

a. Place of Residence: 2849 Downing Road, Fayetteville, NC 23812

b. Karen Blackman owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2849 Downing Road, Fayetteville, NC 23812.

X. Antoinette Blair

a. Place of Residence: 117 Ballance Farm Road, St. Pauls, NC 28384

b. Antoinette Blair owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 117 Ballance Farm Road, St. Pauls, NC 28384.

XI. Michael Blair

a. Place of Residence: 117 Ballance Farm Road, St. Pauls, NC 28384

b. Michael Blair owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 117 Ballance Farm Road, St. Pauls, NC 28384.

XII. Marlin Boeshore

a. Place of Residence: 4266 River Point Dr, Fayetteville, NC 28306

4

b. Marlin Boeshore owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4266 River Point Dr, Fayetteville, NC 28306.

XIII. Virginia Boeshore

a. Place of Residence: 4266 River Point Dr, Fayetteville, NC 28306

b. Virginia Boeshore owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4266 River Point Dr, Fayetteville, NC 28306.

XIV. Martha C. Bowen

a. Place of Residence: 1241 John McMillan Road, Hope Mills, NC 28348

b. Martha C. Bowen owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1241 John McMillan Road, Hope Mills, NC 28348.

XV. Sandra Riggins Branch

a. Place of Residence: 37 W Shaw Mill Road, St. Pauls, NC 28348

b. Sandra Riggins Branch owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 37 and 21 W Shaw Mill Road, St. Pauls, NC 28348.

XVI. Mary Brandenburg

a. Place of Residence: 5764 Medicus Lane, Hope Mills, NC 28348

b. Mary Brandenburg owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5764 Medicus Lane, Hope Mills, NC 28348.

XVII. Scott Brandenburg

a. Place of Residence: 5764 Medicus Lane, Hope Mills, NC 28348

b. Scott Brandenburg owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5764 Medicus Lane, Hope Mills, NC 28348.

XVIII. Brenda Carol Braun

a. Place of Residence: 2707 Odom Road, Hope Mills, NC 28348

b. Brenda Carol Braun owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2707 Odom Road, Hope Mills, NC 28348.

XIX. Richard Braun Sr.

a. Place of Residence: 2707 Odom Road, Hope Mills, NC 28348

b. Richard Braun Sr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2707 Odom Road, Hope Mills, NC 28348.

6

XX.  Mary Brigman

   a.  Place of Residence: 4412 Claude Lee Road, Fayetteville, NC 28306

   b.  Mary Brigman owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 4442
       Claude Lee Road, Fayetteville, NC 28306.

XXI.  Timothy Brigman

   a.  Place of Residence: 4412 Claude Lee Road, Fayetteville, NC 28306

   b.  Timothy Brigman owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 4442
       Claude Lee Road, Fayetteville, NC 28306.

XXII.  Vicky Brigman

   a.  Place of Residence: 4412 Claude Lee Road, Fayetteville, NC 28306

   b.  Vicky Brigman owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 4442
       Claude Lee Road, Fayetteville, NC 28306.

XXIII.  Joan Carrol Brown

   a.  Place of Residence: 7127 Turnbull Road, Fayetteville, NC 28312

   b.  Joan Carrol Brown owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

7

c. The harmed property includes, but is not limited to, property located at 7127 Turnbull Road, Fayetteville, NC 28312.

XXIV. Charles Eugene Brown

a. Place of Residence: 7127 Turnbull Road, Fayetteville, NC 28312

b. Charles Eugene Brown owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7127 Turnbull Road, Fayetteville, NC 28312.

XXV. Carter Bryant

a. Place of Residence: 5220 Sunset View Road, Fayetteville, NC 28306

b. Carter Bryant owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5220 Sunset View Road, Fayetteville, NC 28306.

XXVI. Dollie Buford

a. Place of Residence: 948 Pan Drive, Hope Mills, NC 28348

b. Dollie Buford owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 948 Pan Drive, Hope Mills, NC 28348.

XXVII. Thomas Buford

a. Place of Residence: 948 Pan Drive, Hope Mills, NC 28348

b.  Thomas Buford owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 948 Pan Drive, Hope Mills, NC 28348.

XXVIII.  Ellen Nicole Bunce

a.  Place of Residence: 284 Mount Carmel Church Road, Autryville, NC 28318

b.  Ellen Nicole Bunce owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4442 Claude Lee Road, Fayetteville, NC 28306.

XXIX. Catherine Bunce

a.  Place of Residence: 6312 Blake Road, Stedman, NC 28391

b.  Catherine Bunce owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 6312 Blake Road, Stedman, NC 28391.

XXX.  Paul A. Bunce

a.  Place of Residence: 6312 Blake Road, Stedman, NC 28391

b.  Paul A. Bunce owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 6312 Blake Road, Stedman, NC 28391.

XXXI. Joseph Colby Burke

9

a. Place of Residence: 5477 Butler Nursery Road, Fayetteville, NC 28306

b. Joseph Colby Burke owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2323 Yarborough Road, St. Pauls, NC 28384.

XXXII. Phyllis Cabreath

a. Place of Residence: St. Pauls, NC

b. Phyllis Cabreath owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 272 Spring Branch Dr, St. Pauls, NC 28384.

XXXIII. Bernice Cagle

a. Place of Residence: 2224 Fennell Road, Hope Mills, NC 28348

b. Bernice Cagle owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2224 Fennell Road, Hope Mills, NC 28348.

XXXIV. Jerry Cagle

a. Place of Residence: 2224 Fennell Road, Hope Mills, NC 28348

b. Jerry Cagle owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2224 Fennell Road, Hope Mills, NC 28348.

XXXV.    Catrina Cain

    a.   Place of Residence: 1153 Bladen Union Church Road, Fayetteville, NC 28306

    b.   Catrina Cain owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.   The harmed property includes, but is not limited to, property located at 1190 Bladen Union Church Road, Fayetteville, NC 28306.

XXXVI.   Joseph A. Cain

    a.   Place of Residence: 1153 Bladen Union Church Road, Fayetteville, NC 28306

    b.   Joseph A. Cain owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.   The harmed property includes, but is not limited to, property located at 1153 Bladen Union Church Road and 1190 Bladen Union Church Road, Fayetteville, NC 28306.

XXXVII.  Willie Cain

    a.   Place of Residence: 1250 Colts Pride Dr, Fayetteville, NC 28312

    b.   Willie Cain owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.   The harmed property includes, but is not limited to, property located at 1250 Colts Pride Dr, Fayetteville, NC 28312.

XXXVIII. Daisy Carpenter

    a.   Place of Residence: 4612 Virsalli Loop, Hope Mills, NC 28348

    b.   Daisy Carpenter owns property damaged as a result of the presence of Defendants' PFAS chemicals.

11

c. The harmed property includes, but is not limited to, property located at 4612 Virsalli Loop, Hope Mills, NC 28348.

XXXIX. Raymond Carter

   a. Place of Residence: 4894 Clinton Road, Fayetteville, NC 28312

   b. Raymond Carter owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c. The harmed property includes, but is not limited to, property located at 4894 Clinton Road and 4860 Clinton Road, Fayetteville, NC 28312.

XL. Janice Chance

   a. Place of Residence: 1308 Colts Pride Dr, Fayetteville, NC 28312

   b. Janice Chance owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c. The harmed property includes, but is not limited to, property located at 1308 Colts Pride Dr, Fayetteville, NC 28312.

XLI. Carrie Cook

   a. Place of Residence: 4156 NC Highway 210 S, Fayetteville, NC 28312

   b. Carrie Cook owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c. The harmed property includes, but is not limited to, property located at 4138 NC Highway 210 S, Fayetteville, NC 28312.

XLII. Anthony Crumel

   a. Place of Residence: 5633 Toby Place Road, Stedman, NC 28391

12

b. Anthony Crumel owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5633 Toby Place Road, Stedman, NC 28391.

XLIII. Cassandra Baker Crumel

a. Place of Residence: 5633 Toby Place Road, Stedman, NC 28391

b. Cassandra Baker Crumel owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5633 Toby Place Road, Stedman, NC 28391.

XLIV. Karen Dawson

a. Place of Residence: 6370 Creekbend Drive, Fayetteville, NC 28306

b. Karen Dawson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6370 Creekbend Drive, Fayetteville, NC 28306.

XLV. Michael Dawson

a. Place of Residence: 6370 Creekbend Drive, Fayetteville, NC 28306

b. Michael Dawson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6370 Creekbend Drive, Fayetteville, NC 28306.

XLVI. Linda Dobson

a. Place of Residence: 4577 Cedar Creek Road, Fayetteville, NC 28312

b. Linda Dobson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4577 Cedar Creek Road, Fayetteville, NC 28312.

XLVII. Woodrow Grady Dobson

a. Place of Residence: 4577 Cedar Creek Road, Fayetteville, NC 28312

b. Woodrow Grady Dobson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4577 Cedar Creek Road, Fayetteville, NC 28312.

XLVIII. Thomas E. Durr, MD

a. Place of Residence: 5281 Macedonia Church Road, Fayetteville, NC 28312

b. Thomas E. Durr, MD owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5281 Macedonia Church Road, Fayetteville, NC 28312.

XLIX. Kelly J. Edge

a. Place of Residence: 646 Porter Road, Hope Mills, NC 28348

b. Kelly J. Edge owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 646 Porter Road, Hope Mills, NC 28348.

14

L.  Michael E. Edge

   a. Place of Residence: 646 Porter Road, Hope Mills, NC 28348

   b. Michael E. Edge owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c. The harmed property includes, but is not limited to, property located at 646 Porter Road, Hope Mills, NC 28348.

LI.  Sarah Ehinger

   a. Place of Residence: 1634 Stedman-Cedar Creek Road, Stedman, NC 28391

   b. Sarah Ehinger owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c. The harmed property includes, but is not limited to, property located at 1634 Stedman-Cedar Creek Road, Stedman, NC 28391.

LII.  Michael J. Ehinger

   a. Place of Residence: 1634 Stedman-Cedar Creek Road, Stedman, NC 28391

   b. Michael J. Ehinger owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c. The harmed property includes, but is not limited to, property located at 1634 Stedman-Cedar Creek Road, Stedman, NC 28391.

LIII.  Abigail Emanuelson

   a. Place of Residence: 107 Sir Walker Lane, Cary, NC 27519

   b. Abigail Emanuelson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

15

c. The harmed property includes, but is not limited to, property located at 4860 Clinton Road, Fayetteville, NC 28312.

LIV. Ann Fisher

    a. Place of Residence: 2950 John Hall Road, Fayetteville, NC 28312

    b. Ann Fisher owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2950 John Hall Road, Fayetteville, NC 28312.

LV. Ruth Fleming

    a. Place of Residence: 3655 Nash Road, Fayetteville, NC 28306

    b. Ruth Fleming owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3655 Nash Road, Fayetteville, NC 28306.

LVI. Debra Florez

    a. Place of Residence: 5128 Accessto Lane, Hope Mills, NC 28348

    b. Debra Florez owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5128 Accessto Lane, Hope Mills, NC 28348.

LVII. Sara Ford

    a. Place of Residence: 6513 Tom Burns Road, Fayetteville, NC 28312

16

b. Sara Ford owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6513 Tom Burns Road, Fayetteville, NC 28312.

LVIII. Lakiesha Gilchrist

a. Place of Residence: 1524 Creekwood Road, Hope Mills, NC 28348

b. Lakiesha Gilchrist owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1524 Creekwood Road, Hope Mills, NC 28348.

LIX. Tremayne Gilchrist

a. Place of Residence: 1524 Creekwood Road, Hope Mills, NC 28348

b. Tremayne Gilchrist owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1524 Creekwood Road, Hope Mills, NC 28348.

LX. James Glover

a. Place of Residence: 4916 Jefferson Walk Road, Hope Mills, NC 28349

b. James Glover owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4916 Jefferson Walk Road, Hope Mills, NC 28349.

LXI. Craig Gottfried

17

a.  Place of Residence: 1946 Teesdale Dr, Hope Mills, NC 28348

b.  Craig Gottfried owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 1946
Teesdale Dr, Hope Mills, NC 28348.

LXII.   Kimberly Gottfried

a.  Place of Residence: 1946 Teesdale Dr, Hope Mills, NC 28348

b.  Kimberly Gottfried owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 1946
Teesdale Dr, Hope Mills, NC 28348.

LXIII.  Lynne Gralewski-Allee

a.  Place of Residence: 7632 Sim Canady Road, Parkton, NC 28371

b.  Lynne Gralewski-Allee owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7632 Sim
Canady Road, Parkton, NC 28371.

LXIV.  Tahleea Green

a.  Place of Residence: 4786 Monticello Avenue, Hope Mills, NC 28348

b.  Tahleea Green owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4786
Monticello Avenue and 4780 Monticello Avenue, Hope Mills, NC 28348.

18

LXV.  Casey Groover

    a.  Place of Residence: 2140 Fields Road, Fayetteville, NC 28312

    b.  Casey Groover owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2140
Fields Road, Fayetteville, NC 28312.

LXVI.  Sharon Hair

    a.  Place of Residence: 110 Wrenn Road, St. Pauls, NC 28384

    b.  Sharon Hair owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 110
Wrenn Road, St. Pauls, NC 28384.

LXVII. John Hardin

    a.  Place of Residence: 7667 Rufus Johnson Road, Fayetteville, NC 28306

    b.  John Hardin owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 7667
Rufus Johnson Road, Fayetteville, NC 28306.

LXVIII.  Bernadette Hargett

    a.  Place of Residence: 8517 Congressional Avenue, Hope Mills, NC 28348

    b.  Bernadette Hargett owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

19

c. The harmed property includes, but is not limited to, property located at 8517 Congressional Avenue, Hope Mills, NC 28348.

LXIX. David Hargett

a. Place of Residence: 8517 Congressional Avenue, Hope Mills, NC 28348

b. David Hargett owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8517 Congressional Avenue, Hope Mills, NC 28348.

LXX. Terri Hebert

a. Place of Residence: 88 East Meadow Lane, White Oak, NC 28399

b. Terri Hebert owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 88 East Meadow Lane, White Oak, NC 28399.

LXXI. Robert Hebert II

a. Place of Residence: 88 East Meadow Lane, White Oak, NC 28399

b. Robert Hebert II owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 88 East Meadow Lane, White Oak, NC 28399.

LXXII. Kelly Helmick

a. Place of Residence: 7017 Kalmia Lane, Hope Mills, NC 28348

20

b. Kelly Helmick owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7017 Kalmia Lane, Hope Mills, NC 28348.

LXXIII. Paul Helmick

a. Place of Residence: 7017 Kalmia Lane, Hope Mills, NC 28348

b. Paul Helmick owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7017 Kalmia Lane, Hope Mills, NC 28348.

LXXIV. Georgina (Gina) Hodge

a. Place of Residence: 2100 Maxton Street, Autryville, NC 28318

b. Georgina (Gina) Hodge owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2100 Maxton Street, Autryville, NC 28318.

LXXV. Jeanne Holmes

a. Place of Residence: 102 Upton Place, St. Pauls, NC 28384

b. Jeanne Holmes owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 102 Upton Place, St. Pauls, NC 28384.

LXXVI. Nancy Honeycutt

21

a. Place of Residence: 4449 Lee Street, Hope Mills, NC 28348

b. Nancy Honeycutt owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4449 Lee Street, Hope Mills, NC 28348.

LXXVII. Greyling Dereck Houser

a. Place of Residence: 4846 Monticello Avenue, Hope Mills, NC 28348

b. Greyling Dereck Houser owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4846 Monticello Avenue, Hope Mills, NC 28348.

LXXVIII. Rose Marie Hunt

a. Place of Residence: 4794 Monticello Avenue, Hope Mills, NC 28348

b. Rose Marie Hunt owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4794 Monticello Avenue, Hope Mills, NC 28348.

LXXIX. Benjamin Hutchins

a. Place of Residence: 802 Bladen Circle, Fayetteville, NC 28312

b. Benjamin Hutchins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 802 Bladen Circle and 3617 Clinton Road, Fayetteville, NC 28312.

22

LXXX.   Heather Hutchins

   a.  Place of Residence: 802 Bladen Circle, Fayetteville, NC 28312

   b.  Heather Hutchins owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 802
       Bladen Circle and 3617 Clinton Road, Fayetteville, NC 28312.

LXXXI.  Jimmy Hyatt

   a.  Place of Residence: 7010 Pack House Drive, Hope Mills, NC 28348

   b.  Jimmy Hyatt owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 7010 Pack
       House Drive, Hope Mills, NC 28348.

LXXXII. Shawn Jackson

   a.  Place of Residence: 4908 Short Jesters Court, Hope Mills, NC 28348

   b.  Shawn Jackson owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 4908
       Short Jesters Court, Hope Mills, NC 28348.

LXXXIII. Tiffany Jackson

   a.  Place of Residence: 4908 Short Jesters Court, Hope Mills, NC 28348

   b.  Tiffany Jackson owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

23

     c.  The harmed property includes, but is not limited to, property located at 4908 Short Jesters Court, Hope Mills, NC 28348.

LXXXIV.  Chris Johnson

     a.  Place of Residence: 5781 Cedar Creek Road, Fayetteville, NC 28312

     b.  Chris Johnson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

     c.  The harmed property includes, but is not limited to, property located at 5781 Cedar Creek Road, Fayetteville, NC 28312.

LXXXV.  Craig Johnson

     a.  Place of Residence: 1454 Old Vander Road, Fayetteville, NC 28312

     b.  Craig Johnson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

     c.  The harmed property includes, but is not limited to, property located at 1454 Old Vander Road, Fayetteville, NC 28312.

LXXXVI.  Angela C. Jones

     a.  Place of Residence: 102 Upton Place, St. Pauls, NC 28384

     b.  Angela C. Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

     c.  The harmed property includes, but is not limited to, property located at 102 Upton Place, St. Pauls, NC 28384.

LXXXVII.  Kathleen Kelsey

     a.  Place of Residence: 6114 Clint Street, Stedman, NC 28391

b. Kathleen Kelsey owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6114 Clint Street, Stedman, NC 28391.

LXXXVIII.    William Kelsey

a. Place of Residence: 6114 Clint Street, Stedman, NC 28391

b. William Kelsey owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6114 Clint Street, Stedman, NC 28391.

LXXXIX. Yvonne Lane

a. Place of Residence: 6547 Cedar Oaks Circle, Hope Mills, NC 28348

b. Yvonne Lane owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6547 Cedar Oaks Circle, Hope Mills, NC 28348.

XC.   David Langley

a. Place of Residence: 1904 John Hall Road, Fayetteville, NC 28312

b. David Langley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1904 John Hall Road, Fayetteville, NC 28312.

XCI.   Norma Langley

a. Place of Residence: 1904 John Hall Road, Fayetteville, NC 28312

b. Norma Langley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1904 John Hall Road, Fayetteville, NC 28312.

XCII. Patricia Leach

a. Place of Residence: 229 Schiller Street, Fayetteville, NC 28312

b. Patricia Leach owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 229 Schiller Street, Fayetteville, NC 28312.

XCIII. Craig Leach

a. Place of Residence: 8194 Beaver Dam Road, Autryville, NC 28318

b. Craig Leach owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8194 Beaver Dam Road, Autryville, NC 28318.

XCIV. Alicia Leach

a. Place of Residence: 8194 Beaver Dam Road, Autryville, NC 28318

b. Alicia Leach owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8194 Beaver Dam Road, Autryville, NC 28318.

XCV.  Lois Lewis

    a.  Place of Residence: 6515 Causeway Street, Hope Mills, NC 28348

    b.  Lois Lewis owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6515
Causeway Street, Hope Mills, NC 28348.

XCVI. Samuel Lewis

    a.  Place of Residence: 6515 Causeway Street, Hope Mills, NC 28348

    b.  Samuel Lewis owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6515
Causeway Street, Hope Mills, NC 28348.

XCVII.  Irene Lilly

    a.  Place of Residence: 1840 Gumberry, Hope Mills, NC 28348

    b.  Irene Lilly owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 1840
Gumberry, Hope Mills, NC 28348.

XCVIII.  Joseph Lilly

    a.  Place of Residence: 1840 Gumberry, Hope Mills, NC 28348

    b.  Joseph Lilly owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1840 Gumberry, Hope Mills, NC 28348.

XCIX. Melissa Lomas

    a. Place of Residence: 2078 Teesdale Dr, Hope Mills, NC 28348

    b. Melissa Lomas owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2078 Teesdale Dr, Hope Mills, NC 28348.

C. Ruby Loughman

    a. Place of Residence: 589 Alaska Court, Stedman, NC 28391

    b. Ruby Loughman owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 589 Alaska Court, Stedman, NC 28391.

CI. Timothy Loughman

    a. Place of Residence: 589 Alaska Court, Stedman, NC 28391

    b. Timothy Loughman owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 589 Alaska Court, Stedman, NC 28391.

CII. Frank McDonald

    a. Place of Residence: 434 Lesane Road, Tar Heel, NC 28392

28

b. Frank McDonald owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 434 Lesane Road, 477 Lesane Road, and 52 Fondus Lane, Tar Heel, NC 28392.

CIII. Robin McDonald

a. Place of Residence: 434 Nathan Robinson Road, Tar Heel, NC 28392

b. Robin McDonald owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 434 Nathan Robinson Road, Tar Heel, NC 28392.

CIV. Shirley McDonald

a. Place of Residence: 511 Lesane Road, Tar Heel, NC 28392

b. Shirley McDonald owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 477 Lesane Road and 52 Fondus Lane, Tar Heel, NC 28392.

CV. Zenora McDonald

a. Place of Residence: 1375 Griswold Dr, Stedman, NC 28391

b. Zenora McDonald owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1375 Griswold Dr, Stedman, NC 28391.

CVI. Frankie McDonald

29

a. Place of Residence: 511 Lasane Road, Tar Heel, NC 28392

b. Frankie McDonald owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 511 Lasane Road, Tar Heel, NC 28392.

CVII. Anthony McKeithan

a. Place of Residence: 1895 Sandhill Road, Hope Mills, NC 28348

b. Anthony McKeithan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1895 Sandhill Road, Hope Mills, NC 28348.

CVIII. Edward McLamb

a. Place of Residence: 461 Tyndallwood Dr, Stedman, NC 28391

b. Edward McLamb owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 461 Tyndallwood Dr, Stedman, NC 28391.

CIX. Tamela McLamb

a. Place of Residence: 461 Tyndallwood Dr, Stedman, NC 28391

b. Tamela McLamb owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 461 Tyndallwood Dr, Stedman, NC 28391.

30

CX. Marian McLaurin

    a. Place of Residence: 5626 Cedar Creek Road, Fayetteville, NC 28312

    b. Marian McLaurin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5626 Cedar Creek Road, Fayetteville, NC 28312.

CXI. Monita McLaurin

    a. Place of Residence: 7479 Cedar Creek Road, Fayetteville, NC 28312

    b. Monita McLaurin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 7479 Cedar Creek Road, Fayetteville, NC 28312.

CXII. Ruby McNair

    a. Place of Residence: 1964 Seabrook School Road, Fayetteville, NC 28312

    b. Ruby McNair owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1964 Seabrook School Road, Fayetteville, NC 28312.

CXIII. Lee McNair

    a. Place of Residence: 3414 School Road, Fayetteville, NC 28306

    b. Lee McNair owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3414 School Road, Fayetteville, NC 28306.

CXIV. Olukemi Melvin

    a. Place of Residence: 4624 Kirk Shaw Road, Hope Mills, NC 28348

    b. Olukemi Melvin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4624 Kirk Shaw Road, Hope Mills, NC 28348.

CXV. Jared Merrell

    a. Place of Residence: 3211 John McMillan Road, Hope Mills, NC 28348

    b. Jared Merrell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3211 John McMillan Road, Hope Mills, NC 28348.

CXVI. Karissa Merrell

    a. Place of Residence: 3211 John McMillan Road, Hope mills, NC 28348

    b. Karissa Merrell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3211 John McMillan Road, Hope mills, NC 28348.

CXVII. Jamie Nicole Middleton

    a. Place of Residence: 2386 Culbreth Road, Fayetteville, NC 28312

b.  Jamie Nicole Middleton owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2386 Culbreth Road, Fayetteville, NC 28312.

CXVIII.   Patricia Darlene Mitchell-Fisher

a.  Place of Residence: 4846 Monticello Avenue, Hope Mills, NC 28348

b.  Patricia Darlene Mitchell-Fisher owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4846 Monticello Avenue, Hope Mills, NC 28348.

CXIX.  Ursula Monroe

a.  Place of Residence: 5308 Ole Cypress Springs Road, Hope Mills, NC 28348

b.  Ursula Monroe owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5308 Ole Cypress Springs Road, Hope Mills, NC 28348.

CXX.   Brian Moore

a.  Place of Residence: 1244 Shawnee Creek Court, Hope Mills, NC 28348

b.  Brian Moore owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5740 Hancock Street, Hope Mills, NC 28348.

CXXI.  Natalie Moore

33

a. Place of Residence: 1244 Shawnee Creek Court, Hope Mills, NC 28348

b. Natalie Moore owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5740 Hancock Street, Hope Mills, NC 28348.

CXXII.   Iesha Munn

a. Place of Residence: 231 Whirlwind Dr, St. Pauls, NC 28384

b. Iesha Munn owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 231 Whirlwind Dr, St. Pauls, NC 28384.

CXXIII.   Michael O'Neil

a. Place of Residence: 4612 Blue Sand Hill Road, Stedman, NC 28391

b. Michael O'Neil owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4612 Blue Sand Hill Road, Stedman, NC 28391.

CXXIV.   Lula Parish

a. Place of Residence: 4750 Arlington Street, Hope Mills, NC 28348

b. Lula Parish owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4750 Arlington Street, Hope Mills, NC 28348.

CXXV.    Morgan Patterson

    a. Place of Residence: 5011 Cedar Creek Road, Fayetteville, NC 28312

    b. Morgan Patterson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5011 Cedar Creek Road, Fayetteville, NC 28312.

CXXVI.   Steven Phillips

    a. Place of Residence: 416 Jax Court, Fayetteville, NC 28312

    b. Steven Phillips owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 416 Jax Court, Fayetteville, NC 28312.

CXXVII.  Courtney Phillips

    a. Place of Residence: 416 Jax Court, Fayetteville, NC 28312

    b. Courtney Phillips owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 416 Jax Court, Fayetteville, NC 28312.

CXXVIII. Lorraine M. Pope-Durr

    a. Place of Residence: 5281 Macedonia Church Road, Fayetteville, NC 28312

    b. Lorraine M. Pope-Durr owns property damaged as a result of the presence of Defendants' PFAS chemicals.

35

     c.  The harmed property includes, but is not limited to, property located at 5281 Macedonia Church Road, Fayetteville, NC 28312.

CXXIX.  Angela Potts

     a.  Place of Residence: 7756 NC Hwy 87 S, Fayetteville, NC 28306

     b.  Angela Potts owns property damaged as a result of the presence of Defendants' PFAS chemicals.

     c.  The harmed property includes, but is not limited to, property located at 7756 NC Hwy 87 S, Fayetteville, NC 28306.

CXXX.  Dorita Powell

     a.  Place of Residence: 5625 NC Hwy 87 S, Fayetteville, NC 28306

     b.  Dorita Powell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

     c.  The harmed property includes, but is not limited to, property located at 5625 NC Hwy 87 S, Fayetteville, NC 28306.

CXXXI.  Phillip Powell

     a.  Place of Residence: 5625 NC Hwy 87 S, Fayetteville, NC 28306

     b.  Phillip Powell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

     c.  The harmed property includes, but is not limited to, property located at 5625 NC Hwy 87 S, Fayetteville, NC 28306.

CXXXII.  Janie Powers

     a.  Place of Residence: 6842 Burney Road, White Oak, NC 28399

b.  Janie Powers owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 6842 Burney Road and 6792 Burney Road, White Oak, NC 28399.

CXXXIII. John Purvis

a.  Place of Residence: 4125 Mckinnon Road, Fayetteville, NC 28312

b.  John Purvis owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4125 Mckinnon Road, Fayetteville, NC 28312.

CXXXIV. Anthony Raimondo

a.  Place of Residence: 3896 Raeford Road, Fayetteville, NC 28304

b.  Anthony Raimondo owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5352 Marsh Road, Fayetteville, NC 28306.

CXXXV. Willie Mae Ray

a.  Place of Residence: 2165 Smith Road, Hope Mills, NC 28348

b.  Willie Mae Ray owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2165 Smith Road, Hope Mills, NC 28348.

CXXXVI. Matt Raymes

a. Place of Residence: 474 Auger Lane, Stedman, NC 28391

b. Matt Raymes owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 474 Auger Lane, Stedman, NC 28391.

CXXXVII. Michele Raymes

a. Place of Residence: 474 Auger Lane, Stedman, NC 28391

b. Michele Raymes owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 474 Auger Lane, Stedman, NC 28391.

CXXXVIII.      Tidwondo Regan

a. Place of Residence: 323 Ts Humphrey Road, St. Pauls, NC 28384

b. Tidwondo Regan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1408 Britt Road, St. Pauls, NC 28384.

CXXXIX. Sherine Register

a. Place of Residence: 4655 Dulcrest Lane, Fayetteville, NC 28312

b. Sherine Register owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4655 Dulcrest Lane, Fayetteville, NC 28312.

38

CXL. Patricia Renn

    a. Place of Residence: 462 Brooklyn Circle, Hope Mills, NC 28348

    b. Patricia Renn owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 462 Brooklyn Circle, Hope Mills, NC 28348.

CXLI. John Ridgen

    a. Place of Residence: 114 Brooklyn Circle, Hope Mills, NC 28348

    b. John Ridgen owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4752 S. Main Street, Hope Mills, NC 28348.

CXLII. Janet Ridgen

    a. Place of Residence: 114 Brooklyn Circle, Hope Mills, NC 28348

    b. Janet Ridgen owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4752 S. Main Street, Hope Mills, NC 28348.

CXLIII. Teddy Riggins

    a. Place of Residence: 18 Sentells Park, St. Pauls, NC 28384

    b. Teddy Riggins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.   The harmed property includes, but is not limited to, property located at 18

          Sentells Park, St. Pauls, NC 28384.

CXLIV.   Roy Robinson

      a.   Place of Residence: 111 Wilbert Road, White Oak, NC 28399

      b.   Roy Robinson owns property damaged as a result of the presence of Defendants'

          PFAS chemicals.

      c.   The harmed property includes, but is not limited to, property located at 111

          Wilbert Road, White Oak, NC 28399.

CXLV. Ena Rodriguez

      a.   Place of Residence: 3324 Davidson Dr, Fayetteville, NC 28306

      b.   Ena Rodriguez owns property damaged as a result of the presence of Defendants'

          PFAS chemicals.

      c.   The harmed property includes, but is not limited to, property located at 3324

          Davidson Dr, Fayetteville, NC 28306.

CXLVI.   Verrol Rodriguez

      a.   Place of Residence: 3324 Davidson Dr, Fayetteville, NC 28306

      b.   Verrol Rodriguez owns property damaged as a result of the presence of

          Defendants' PFAS chemicals.

      c.   The harmed property includes, but is not limited to, property located at 3324

          Davidson Dr, Fayetteville, NC 28306.

CXLVII.   Wanda Ross

      a.   Place of Residence: 4722 Matt Hair Road, Fayetteville, NC 28312

b.  Wanda Ross owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4722 Matt Hair Road, Fayetteville, NC 28312.

CXLVIII.  Mickey Ross

a.  Place of Residence: 4722 Matt Hair Road, Fayetteville, NC 28312

b.  Mickey Ross owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4722 Matt Hair Road, Fayetteville, NC 28312.

CXLIX.  Barbara Sanchez

a.  Place of Residence: 1568 Seabrook School Road, Fayetteville, NC 28312

b.  Barbara Sanchez owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 1568 Seabrook School Road, Fayetteville, NC 28312.

CL.  Michael Sanchez

a.  Place of Residence: 1568 Seabrook School Road, Fayetteville, NC 28312

b.  Michael Sanchez owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 1568 Seabrook School Road, Fayetteville, NC 28312.

CLI.  Autumn C. Sanders

a. Place of Residence: 3928 Pleasant View Drive, Fayetteville, NC 28312

b. Autumn C. Sanders owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3928 Pleasant View Drive, Fayetteville, NC 28312.

CLII. John Sanders

a. Place of Residence: 3928 Pleasant View Drive, Fayetteville, NC 28312

b. John Sanders owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3928 Pleasant View Drive and 6672 Cedar Creek Road, Fayetteville, NC 28312.

CLIII. Deborah Sealey

a. Place of Residence: 6803 Burney Road, White Oak, NC 28399

b. Deborah Sealey owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6803 Burney Road, White Oak, NC 28399.

CLIV. Mathis Seay

a. Place of Residence: 5075 Matt Hair Road, Fayetteville, NC 28312

b. Mathis Seay owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5075 Matt Hair Road, Fayetteville, NC 28312.

CLV. Michael Dan Shelley Sr.

    a. Place of Residence: 6940 County Place Dr, Hope Mills, NC 28348

    b. Michael Dan Shelley Sr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6940 County Place Dr, Hope Mills, NC 28348.

CLVI. Charles Simmons

    a. Place of Residence: 4156 NC Hwy 210 S, Fayetteville, NC 28312

    b. Charles Simmons owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4156 NC Hwy 210 S and 4258 NC Hwy 210 S, Fayetteville, NC 28312.

CLVII. Willie Mae Simmons

    a. Place of Residence: 4156 NC Hwy 210 S, Fayetteville, NC 28312

    b. Willie Mae Simmons owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4156 NC Hwy 210 S, 4138 NC Hwy 210 S, 4240 NC Hwy 210 S and 4116 NC Hwy 210 S, Fayetteville, NC 28312.

CLVIII. Elvira Simmons

    a. Place of Residence: 4601 Simmons Carter Road, Fayetteville, NC 28312

    b. Elvira Simmons owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4601 Simmons Carter Road, Fayetteville, NC 28312.

CLIX. Winston Simmons

    a. Place of Residence: 4601 Simmons Carter Road, Fayetteville, NC 28312

    b. Winston Simmons owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4601 Simmons Carter Road, Fayetteville, NC 28312.

CLX. Lillie Simmons

    a. Place of Residence: 4613 Simmons Carter Road, Fayetteville, NC 28312

    b. Lillie Simmons owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4613 Simmons Carter Road, Fayetteville, NC 28312.

CLXI. Brian Simmons

    a. Place of Residence: 5208 Farmall Drive, Fayetteville, NC 28306

    b. Brian Simmons owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5208 Farmall Drive, Fayetteville, NC 28306.

CLXII. Jaime Simmons

    a. Place of Residence: 5208 Farmall Drive, Fayetteville, NC 28306

     b.   Jaime Simmons owns property damaged as a result of the presence of Defendants'

         PFAS chemicals.

     c.   The harmed property includes, but is not limited to, property located at 5208

         Farmall Drive, Fayetteville, NC 28306.

CLXIII.   Lucretia Smith

     a.   Place of Residence: 5755 Dragonfly Drive, Fayetteville, NC 28306

     b.   Lucretia Smith owns property damaged as a result of the presence of Defendants'

         PFAS chemicals.

     c.   The harmed property includes, but is not limited to, property located at 5755

         Dragonfly Drive, Fayetteville, NC 28306.

CLXIV.   Matthew Sonner

     a.   Place of Residence: 2530 Sunnyside School Road, Fayetteville, NC 28312

     b.   Matthew Sonner owns property damaged as a result of the presence of

         Defendants' PFAS chemicals.

     c.   The harmed property includes, but is not limited to, property located at 2530

         Sunnyside School Road, Fayetteville, NC 28312.

CLXV. Marion Stevens Shelley

     a.   Place of Residence: 6940 County Place Dr, Hope Mills, NC 28348

     b.   Marion Stevens Shelley owns property damaged as a result of the presence of

         Defendants' PFAS chemicals.

     c.   The harmed property includes, but is not limited to, property located at 6940

         County Place Dr, Hope Mills, NC 28348.

CLXVI.   Irene Strickland

a. Place of Residence: 1458 Minnie Vada Lane, Stedman, NC 28391

b. Irene Strickland owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1458 Minnie Vada Lane, Stedman, NC 28391.

CLXVII. Shekita Sutton

a. Place of Residence: 2701 Ally Rayven Dr, Fayetteville, NC 28306

b. Shekita Sutton owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2701 Ally Rayven Dr, Fayetteville, NC 28306.

CLXVIII. James Tatum

a. Place of Residence: 3545 Butler Nursery Road, Fayetteville, NC 28306

b. James Tatum owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3545 Butler Nursery Road, Fayetteville, NC 28306.

CLXIX. Deborah Tolar

a. Place of Residence: 5416 Shipman Road, Hope Mills, NC 28348

b. Deborah Tolar owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5416 Shipman Road and 5420 Shipman Road, Hope Mills, NC 28348.

CLXX. Angela Toman

    a. Place of Residence: 2983 Cedar Creek Road, Fayetteville, NC 28312

    b. Angela Toman owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2983
Cedar Creek Road, Fayetteville, NC 28312.

CLXXI. Christopher Toman

    a. Place of Residence: 2983 Cedar Creek Road, Fayetteville, NC 28312

    b. Christopher Toman owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2983
Cedar Creek Road, Fayetteville, NC 28312.

CLXXII. Richard Trogdon

    a. Place of Residence: 2784 Gainey Road, Fayetteville, NC 28306

    b. Richard Trogdon owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2784
Gainey Road, Fayetteville, NC 28306.

CLXXIII. Jennifer Tucker

    a. Place of Residence: 5028 Southmill Dr, Hope Mills, NC 28348

    b. Jennifer Tucker owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

47

c. The harmed property includes, but is not limited to, property located at 5028 Southmill Dr, Hope Mills, NC 28348.

CLXXIV. Lester Tucker

    a. Place of Residence: 5028 Southmill Dr, Hope Mills, NC 28348

    b. Lester Tucker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5028 Southmill Dr, Hope Mills, NC 28348.

CLXXV. Willie Vann

    a. Place of Residence: 6585 Muscat Road, Hope Mills, NC 28348

    b. Willie Vann owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1790 Capricorn Drive, Hope Mills, NC 28348.

CLXXVI. Deborah Viscaya

    a. Place of Residence: 4117 Scary Creek Road, Fayetteville, NC 28312

    b. Deborah Viscaya owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4117 Scary Creek Road, Fayetteville, NC 28312.

CLXXVII. Donald Bruce Walker

    a. Place of Residence: Fayetteville, NC

b. Donald Bruce Walker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1427 Chedington Road, Hope Mills, NC 28348.

CLXXVIII.    Diane V. West

a. Place of Residence: 4702 Cedar Creek Road, Fayetteville, NC 28312

b. Diane V. West owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4702 Cedar Creek Road, Fayetteville, NC 28312.

CLXXIX. Tommy O'Neil West Jr.

a. Place of Residence: 4702 Cedar Creek Road, Fayetteville, NC 28312

b. Tommy O'Neil West Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4702 Cedar Creek Road, Fayetteville, NC 28312.

CLXXX. Mary Frances West

a. Place of Residence: 4733 Cedar Creek Road, Fayetteville, NC 28312

b. Mary Frances West owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4733 Cedar Creek Road, 4712 Cedar Creek Road, and 4766 Cedar Creek Road, Fayetteville, NC 28312.

CLXXXI. Tommy O'Neil West Sr.

    a. Place of Residence: 4733 Cedar Creek Road, Fayetteville, NC 28312

    b. Tommy O'Neil West Sr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4733 Cedar Creek Road, 4712 Cedar Creek Road, and 4766 Cedar Creek Road, Fayetteville, NC 28312.

CLXXXII. Arthur Whitted

    a. Place of Residence: 6036 Chicken Foot Road, St. Pauls, NC 28384

    b. Arthur Whitted owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6036 Chicken Foot Road, St. Pauls, NC 28384.

CLXXXIII. Louise Whitted

    a. Place of Residence: 6036 Chicken Foot Road, St. Pauls, NC 28384

    b. Louise Whitted owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6036 Chicken Foot Road, St. Pauls, NC 28384.

CLXXXIV. Dorothy Whitted

    a. Place of Residence: 4976 Hersey Circle, Fayetteville, NC 28312

    b. Dorothy Whitted owns property damaged as a result of the presence of Defendants' PFAS chemicals.

50

    c. The harmed property includes, but is not limited to, property located at 4976 Hersey Circle, Fayetteville, NC 28312.

CLXXXV. Alan Wilkie

    a. Place of Residence: 2920 John Hall Road, Fayetteville, NC 28312

    b. Alan Wilkie owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2920 John Hall Road, Fayetteville, NC 28312.

CLXXXVI.        Jean Wilkie

    a. Place of Residence: 2920 John Hall Road, Fayetteville, NC 28312

    b. Jean Wilkie owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2920 John Hall Road, Fayetteville, NC 28312.

CLXXXVII.        Robin Williams

    a. Place of Residence: 4906 Dock Street, Fayetteville, NC

    b. Robin Williams owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4906 Dock Street, Fayetteville, NC .

CLXXXVIII.        Jennifer Woods

    a. Place of Residence: 2560 John McMillan Road, Hope Mills, NC 28348

b. Jennifer Woods owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2560 John McMillan Road and 2602 John McMillan Road, Hope Mills, NC 28348.

CLXXXIX. Radha Zervakos

a. Place of Residence: 4412 Trimble Lane, Fayetteville, NC 28312

b. Radha Zervakos owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4412 Trimble Lane, Fayetteville, NC 28312.

CXC. Joseph Douglas Strickland

a. Place of Residence: North Carolina

b. Joseph Douglas Strickland owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 553 Participle Court, Hope Mills, NC 28348.

CXCI. Joseph Douglas Strickland as a trustee of and on behalf of the Strickland Family Trust under the Will of Joseph T. Strickland

a. Place of Residence: North Carolina

b. Strickland Family Trust holds property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 300 Caleb Drive, 301 Caleb Drive, 305 Caleb Drive, 315 Schiller Street, 400 Cadenza Loop,

52

404 Cadenza Loop, 410 Cadenza Loop, 416 Cadenza Loop, 424 Cadenza Loop, 432 Cadenza Loop, 4307 Frontier Avenue, 4113 Frontier Avenue, 0 Brennan Circle 10.29 ACS LD, 4117 Brennan Circle, 4205 Fulton Street, 4206 Fulton Street, 4460 Pleasant View Drive, 4518 Sullivan Drive, Fayetteville, NC 28312; 4918 Southmill Drive, 5025 Southmill Drive and 661 Woodington Road, Hope Mills, NC 28348; 2046 Wade-Stedman Road, 6430 Sandy Creek Road, 6165 Sandy Creek Road, 842 Jeremiah Street, Stedman, NC 28391; 2272 Burris Drive, St Pauls, NC 28384.

CXCII. Betty Strickland

    a. Place of Residence: North Carolina

    b. Betty Strickland owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 300, 301 and 305 Caleb Drive, 315 Schiller Street, 400 Cadenza Loop, 404 Cadenza Loop, 410 Cadenza Loop, 416 Cadenza Loop, 424 Cadenza Loop, 432 Cadenza Loop, 4113 Frontier Avenue, 4117 Brennan Circle, 4205 Fulton Street, 4206 Fulton Street, 4460 Pleasant View Drive, 4518 Sullivan Drive, Fayetteville, NC 28312; 5025 South Mill Drive and 661 Woodington Road, Hope Mills, NC 28348; 2046 Wade-Stedman Road, 6165 Sandy Creek Road, 6170 Bethany Road and 842 Jeremiah Street, Stedman, NC 28391; 2272 Burris Drive, St Pauls, NC 28384.

CXCIII. Strickland Homes of Fayetteville, Inc.

    a. Place of Business: North Carolina

b. Strickland Homes of Fayetteville, Inc. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 0 Brennan Cir 20.52 ACS LD, 0 McNeil Road 22.61 ACS LD, 4430 McNeil Road, 4440 McNeil Road, 4452 McNeil Road, 4464 McNeil Road, 4474 McNeil Road, 4484 McNeil Road and 5922 Shiloah Church Road, Fayetteville, NC 28312.

DATED:   November 30, 2021

Respectfully submitted,

Scott Summy (North Carolina Bar No. 27171)
Cary McDougal (Texas Bar No. 13569600)
Stephen Johnston (Texas Bar No. 00796839)
M. Cristina Sanchez (Texas Bar No. 24041856)
Brett Land (Texas Bar No. 24092664)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Fax: (214) 520-1181
ssummy@baronbudd.com
cmcdougal@baronbudd.com
sjohnston@baronbudd.com
csanchez@baronbudd.com
bland@baronbudd.com

J. Harold Seagle
North Carolina Bar No. 8017
**SEAGLE LAW, PLLC**
P.O. Box 15307
Asheville, N.C. 28813
Telephone: 828-774-5711
haroldseagle@charter.net
Local Civil Rule 83.1(d) Counsel for Plaintiff

***Attorneys for Plaintiffs***

54

**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: November 30, 2021

_____
Brett Land