**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION**

| | |
|---|---|
| JAMES S. DEW, et al., | |
| Plaintiffs, | Case No. 5:18-cv-0073-D |
| v. | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al., | |
| Defendants. | |
| JAMES O'BRIEN, et al. | |
| Plaintiffs, | Case No. 5:20-CV-00208-D |
| v. | |
| E.I. DU PONT DE NEMOURS AND COMPANY, et al. | |
| Defendants. | |

## NOTICE OF AMENDMENT TO ADD PLAINTIFFS

Through this Notice of Amendment to Add Plaintiffs, the Complaint (ECF 1) in *James O'Brien, et al. v. E.I. DuPont de Nemours and Company, et al.*, 5:20-cv-00208-D shall be considered as amended to include the following Plaintiffs and the below-listed information regarding such Plaintiffs:

I.    Donald Ackerman

    a.   Place of Residence: 2653 County Line Road, St. Pauls, NC 28384

b.  Donald Ackerman owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2653 County Line Road, St. Pauls, NC 28384 and 3470 Shem Creek Drive, Fayetteville, NC 28306.

II.  Alan C. Anderson

a.  Place of Residence: 3453 Thrower Road, Hope Mills, NC 28348

b.  Alan C. Anderson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 3453 Thrower Road, Hope Mills, NC 28348.

III.  Charlie Junior Baker

a.  Place of Residence: 4000 Abercrombie Court, Fayetteville, NC 28312

b.  Charlie Junior Baker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4000 Abercrombie Court, Fayetteville, NC 28312.

IV.  Kristen Lynn Baker

a.  Place of Residence: 4000 Abercrombie Court, Fayetteville, NC 28312

b.  Kristen Lynn Baker owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4000 Abercrombie Court, Fayetteville, NC 28312.

V.    George E. Baker

   a.  Place of Residence: 5109 Pondwood Drive, Stedman, NC 28391

   b.  George E. Baker owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 5109
       Pondwood Drive, Stedman, NC 28391.

VI.   Judy Baker

   a.  Place of Residence: 5109 Pondwood Drive, Stedman, NC 28391

   b.  Judy Baker owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 5109
       Pondwood Drive, Stedman, NC 28391.

VII.  Ashley Marie Beal

   a.  Place of Residence: 4427 Ellenbrook Drive, Fayetteville, NC 28312

   b.  Ashley Marie Beal owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 4427
       Ellenbrook Drive, Fayetteville, NC 28312.

VIII. Curtis Beasley

   a.  Place of Residence: 5024 Macedonia Church Road, Fayetteville, NC 28312

   b.  Curtis Beasley owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5024 Macedonia Church Road, Fayetteville, NC 28312.

IX. Gayle Beasley

a. Place of Residence: 4507 NC Highway 210 S, Fayetteville, NC 28312

b. Gayle Beasley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4507 NC Highway 210 S, Fayetteville, NC 28312.

X. James P. Beasley

a. Place of Residence: 4507 NC Highway 210 S, Fayetteville, NC 28312

b. James P. Beasley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4507 NC Highway 210 S, Fayetteville, NC 28312.

XI. Gregory Allen Bristley

a. Place of Residence: 423 Auger Lane, Stedman, NC 28391

b. Gregory Allen Bristley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 423 Auger Lane, Stedman, NC 28391.

XII. Joan M. Brock

a. Place of Residence: 2937 Thrower Road, Hope Mills, NC 28348

4

b.  Joan M. Brock owns property damaged as a result of the presence of Defendants'
    PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2937
    Thrower Road, Hope Mills, NC 28348.

XIII.  Kenneth Brock

a.  Place of Residence: 2937 Thrower Road, Hope Mills, NC 28348

b.  Kenneth Brock owns property damaged as a result of the presence of Defendants'
    PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2937
    Thrower Road, Hope Mills, NC 28348.

XIV.  Bryan Scott Brown

a.  Place of Residence: 7026 Harvestgrain Drive, Stedman, NC 28391

b.  Bryan Scott Brown owns property damaged as a result of the presence of
    Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7026
    Harvestgrain Drive, Stedman, NC 28391.

XV.  Suzanne Brown

a.  Place of Residence: 7026 Harvestgrain Drive, Stedman, NC 28391

b.  Suzanne Brown owns property damaged as a result of the presence of Defendants'
    PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7026
    Harvestgrain Drive, Stedman, NC 28391.

XVI.  Elizabeth Brown

a. Place of Residence: 2380 Sand Hill Road, Fayetteville, NC 28306

b. Elizabeth Brown owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2380 Sand Hill Road, Fayetteville, NC 28306.

XVII.  George A. Brown

a. Place of Residence: 2380 Sand Hill Road, Fayetteville, NC 28306

b. George A. Brown owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2380 Sand Hill Road, Fayetteville, NC 28306.

XVIII. Rita Sasser Bryant

a. Place of Residence: Stedman, NC 28391

b. Rita Sasser Bryant owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2213 Bainbridge Road, Stedman, NC 28391.

XIX.  Elaine Buczkowski

a. Place of Residence: 2546 Muriel Drive, Fayetteville, NC 28306

b. Elaine Buczkowski owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2546 Muriel Drive, Fayetteville, NC 28306.

6

XX.    Ellen Burley

    a.  Place of Residence: 3730 Thrower Road, Hope Mills, NC 28348

    b.  Ellen Burley owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 3730
Thrower Road, Hope Mills, NC 28348.

XXI.   Bertha Mae Burns

    a.  Place of Residence: 4562 Kirkshaw Road, Hope Mills, NC 28348

    b.  Bertha Mae Burns owns property damaged as a result of the presence of
Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 4562
Kirkshaw Road, Hope Mills, NC 28348.

XXII.  Ronald Canady

    a.  Place of Residence: 187 Donna Street, St. Pauls, NC 28384

    b.  Ronald Canady owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 187
Donna Street, St. Pauls, NC 28384.

XXIII. Troy E. Carter

    a.  Place of Residence: 144 Elton Drive, Fayetteville, NC 28306

    b.  Troy E. Carter owns property damaged as a result of the presence of Defendants'
PFAS chemicals.

7

c. The harmed property includes, but is not limited to, property located at 144 Elton Drive, Fayetteville, NC 28306 and 4996 Sanderosa Road, Fayetteville, NC 28312.

XXIV. Willie Mathew Chason

    a. Place of Residence: 5965 McDonald Road, Parkton, NC 28371

    b. Willie Mathew Chason owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5965 McDonald Road, Parkton, NC 28371.

XXV. Fanuel Chimuka

    a. Place of Residence: 5001 Southmill Drive, Hope Mills, NC 28348

    b. Fanuel Chimuka owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5001 Southmill Drive, Hope Mills, NC 28348.

XXVI. Myra Cogdell

    a. Place of Residence: 309 Ministry Road, Fayetteville, NC 28312

    b. Myra Cogdell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 309 Ministry Road, Fayetteville, NC 28312.

XXVII. Lester Council

    a. Place of Residence: 9014 River Road, White Oak, NC 28399

      b.  Lester Council owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 9014 River Road, White Oak, NC 28399.

XXVIII.  Mary W. Council

      a.  Place of Residence: 162 Council and Richardson Drive, Tar Heel, NC 28392

      b.  Mary W. Council owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 162 Council and Richardson Drive, Tar Heel, NC 28392.

XXIX. Rosena Smith Crooms

      a.  Place of Residence: 705 Tisshuvah Lane, Hope Mills, NC 28348

      b.  Rosena Smith Crooms owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 705 Tisshuvah Lane, Hope Mills, NC 28348.

XXX.  David Allan Dawkins

      a.  Place of Residence: 7118 Harvestgrain Drive, Stedman, NC 28391

      b.  David Allan Dawkins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

      c.  The harmed property includes, but is not limited to, property located at 7118 Harvestgrain Drive, Stedman, NC 28391.

XXXI. Shannon Henderson Dawkins

a. Place of Residence: 7118 Harvestgrain Drive, Stedman, NC 28391

b. Shannon Henderson Dawkins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7118 Harvestgrain Drive, Stedman, NC 28391.

XXXII.  Raymond L. Eaton Jr.

a. Place of Residence: 6544 Sandy Creek Road, Stedham, NC 28391

b. Raymond L. Eaton Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6544 Sandy Creek Road, Stedham, NC 28391.

XXXIII.  James Fisher

a. Place of Residence: 6471 Willow Oaks Drive, Stedman, NC 28391

b. James Fisher owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6471 Willow Oaks Drive, Stedman, NC 28391.

XXXIV.  Michelle Fisher

a. Place of Residence: 6471 Willow Oaks Drive, Stedman, NC 28391

b. Michelle Fisher owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 6471 Willow Oaks Drive, Stedman, NC 28391.

XXXV. John Fitzgerald

    a. Place of Residence: 6525 Willow Oaks Drive, Stedman, NC 28391

    b. John Fitzgerald owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6525 Willow Oaks Drive, Stedman, NC 28391.

XXXVI. James Fowler

    a. Place of Residence: 2212 Herman Bonds Road, St. Pauls, NC 28384

    b. James Fowler owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2212 Herman Bonds Road, St. Pauls, NC 28384.

XXXVII. Karen E. Fowler

    a. Place of Residence: 2212 Herman Bonds Road, St. Pauls, NC 28384

    b. Karen E. Fowler owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2212 Herman Bonds Road, St. Pauls, NC 28384.

XXXVIII. Richard Freeman

    a. Place of Residence: 5304 Hub Johnson Road, Hope Mills, NC 28391

    b. Richard Freeman owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5304 Hub Johnson Road, Hope Mills, NC 28391.

XXXIX. Lisa Ann Garrett

    a. Place of Residence: 3610 Sanderosa Road, Fayetteville, NC 28312

    b. Lisa Ann Garrett owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3610 Sanderosa Road, Fayetteville, NC 28312.

XL. Rebecca Gutierrez

    a. Place of Residence: 1751 Glastonberry Road, Potomac, MD 20854

    b. Rebecca Gutierrez owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2410 Shadow Wood Road, Fayetteville, NC 28306.

XLI. Beverly Hall

    a. Place of Residence: 2751 Rivercliff Road, Fayetteville, NC 28301

    b. Beverly Hall owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5060 Tabor Church Road, Fayetteville, NC 28312.

XLII. David Austin Hewett

    a. Place of Residence: 484 Big  Island Road, White Oak, NC 28399

b.  David Austin Hewett owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 484 Big Island Road, White Oak, NC 28399.

XLIII.  Elnora Carr Hogan

a.  Place of Residence: 10361 Turnbull Road, Fayetteville, NC 28312

b.  Elnora Carr Hogan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 10361 Turnbull Road and 10357 Turnbull Road, Fayetteville, NC 28312.

XLIV.  Taft C. Hogan

a.  Place of Residence: 10361 Turnbull Road, Fayetteville, NC 28312

b.  Taft C. Hogan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 10361 Turnbull Road and 10357 Turnbull Road, Fayetteville, NC 28312.

XLV.  Janice E. Humphreys

a.  Place of Residence: 5859 Mack Simmons Road, Fayetteville, NC 28312

b.  Janice E. Humphreys owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5859 Mack Simmons Road and 5833 Mack Simmons Road, Fayetteville, NC 28312.

XLVI.  James Hutchings

13

    a. Place of Residence: 1336 Colts Pride Drive, Fayetteville, NC 28312

    b. James Hutchings owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1336 Colts
       Pride Drive, Fayetteville, NC 28312.

XLVII. Kelly John Jack

    a. Place of Residence: 1818 Carl Freeman Road, Stedman, NC 28391

    b. Kelly John Jack owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 1818 Carl
       Freeman Road, Stedman, NC 28391.

XLVIII. Amy LS Johnson

    a. Place of Residence: 4948 Grays Creek Church Road, Hope Mills, NC 28348

    b. Amy LS Johnson owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4948
       Grays Creek Church Road and 5046 Grays Creek Church Road, Hope Mills, NC
       28348.

XLIX. Joseph Christopher Johnson

    a. Place of Residence: 4948 Grays Creek Church Road, Hope Mills, NC 28348

    b. Joseph Christopher Johnson owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4948 Grays Creek Church Road, Hope Mills, NC 28348.

L.  Charles Edward Jones

a.  Place of Residence: 255 Old Vander Road, Fayetteville, NC 28312

b.  Charles Edward Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 255 Old Vander Road, Fayetteville, NC 28312.

LI.  Frances Jones

a.  Place of Residence: 255 Old Vander Road, Fayetteville, NC 28312

b.  Frances Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 255 Old Vander Road, Fayetteville, NC 28312.

LII.  Nicky Kelly

a.  Place of Residence: 5532 Parkton Road, Hope Mills, NC 28348

b.  Nicky Kelly owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5532 Parkton Road, Hope Mills, NC 28348.

LIII.  Sarnell Kelly

a.  Place of Residence: 5532 Parkton Road, Hope Mills, NC 28348

b.  Sarnell Kelly owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5532 Parkton Road, Hope Mills, NC 28348.

LIV.  Thelma Kelly

a.  Place of Residence: 708 Tisshuvah Lane, Hope Mills, NC 28348

b.  Thelma Kelly owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 708 Tisshuvah Lane, Hope Mills, NC 28348.

LV.  James Roy Lea

a.  Place of Residence: 632 Dashland Drive, Fayetteville, NC 28303

b.  James Roy Lea owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 6001 Canadian Avenue, Fayetteville, NC 28348.

LVI.  Doris B. Lewis

a.  Place of Residence: 8853 Burney Road, White Oak, NC 28399

b.  Doris B. Lewis owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 8853 Burney Road, White Oak, NC 28399.

LVII.  Rebecca Martin Locklear

a. Place of Residence: 4716 Arlington Street, Hope Mills, NC 28348

b. Rebecca Martin Locklear owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4716 Arlington Street, Hope Mills, NC 28348.

LVIII. John C. Long

a. Place of Residence: 5483 Bush Court, Hope Mills, NC 28348

b. John C. Long owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5483 Bush Court, Hope Mills, NC 28348.

LIX. Gudrun Matthews

a. Place of Residence: 7669 Concord Church, Autryville, NC 28318

b. Gudrun Matthews owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7669 Concord Church, Autryville, NC 28318.

LX. James Edward Matthews

a. Place of Residence: 7669 Concord Church, Autryville, NC 28318

b. James Edward Matthews owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7669 Concord Church, Autryville, NC 28318.

LXI. Stanley Kaye Matthews

    a. Place of Residence: 7132 Beaver Dam Road, Stedman, NC 28391

    b. Stanley Kaye Matthews owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 7132 Beaver Dam Road, Stedman, NC 28391.

LXII. Luna G. McCullen

    a. Place of Residence: 2834 Sunnyside School Road, Fayetteville, NC 28312

    b. Luna G. McCullen owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2834 Sunnyside School Road, Fayetteville, NC 28312.

LXIII. Ronald N. McCullen

    a. Place of Residence: 2834 Sunnyside School Road, Fayetteville, NC 28312

    b. Ronald N. McCullen owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2834 Sunnyside School Road, Fayetteville, NC 28312.

LXIV. Tina McKinnie

    a. Place of Residence: 4121 Frontier Avenue, Fayetteville, NC 28312

    b. Tina McKinnie owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 4121 Frontier Avenue, Fayetteville, NC 28312.

LXV.  James W. McMillan III

   a.  Place of Residence: 6078 Deerstand Road, Wade, NC 28395

   b.  James W. McMillan III owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 6078 Deerstand Road, Wade, NC 28395.

LXVI.  Rhonda L. McMillan

   a.  Place of Residence: 6078 Deerstand Road, Wade, NC 28395

   b.  Rhonda L. McMillan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 6078 Deerstand Road, Wade, NC 28395.

LXVII. Gwen Davis Melvin

   a.  Place of Residence: 633 Fred Hall Road, Stedman, NC 28391

   b.  Gwen Davis Melvin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 633 Fred Hall Road, Stedman, NC 28391.

LXVIII.  Mae Ella Melvin

   a.  Place of Residence: 5224 Sophia Bill Road, Fayetteville, NC 28312

b. Mae Ella Melvin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3333 McKinnon Road, Fayetteville, NC 28312.

LXIX. Malcolm Melvin

a. Place of Residence: 5224 Sophia Bill Road, Fayetteville, NC 28312

b. Malcolm Melvin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3333 McKinnon Road, Fayetteville, NC 28312.

LXX. Eva Monroe

a. Place of Residence: 8511 Cedar Creek Road, Fayetteville, NC 28312

b. Eva Monroe owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8511 Cedar Creek Road, Fayetteville, NC 28312.

LXXI. Lee Ander Monroe

a. Place of Residence: 8511 Cedar Creek Road, Fayetteville, NC 28312

b. Lee Ander Monroe owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8511 Cedar Creek Road, Fayetteville, NC 28312.

LXXII. Mamie Runae Montgomery

a.  Place of Residence: 7244 Turnbull Road, Fayetteville, NC 28312

b.  Mamie Runae Montgomery owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7244 Turnbull Road, Fayetteville, NC 28312.

LXXIII.  Jacqulyn Gale Murray

a.  Place of Residence: 5038 Berry Tree Lane, Stedman, NC 28391

b.  Jacqulyn Gale Murray owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5038 Berry Tree Lane, Stedman, NC 28391.

LXXIV.  Tracy Dale Myers

a.  Place of Residence: 5651 Bridle Ridge Lane, Wade, NC 28395

b.  Tracy Dale Myers owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5651 Bridle Ridge Lane, Wade, NC 28395.

LXXV.  Melba Nelson

a.  Place of Residence: Carefree, AZ 85377

b.  Melba Nelson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 145 Julia T Road, St. Pauls, NC 28384.

LXXVI.    Jill Cashwell Newlan

    a.  Place of Residence: 2720 H Bullard Road, Hope Mills, NC 28348

    b.  Jill Cashwell Newlan owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2720 H Bullard Road, Hope Mills, NC 28348.

LXXVII.   Ronald Richard Newlan Jr.

    a.  Place of Residence: 2720 H Bullard Road, Hope Mills, NC 28348

    b.  Ronald Richard Newlan Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 2720 H Bullard Road, Hope Mills, NC 28348.

LXXVIII.  Sarah O. Nichols

    a.  Place of Residence: 6719 Turnbull Road, Fayetteville, NC 28312

    b.  Sarah O. Nichols owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 6719 Turnbull Road, Fayetteville, NC 28312.

LXXIX.    Cindy Page

    a.  Place of Residence: 1860 Wade Stedman Road, Stedman, NC 28391

    b.  Cindy Page owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1860 Wade Stedman Road, Stedman, NC 28391.

LXXX. Kiyoko Phillips

a. Place of Residence: 4628 Morning Star Lane, Hope Mills, NC 28348

b. Kiyoko Phillips owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4628 Morning Star Lane, Hope Mills, NC 28348.

LXXXI. Ronald Phillips

a. Place of Residence: 4628 Morning Star Lane, Hope Mills, NC 28348

b. Ronald Phillips owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4628 Morning Star Lane, Hope Mills, NC 28348.

LXXXII. Pamela Edwards Porter

a. Place of Residence: 1300 Chedington Road, Hope Mills, NC 28348

b. Pamela Edwards Porter owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1300 Chedington Road, Hope Mills, NC 28348.

LXXXIII. Melanie Prescott

a. Place of Residence: 90 Maysville Lane, Tar Heel, NC 28392

b. Melanie Prescott owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 90 Maysville Lane and 144 Maysville Lane, Tar Heel, NC 28392.

LXXXIV. Pearl Rhone

a. Place of Residence: 2240 Pridgeonfarm Road, Fayetteville, NC 28306

b. Pearl Rhone owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2240 Pridgeonfarm Road, Fayetteville, NC 28306.

LXXXV. Ernest W. Richard

a. Place of Residence: 320 Schiller Street, Fayetteville, NC 28312

b. Ernest W. Richard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 320 Schiller Street, Fayetteville, NC 28312.

LXXXVI. Jane B. Richard

a. Place of Residence: 320 Schiller Street, Fayetteville, NC 28312

b. Jane B. Richard owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 320 Schiller Street, Fayetteville, NC 28312.

LXXXVII. Gretchen Robinson

a. Place of Residence: 4712 Heritage Drive, Durham, NC 27712

b. Gretchen Robinson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5224 Sophia Bill Road, Fayetteville, NC 28312.

LXXXVIII. Larry D. Robinson Sr.

a. Place of Residence: 4712 Heritage Drive, Durham, NC 27712

b. Larry D. Robinson Sr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5224 Sophia Bill Road, Fayetteville, NC 28312.

LXXXIX. Ursula Robinson-Russell

a. Place of Residence: 4347 Dudley Road, Fayetteville, NC 28312

b. Ursula Robinson-Russell owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4347 Dudley Road, Fayetteville, NC 28312.

XC. Jennifer Joy Rozier

a. Place of Residence: 8501 Governors Lane, Hope Mills, NC 28348

b. Jennifer Joy Rozier owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 8501 Governors Lane, Hope Mills, NC 28348.

XCI. William Marcus Rozier

    a. Place of Residence: 8501 Governors Lane, Hope Mills, NC 28348

    b. William Marcus Rozier owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 8501 Governors Lane, Hope Mills, NC 28348.

XCII. Jenny Schleusener

    a. Place of Residence: 3422 Sunnyview Lane, Fayetteville, NC 28312

    b. Jenny Schleusener owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3422 Sunnyview Lane, Fayetteville, NC 28312.

XCIII. Richard Todd Seals

    a. Place of Residence: 6413 Sandy Creek Road, Stedman, NC 28391

    b. Richard Todd Seals owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6413 Sandy Creek Road, Stedman, NC 28391.

XCIV. Daniel E. Shaw Jr.

    a. Place of Residence: 2821 Blossom Road, Hope Mills, NC 28348

    b. Daniel E. Shaw Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 2821

Blossom Road and 6452 Canadian Avenue, Hope Mills, NC 28348.

XCV.  Chaunda Simmons

a.  Place of Residence: 8520 Brightleaf Place, St. Pauls, NC 28384

b.  Chaunda Simmons owns property damaged as a result of the presence of

Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 5524 S

NC 87 Hwy and 5516 S NC 87 Hwy, Fayetteville, NC 28306.

XCVI. Eula Simmons

a.  Place of Residence: 7275 S NC 210 Hwy, Autryville, NC 28318

b.  Eula Simmons owns property damaged as a result of the presence of Defendants'

PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7275 S

NC 210 Hwy and 7336 S NC 210 Hwy, Autryville, NC 28318.

XCVII.  Rosa Simmons

a.  Place of Residence: 610 Dowless Drive, Fayetteville, NC 28311

b.  Rosa Simmons owns property damaged as a result of the presence of Defendants'

PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7274 S

NC 210 Hwy, Autryville, NC 28318.

XCVIII.  Alton Smith

a.  Place of Residence: 3422 Sunnyview Lane, Fayetteville, NC 28312

b. Alton Smith owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3422 Sunnyview Lane, Fayetteville, NC 28312.

XCIX. Gary Smith

a. Place of Residence: 5665 Medicus Lane, Hope Mills, NC 28348

b. Gary Smith owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5665 Medicus Lane, Hope Mills, NC 28348.

C. Monica Stebbins

a. Place of Residence: 2441 Wilmington Hwy, Fayetteville, NC 28306

b. Monica Stebbins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2441 Wilmington Hwy and 2439 Wilmington Hwy, Fayetteville, NC 28306.

CI. Gladys Stocks

a. Place of Residence: 2826 Ava Road, Autryville, NC 28318

b. Gladys Stocks owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2826 Ava Road, Autryville, NC 28318.

CII. Lee Vander Stocks Jr.

a. Place of Residence: 2826 Ava Road, Autryville, NC 28318

b. Lee Vander Stocks Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 2826 Ava Road, Autryville, NC 28318.

CIII. Billie Jean Terry

a. Place of Residence: 197 Talmage Road, St. Pauls, NC 28384

b. Billie Jean Terry owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 197 Talmage Road, St. Pauls, NC 28384.

CIV. Robbie Dean Terry

a. Place of Residence: 197 Talmage Road, St. Pauls, NC 28384

b. Robbie Dean Terry owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 197 Talmage Road, St. Pauls, NC 28384.

CV. Steven Trent Thompkins

a. Place of Residence: 1491 Eberhardt Road, St. Pauls, NC 28384

b. Steven Trent Thompkins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1491 Eberhardt Road and Odom Rd; 2.50 ACS SMITH LD; PIN# 0431-70-3513, St. Pauls, NC 28384.

CVI. Teresa Butler Thompkins

    a. Place of Residence: 1491 Eberhardt Road, St. Pauls, NC 28384

    b. Teresa Butler Thompkins owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at Odom Rd; 2.50 ACS SMITH LD; PIN# 0431-70-3513, St. Pauls, NC 28384.

CVII. Carol Thompson

    a. Place of Residence: 6413 Morning Glory Drive, Stedman, NC 28391

    b. Carol Thompson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6413 Morning Glory Drive, Stedman, NC 28391.

CVIII. Clarissa Thompson

    a. Place of Residence: 7115 Harvestgrain Drive, Stedman, NC 28391

    b. Clarissa Thompson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 7115 Harvestgrain Drive, Stedman, NC 28391.

CIX. Daniel Thompson

    a. Place of Residence: 7115 Harvestgrain Drive, Stedman, NC 28391

b.  Daniel Thompson owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 7115 Harvestgrain Drive, Stedman, NC 28391.

CX.  Bruce Eugene Veeder

a.  Place of Residence: 234 Cherrybark Drive, Stedman, NC 28391

b.  Bruce Eugene Veeder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 234 Cherrybark Drive, Stedman, NC 28391.

CXI.  Connie Peavy Veeder

a.  Place of Residence: 234 Cherrybark Drive, Stedman, NC 28391

b.  Connie Peavy Veeder owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 234 Cherrybark Drive, Stedman, NC 28391.

CXII.  Betty Von Cannon

a.  Place of Residence: 651 Rockinghorse Court, Stedman, NC 28391

b.  Betty Von Cannon owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c.  The harmed property includes, but is not limited to, property located at 651 Rockinghorse Court, Stedman, NC 28391.

CXIII.  Johnnie Von Cannon

a. Place of Residence: 651 Rockinghorse Court, Stedman, NC 28391

b. Johnnie Von Cannon owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 651 Rockinghorse Court, Stedman, NC 28391.

CXIV. Anthony Whaley

a. Place of Residence: 5045 Berry Tree Lane, Stedman, NC 28391

b. Anthony Whaley owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5045 Berry Tree Lane, Stedman, NC 28391.

CXV. Alisha White

a. Place of Residence: 5045 Berry Tree Lane, Stedman, NC 28391

b. Alisha White owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5045 Berry Tree Lane, Stedman, NC 28391.

CXVI. James H. White Sr.

a. Place of Residence: 5489 Landview Place, Hope Mills, NC 28348

b. James H. White Sr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5489 Landview Place, Hope Mills, NC 28348.

CXVII.   Pattie Jean White

   a.  Place of Residence: 5489 Landview Place, Hope Mills, NC 28348

   b.  Pattie Jean White owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 5489
       Landview Place, Hope Mills, NC 28348.

CXVIII.   Stracia Lisa White

   a.  Place of Residence: 4774 Butler Nursery Road, Fayetteville, NC 28306

   b.  Stracia Lisa White owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 4774
       Butler Nursery Road, Fayetteville, NC 28306.

CXIX.   Shamikka Shontae Whitted

   a.  Place of Residence: 5001 Southmill Drive, Hope Mills, NC 28348

   b.  Shamikka Shontae Whitted owns property damaged as a result of the presence of
       Defendants' PFAS chemicals.

   c.  The harmed property includes, but is not limited to, property located at 5001
       Southmill Drive, Hope Mills, NC 28348.

CXX.   David Williams

   a.  Place of Residence: 4583 Sanderosa Road, Fayetteville, NC 28312

   b.  David Williams owns property damaged as a result of the presence of Defendants'
       PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4583 Sanderosa Road and 4544 Sanderosa Road, Fayetteville, NC 28312.

CXXI. Roy W. Williams

a. Place of Residence: 3237 Innovative Road, Fayetteville, NC 28301

b. Roy W. Williams owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 3237 Innovative Road, Fayetteville, NC 28301.

CXXII. Pam Wrench

a. Place of Residence: Stedman, NC 28391

b. Pam Wrench owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7632 Concord Church Road, 7664 Concord Church Road and 7652 Concord Church Road, Autryville, NC 28318.

CXXIII. Steven Wrench

a. Place of Residence: Stedman, NC 28391

b. Steven Wrench owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 7632 Concord Church Road, 7664 Concord Church Road and 7652 Concord Church Road, Autryville, NC 28318.

CXXIV. Sharon Autry

a. Place of Residence: 4660 Blue Sand Hill Road, Stedman, NC 28391

b. Sharon Autry owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4660 Blue Sand Hill Road, Stedman, NC 28391.

CXXV. Kevin Barnhill

a. Place of Residence: 4360 Huckleberry Road, Fayetteville, NC 28312

b. Kevin Barnhill owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4360 Huckleberry Road, Fayetteville, NC 28312.

CXXVI. Eddie R. Burnett

a. Place of Residence: 403 Snowhill Road, Fayetteville, NC 28306

b. Eddie R. Burnett owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 403 Snowhill Road, Fayetteville, NC 28306.

CXXVII. Elaine Ruth Cain

a. Place of Residence: 520 Cecil Street, Fayetteville, NC 28312

b. Elaine Ruth Cain owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 520 Cecil Street, Fayetteville, NC 28312.

CXXVIII. Cathy Carter

    a. Place of Residence: 5091 Rio Dosa Downs, Hope Mills, NC 28348

    b. Cathy Carter owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5091 Rio Dosa Downs, Hope Mills, NC 28348 and 5913 McDonald Road, Parkton, NC 28348.

CXXIX. Donald W. Carter

    a. Place of Residence: 5091 Rio Dosa Downs, Hope Mills, NC 28348

    b. Donald W. Carter owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 5913 McDonald Road, Parkton, NC 28348.

CXXX. Christy Fort

    a. Place of Residence: 3116 John McMillan Road, Hope Mills, NC 28348

    b. Christy Fort owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3116 John McMillan Road, Hope Mills, NC 28348.

CXXXI. Manuel Dea Fort

    a. Place of Residence: 3116 John McMillan Road, Hope Mills, NC 28348

    b. Manuel Dea Fort owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 3116 John McMillan Road, Hope Mills, NC 28348.

CXXXII. Jonathan Fulmore

    a. Place of Residence: 6550 Colepark Drive, Hope Mills, NC 28348

    b. Jonathan Fulmore owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6550 Colepark Drive and 5925 Braxton Road, Hope Mills, NC 28348.

CXXXIII. Melody Fulmore

    a. Place of Residence: 6550 Colepark Drive, Hope Mills, NC 28348

    b. Melody Fulmore owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6550 Colepark Drive, Hope Mills, NC 28348.

CXXXIV. April Goins-Jones

    a. Place of Residence: 2223 Yale Street, Fayetteville, NC 28306

    b. April Goins-Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2223 Yale Street, Fayetteville, NC 28306.

CXXXV. Elena Hendren

    a. Place of Residence: 4279 Macedonia Church Road, Fayetteville, NC 28312

b. Elena Hendren owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4279 Macedonia Church Road, Fayetteville, NC 28312.

CXXXVI. Donna Jones

    a. Place of Residence: 4801 Guiding Street, Hope Mills, NC 28348

    b. Donna Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 4801 Guiding Street, Hope Mills, NC 28348.

CXXXVII. Ron K. Jones

    a. Place of Residence: 2223 Yale Street, Fayetteville, NC 28306

    b. Ron K. Jones owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 2223 Yale Street, Fayetteville, NC 28306.

CXXXVIII. Justin Kirk

    a. Place of Residence: 6204 Maude Street, Fayetteville, NC 28306

    b. Justin Kirk owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c. The harmed property includes, but is not limited to, property located at 6131 Parkton Road, Hope Mills, NC 28348.

CXXXIX. Donna J. Mason

a. Place of Residence: 1916 Sunshine Court, Hope Mills, NC 28348

b. Donna J. Mason owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1916 Sunshine Court, Hope Mills, NC 28348.

CXL. Jerome Nichols

a. Place of Residence: 5841 State Road, Hope Mills, NC 28348

b. Jerome Nichols owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 5841 State Road, Hope Mills, NC 28348.

CXLI. Michelle Walden

a. Place of Residence: 4415 Ellenbrook Drive, Fayetteville, NC 28312

b. Michelle Walden owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4415 Ellenbrook Drive, Fayetteville, NC 28312.

CXLII. William Walden

a. Place of Residence: 4415 Ellenbrook Drive, Fayetteville, NC 28312

b. William Walden owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 4415 Ellenbrook Drive, Fayetteville, NC 28312.

CXLIII.    Austin L. West, Jr.

    a.  Place of Residence: 9200 Turnbull Road, Fayetteville, NC 28312

    b.  Austin L. West, Jr. owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 9200 Turnbull Road, Fayetteville, NC 28312.

CXLIV.    Deborah W. West

    a.  Place of Residence: 9200 Turnbull Road, Fayetteville, NC 28312

    b.  Deborah W. West owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 9200 Turnbull Road, Fayetteville, NC 28312.

CXLV. Linda W. Whitted

    a.  Place of Residence: 4407 Allegiance Avenue, Fayetteville, NC 28312

    b.  Linda W. Whitted owns property damaged as a result of the presence of Defendants' PFAS chemicals.

    c.  The harmed property includes, but is not limited to, property located at 4407 Allegiance Avenue, Fayetteville, NC 28312.

CXLVI.    Rutherlene W. McLaughin

    a.  Place of Residence: 1324 Chedington Road, Hope Mills, NC 28348

    b.  Rutherlene W. McLaughin owns property damaged as a result of the presence of Defendants' PFAS chemicals.

c. The harmed property includes, but is not limited to, property located at 1324 Chedington Road, Hope Mills, NC 28348.

DATED: September 30, 2022        Respectfully submitted,

Scott Summy (North Carolina Bar No. 27171)
Cary McDougal (Texas Bar No. 13569600)
Stephen Johnston (Texas Bar No. 00796839)
Brett Land (Texas Bar No. 24092664)
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219-4281
Telephone: (214) 521-3605
Fax: (214) 520-1181
ssummy@baronbudd.com
cmcdougal@baronbudd.com
sjohnston@baronbudd.com
bland@baronbudd.com

J. Harold Seagle
North Carolina Bar No. 8017
**SEAGLE LAW, PLLC**
P.O. Box 15307
Asheville, N.C. 28813
Telephone: 828-774-5711
haroldseagle@charter.net
Local Civil Rule 83.1(d) Counsel for Plaintiff

***Attorneys for Plaintiffs***

41

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED: September 30, 2022

_____
Brett Land