IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| **James S. Dew**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **E.I. Du Pont de Nemours & Co.**, et al., <br><br> Defendants. | No. 5:18-CV-00073-D |
| **James O'Brien**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **E.I. Du Pont de Nemours & Co.**, et al., <br><br> Defendants. | No. 5:20-CV-00208-D |

For good cause shown, and pursuant to Local Civil Rule 79.2, the court grants the motion to seal (D.E. 130). The Clerk shall maintain the following documents under seal:

1. Plaintiffs' memorandum in response to amended motion for protective order (D.E. 125).
2. Plaintiffs' memorandum in support of their motion to compel (D.E. 127).
3. Affidavit of Celeste A. Evangelisti (D.E. 128).
4. Sathyabodha Yalvigi's deposition transcript (D.E. 128-22).
5. Shawn Gannon's deposition transcript (D.E. 128-23).

Dated: October 24, 2023.

_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE