IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JAMES S. DEW, et al., <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, et al., <br><br> Defendants. | Case No. 5:18-cv-0073-D |
| JAMES O'BRIEN, et al. <br><br> Plaintiffs, <br><br> v. <br><br> E.I. DU PONT DE NEMOURS AND COMPANY, et al. <br><br> Defendants. | Case No. 5:20-CV-00208-D |

## ORDER ON JOINT MOTION FOR LEAVE TO TAKE TWO IDENTIFIED EXPERT-WITNESS DEPOSITIONS AFTER CONCLUSION OF EXPERT DISCOVERY

This matter is before the Court on the parties' Joint Motion for Leave to Take Two Identified Expert-Witness Depositions After the Conclusion of Expert Discovery (the "Motion") pursuant to Rules 6 and 26 of the Federal Rules of Civil Procedure. [D.E. 149]. For good cause shown, the Motion is GRANTED. The Court hereby ORDERS as follows:

Although the deadline for completing expert discovery otherwise concluded on December 11, 2023, the parties are hereby PERMITTED to take the following two depositions: (1) a deposition of plaintiffs' retained expert Ruth Albright, P.E. on December 18, 2023, and (2) a deposition of plaintiffs' retained expert Richard L. DeGrandchamp, Ph.D. on a to-be-determined

date prior to January 15, 2024, that is to be scheduled for the mutual convenience of counsel and the witness.

Except as provided above, the parties reserve all rights, remedies, objections, immunities, and privileges permitted under the Federal Rules of Civil Procedure or applicable law.

SO ORDERED. This the __2__ day of February, 2024

                                                  JAMES C. DEVER III  
                                                  United States District Judge