# EXHIBIT 1

(N.P. SEAL)

14/nt

CUMBERLAND COUNTY NC 06/20/2006
$54.00
STATE OF NORTH CAROLINA
Real Estate Excise Tax

RECEIVED
6-20-2006   AM   8:30: 9
J. LEE WARREN JR.
REGISTER OF DEEDS
CUMBERLAND CO., N.C.

Hold

Prepared by H. M. TYSON II, ATTORNEY
REV. 54.00

STATE OF NORTH CAROLINA, CUMBERLAND COUNTY: **WARRANTY DEED**

THIS DEED, made this 5th day of June 2006, by and between JAMES S. DEW and wife, ELSIE M. DEW, both of Cumberland County, State of North Carolina, hereinafter called Grantor, and PAUL A. ABRIL and wife, SOCORRA ABRIL, hereinafter called Grantee, whose mailing address is 4216 MARSHWOOD LAKE ROAD, FAYETTEVILLE NC 28306.

WITNESSETH: That the Grantor, for and in consideration of the sum of Ten Dollars and other good and valuable considerations to Grantor in hand paid by the Grantee, the receipt whereof is hereby acknowledged, has given, granted, bargained, sold and conveyed, and by these presents does give, grant, bargain, sell, convey and confirm unto the Grantee, Grantee's heirs, successors and assigns, premises in Cumberland County (see PARCEL NOS. 0440-94-7270- and 0440-94-8195-), Grays Creek Township, North Carolina, more particularly described as follows:

BEING ALL of Lot 10 of Marsh Wood Section I according to a map entitled Recombination Survey for James S. Dew & Elsie M. Dew, prepared by Thomas J. Gooden, PLS, duly recorded in Plat Book 117 Page 47 (formerly being Lot 10 and a portion of Lot 11 of Marsh Wood Section I according to a map duly recorded in Book Of Plats 26 Page 72), Cumberland County Registry.

This conveyance is made SUBJECT to any appliciple recorded right(s)-of-way easements and/or restrictive covenants. For a history of title, see Book 3344, Page 0603, Cumberland County Registry.

TO HAVE AND TO HOLD the above described premises, with all the appurtenances thereunto belonging, or in any wise appertaining, unto the Grantee, the Grantee's heirs, successors in interest and assigns in fee simple forever.

And the Grantor covenants that Grantor is seized of said premises in fee, and has the right to convey the same in fee simple; that said premises are free from all encumbrances; and that Grantor will warrant and defend the said title to the same against the lawful claims of all persons whomsoever.

When reference is made to the Grantor or Grantee, the singular shall include the plural and the masculine shall include the feminine or the neuter.

IN WITNESS WHEREOF, Grantor has executed this deed the day and year first above written.

_____(Seal)    _____(Seal)
JAMES S. DEW                      ELSIE M. DEW

STATE OF NORTH CAROLINA, CUMBERLAND COUNTY: I, Alice J. Ogletree, a Notary Public of Brunswick County and said State, do hereby certify that JAMES S. DEW and ELSIE M. DEW both personally appeared before me this day, and acknowledged the due execution of the foregoing deed. Witness my hand and official seal, this 5th day of June, 2006.

_____
Alice J. Ogletree, NOTARY PUBLIC
My commission expires: October 18, 2009.