# EXHIBIT 2

1

2          IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF NORTH CAROLINA
3               WESTERN DIVISION
---------------------------------
4  JAMES S. DEW, et al.,

5     Plaintiffs,

6  v.                        5:18-CV-0073-D

7  E.I. DU PONT DE NEMOURS AND
    COMPANY, et al.,
8
     Defendants.
9  ---------------------------------

10  JAMES O'BRIEN, et al.,

11     Plaintiffs,

12  v.                      5:20-CV-00208-D

13  E.I. DU PONT DE NEMOURS AND
    COMPANY, et al.,
14
     Defendants.
15  ---------------------------------

16             VIDEO DEPOSITION
                 OF
17             PAUL ABRIL

18            * * * * *

19        Taken by the Defendants

20         December 2, 2022

21          12:11 p.m.

22      Fayetteville, North Carolina

23      Reported by:  Audra M. Smith

24

25  JOB NO. 218427

1

2          Deposition of PAUL ABRIL, held at the offices of

3    DoubleTree by Hilton, 1965 Cedar Creek Road, Fayetteville,

4    North Carolina, pursuant to Notice of Deposition, before Audra

5    M. Smith, Notary Public of the State of North Carolina.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2                      APPEARANCES OF COUNSEL

3    ON BEHALF OF PLAINTIFFS:

4    BARON & BUDD, P.C.
     BY:  BRETT LAND, ESQ.
5    3102 Oak Lawn Avenue
     Dallas, TX 75219
6


7
     ON BEHALF OF DEFENDANTS:
8
     SHOOK HARDY & BACON L.L.P.
9    BY:  BRITTA TODD, ESQ.
     2555 Grand Boulevard
10   Kansas City, MO 6410

11

12

13   Also Present:  Carl Reel, Videographer

14

15

16

17

18

19

20

21

22

23

24

25

1

2                          I N D E X

3                            *****

4    PAUL ABRIL                                           PAGE

5         Examination by Ms. Todd                           6

6                        E X H I B I T S

7    NUMBER        DESCRIPTION                            PAGE

8    Exhibit 1    Notice of Real Estate Assessed Value

9                 DEW-ABRIL_P&S-000268 through 271          30

10   Exhibit 2    Test America Analytical Results

11                DEW-ABRIL_P&S-000360                       65

12   Exhibit 3    Well Water Results

13                DEW-ABRIL_P&S-000344 through 347           73

14   Exhibit 4    6/12/18 Information Session

15                DEW-ABRIL_P&S-000266 and 267               82

16   Exhibit 5    Email, 10/25/17, DEW-ABRIL_P&S-000295      83

17   Exhibit 6    GenX and Many More Forum

18                DEW-ABRIL_P&S-000247 through 253           86

19   Exhibit 7    Plaintiff Paul and Socorra Abril's Objections

20                and Responses to Defendant First Set of

21                Interrogatories                            95

22

23

24

25

1              PAUL ABRIL

2          P R O C E E D I N G S

3              * * * * *

4        THE VIDEOGRAPHER:  This is the start of

5    Media Number 1 in the video deposition of Paul

6    Abril taken in matter of James S. Dew, et al.,

7    Plaintiff, v. E.I. du Pont de Nemours and

8    Company, et al., Defendant, Case Number

9    5:18-CV-0073-D.  This deposition is being held

10   at DoubleTree by Hilton, in Fayetteville, North

11   Carolina, on December 2, 2022, at 12:11 p.m.

12        My name is Carl Reel, legal video

13   specialist from TSG Reporting, Inc., and the

14   court reporter is Audra Smith in association

15   with TSG Reporting.

16        Would counsel now please introduce

17   yourselves.

18        MS. TODD:  Britta Todd, from Shook, Hardy

19   & Bacon, on behalf of defendants Chemours and

20   DuPont.

21        MR. LAND:  Brett Land, with Baron & Budd,

22   on behalf of the plaintiffs.

23        THE VIDEOGRAPHER:  Would the court

24   reporter swear the witness.

25

1              PAUL ABRIL

2              * * * * *

3              PAUL ABRIL,

4    Having been first duly sworn, was examined and

5              testified as follows:

6              EXAMINATION

7    BY MS. TODD:

8        Q    Mr. Abril, can you please state your full

9    name again for the record?

10       A    My birth name was Paul Abril.

11       Q    Have you ever gone by any other name?

12       A    Paul Anthony Abril.  That's my name I got

13   from Catholic.

14       Q    From the church?

15       A    Yeah.

16       Q    What's your date of birth?

17       A    12/22/1951.

18       Q    Have you ever been deposed before?

19       A    No.

20       Q    I want to start by going over some ground

21   rules so you'll know what to expect in your

22   deposition today.

23            As I said off the record, my name is

24   Britta Todd, and I'll be deposing you today on

25   behalf of DuPont and Chemours.  Have you taken any

                    PAUL ABRIL

1    medication or anything else in the last 24 hours

2    that would impair your ability --

3        A    No.

4        Q    -- to testify truthfully and accurately

5    today?

6        A    No.

7        Q    You were sworn in by the court reporter,

8    and so the testimony that you'll give here today is

9    under oath and would have the same impact as if you

10    were testifying in a courtroom.

11            Do you understand that?

12        A    I understand.

13        Q    The court reporter is taking down

14    everything we say, so it's important that we create

15    a clear record.  One way we do that is by not

16    speaking over each other, so I'll do my best to let

17    you finish your answer before I ask my next

18    question.  And if you will, even if you think you

19    know where I'm going with the question, wait until I

20    ask the full question before you start your answer,

21    okay?

22        A    I'll try my best.

23        Q    Another thing is that the court reporter

24    can't take down things like nods or shakes of the


PAUL ABRIL

1

2    head, and words like "uh-huh" or "huh-uh" are hard

3    to read since they type out the exact same way on

4    the record.  So it's important to give a clear,

5    verbal response like "yes" or "no," okay?

6         A    Okay.

7         Q    If you give an answer to a question, I'll

8    assume that you understood my question.  If you

9    don't understand the question, I'm happy to rephrase

10   it or repeat or restate the question.

11              But if you do give an answer, I'll assume

12   you understood the question, okay?

13        A    Okay.

14        Q    Lastly, we will take some breaks today.

15   If at any point you need a break for any reason,

16   that's totally fine, as long as there's not a

17   question pending.  So if I've asked you a question,

18   just make sure you give me an answer and then we can

19   go off the record --

20        A    Okay.

21        Q    -- and take a break.

22              Have you reviewed the complaint in this

23   case?

24        A    Yes.

25        Q    Do you know when you did that?

PAUL ABRIL

1

2      A      Did it more than once.

3      Q      You've looked at it more than once?

4      A      Yes.

5      Q      When was the first time you looked at it?

6      A      As in the paperwork or --

7      Q      The complaint would be the initial

8  document that's filed to start off the lawsuit here

9  in the case.

10     A      I don't recall.

11     Q      Okay.  Do you have any understanding of

12 what the claims or the causes of action are in the

13 complaint?

14     A      As far as compensation -- property value?

15     Q      Do you know who the defendants are in this

16 case?

17     A      Defendants?  Do you mean my neighbors and

18 such?

19     Q      The defendants would be --

20     A      Oh, yeah.

21     Q      -- people being sued.

22     A      Yeah.  No, not really.

23     Q      Do you know if there have been any other

24 lawsuits brought related to the Fayetteville Works

25 facility other than the lawsuit that brings us here

PAUL ABRIL

1

2    today?

3        A    No.

4        Q    Have you reviewed any documents that

5    DuPont or Chemours have produced or have sent to

6    plaintiffs in this case?

7        A    Via emails and such like that?

8        Q    So we would have produced them to your

9    attorney, Mr. Land, and then he would have

10   potentially shared them with you.

11       A    I couldn't give you a date, but yes.  I

12   would say yes.

13       Q    Do you know what you would have reviewed?

14       A    Not -- no, I'm not sure.

15       Q    Have you consulted with anyone else about

16   this case?

17       A    Just the wife and I.

18       Q    Besides your wife, have you talked to

19   anyone else in your family about the case?

20       A    They know it's pending, but not full

21   details.  They don't understand what's going on.

22       Q    Besides Mr. Land and his firm, have you

23   talked to any other attorneys about the case?

24       A    No.

25       Q    And have you talked to any scientists

1                    PAUL ABRIL

2   about the case?

3        A    No.

4        Q    Have you talked to any organizations like

5   the Southern Environmental Law Center about the

6   case?

7        A    No.

8        Q    What did you do to prepare for today's

9   deposition?

10       A    Just me and the wife just communicated

11  about what we've been through.

12       Q    Did you look at any documents to prepare

13  for today's deposition?

14       A    No.

15       Q    Did you meet with your attorney to prepare

16  for today's deposition?

17       A    We talked about what --

18            MR. LAND:  I'm going to step in.  So you

19       can disclose the fact that we met, but do not

20       go into detail about our discussions.  That

21       would be privileged.

22  BY MS. TODD:

23       Q    So you did meet with your attorney?

24       A    Yes.

25       Q    How long was that meeting?

1            PAUL ABRIL

2      A    Maybe an hour, 40 minutes.  It wasn't real

3    long.

4      Q    Who all was in attendance at that meeting?

5      A    Me, my wife, and our lawyer.

6      Q    When you were referring to your wife,

7    you're referring to Socorra Abril?

8      A    Yes.  I'm sorry.

9      Q    That's fine.  I just want it clear for the

10   record.

11           How did you find your attorneys?

12     A    Oh, I couldn't tell you.

13     Q    Have you ever been involved in a civil

14   lawsuit before?

15     A    No.

16     Q    Have you ever filed for bankruptcy?

17     A    No.

18     Q    Have you ever sued DuPont or Chemours

19   before?

20     A    No.

21     Q    Have you ever signed any type of waiver or

22   release relating to DuPont or Chemours before?

23     A    No, not that I -- aware of, not that I

24   remember.

25     Q    Do you know anyone who currently works or

                    PAUL ABRIL

1

2  previously worked at Fayetteville Works?

3       A    One of my neighbors works there, but I

4  don't know them personally.  Just a "hi" kind of

5  thing.

6       Q    What was that neighbor's name?

7       A    I couldn't tell you.

8       Q    So I take it you've never discussed the

9  job duties or his role --

10      A    No.

11      Q    -- at Fayetteville Works?

12      A    Nothing like that, no.

13      Q    Have you ever visited the Fayetteville

14 Works facility?

15      A    To pick up water, yes.

16      Q    Have you visited it for any other purpose?

17      A    No.

18      Q    When you've gone there to pick up water,

19 have you ever gone inside the building?

20      A    No.

21      Q    So I take it you know where the

22 Fayetteville Works facility is?

23      A    Oh, yes.

24      Q    How far away from your property is it?

25      A    I'd say within a mile with the crow's fly.

PAUL ABRIL

1
2  Driving-wise it's a lot further.

3      Q    In which direction is Fayetteville Works

4  from your property?

5      A    We're upland from Fayetteville, upstream

6  from Fayetteville.

7      Q    Have you ever filed a complaint to a

8  government agency?

9      A    No.

10     Q    Have you ever been convicted of a crime?

11     A    No.

12     Q    If you could, walk me through your post

13 high school education?

14     A    I graduated from junior college, and I got

15 employed.  And plant closure, and then they -- I

16 moved here and they send me to school, here, for

17 training, tech training, and that was for AC work.

18     Q    When you say AC work, do you mean air

19 conditioner work?

20     A    Yes, HVAC.

21     Q    Where are you currently employed?

22     A    Retired, happily retired.

23     Q    How long have you been retired?

24     A    '06.

25     Q    How long -- let me start over.

1                     PAUL ABRIL

2          Where were you employed before you retired

3   in '06?

4        A    Chesebrough-Ponds, Ragu Foods.

5        Q    What did you do for Ragu Foods?

6        A    It was a supervisor.

7        Q    Have you ever worked in the HVAC industry?

8        A    No.  I never worked for anybody.  I just

9   did friends, family.

10       Q    Did the friends and family pay you to do

11  that?

12       A    No, not really.

13       Q    You just did it as a favor?

14       A    What I could, yes.

15       Q    When you worked for Ragu foods, was that

16  here in North Carolina or in California?

17       A    California.

18       Q    How long did you work at Ragu?

19       A    Too long.  Thirty-two years.

20       Q    What is your current residential address?

21       A    4216 Marshwood Lake Road, Fayetteville

22  28306.

23       Q    How long have you lived there?

24       A    Since the end of '06 -- no, we moved in

25  '07.  Excuse me.

1          PAUL ABRIL

2     Q    In early 2007?

3     A    Yes.

4     Q    Do you own that home?

5     A    Yes.

6     Q    Who lives with you?

7     A    The wife, Socorra.

8     Q    Has she lived there the entire time --

9     A    Yes.

10    Q    -- you've lived there?

11    A    I'm sorry.  Yes.

12    Q    Has anyone else lived there besides you

13    and your wife?

14    A    For just a short period of time, our son

15    did.

16    Q    When was that?

17    A    I couldn't tell you right off.  It's been

18    a while.

19    Q    Do you know how many weeks or months he

20    lived there?

21    A    Maybe two, three months -- two months

22    maybe.

23    Q    Why did you move to North Carolina from

24    California?

25    A    Honestly, I was sick and I was going to

1        PAUL ABRIL

2  have some cleaner air and water, and that's not the

3  case.

4        Q    Were there any other reasons you moved out

5  of North Carolina?

6        A    We just liked the area.  The economy's

7  cheaper, so we sold our house and moved here and had

8  this house built.

9        Q    Did you have family here in the area?

10       A    Just our son was in the military.

11       Q    It's my understanding, based on your

12  wife's testimony, that your son also has a family

13  here; is that correct?

14       A    Yes.

15       Q    At the time you moved here, how many

16  family members did he have living in the area?

17       A    Well, he was about to have his first son.

18  He was deployed, so we decided to move here just to

19  help things out.  He now has two boys.

20       Q    And his wife; is that correct?

21       A    Yes.

22       Q    When you say he was deployed, he was in

23  the military, correct?

24       A    Yes.

25       Q    Was he stationed here at Fort Bragg?

1                      PAUL ABRIL

2         A     Yes.

3         Q     What was your address prior to your

4    current home?

5         A     946 Emory Way, Merced, California 95340.

6         Q     How long did you live in that home?

7         A     10, 12 years.

8         Q     Did you own that home?

9         A     Yes.

10        Q     Did you sell it when you moved here?

11        A     Yes.

12        Q     Who all lived with you in that home?

13        A     My stepdaughter and our son and us, me and

14   the wife.  Oh, my son did, too, for a period of

15   time, then he left.  Graduated from high school.

16        Q     Can you describe your current home and the

17   land surrounding it for me?

18        A     We love our property.  It's just -- we

19   thought we were in heaven for a while.

20        Q     How many acres do you have there?

21        A     Not quite two.  A little shy of two.

22        Q     Is your house a brick house or does it

23   have siding?

24        A     Siding.

25        Q     How many bedrooms does it have?

PAUL ABRIL

1

2     A     Four.

3     Q     How many bathrooms?

4     A     Three.

5     Q     Do you know the total square footage?

6     A     28 1/2, more or less, somewhere in there.

7  A little above 28 1/2 square feet.

8     Q     Do you mean 2,800 square feet?

9     A     Yes.

10    Q     Would you say that it's in a rural area?

11    A     Yes.

12    Q     How close is your nearest neighbor's home?

13    A     To -- they're just building a house to our

14 right as we're facing the front, and nobody's moved

15 in yet.  They're probably halfway down.  And on the

16 other side, I couldn't tell you right off -- I'm bad

17 with distance.  But they're not real close, but I

18 could see it.  I could see their house.

19    Q     Do you know how long they've been building

20 the house on the right side of you?

21    A     Just last couple months, two months maybe.

22    Q     Do you happen to know who has bought that

23 house or who's building it?

24    A     Personally, no.

25    Q     Are there any bodies of water that are

PAUL ABRIL

1

2    actually on your property?

3         A    Backyard.

4         Q    What's in the backyard?

5         A    A lake.

6         Q    Is that Marshwood Lake?

7         A    Yes.

8         Q    And does your property line run right up

9    to the boundary of the lake?

10        A    Yes.

11        Q    Do you have any other creeks or streams

12   running through any part of your property?

13        A    No.

14        Q    When did you purchase your current home?

15        A    When they were building it.  Paid cash for

16   it.

17        Q    I understand you first bought the land and

18   then you built the house on it; is that right?

19        A    Yes.

20        Q    Can you tell me about the process of

21   searching for a piece of land to buy and how you

22   ended up deciding on this particular parcel of land?

23        A    We decided because of the lake and the

24   rural area.  We decided on the property there.  We

25   looked at other places, but just never did, you

1                    PAUL ABRIL

2   know, suit us.

3        Q    Did you use a real estate agent in that

4   process?

5        A    Yes.

6        Q    Who was that?

7        A    Elsie Dew.

8        Q    How did you meet Elsie Dew to hire her as

9   your real estate agent?

10       A    Our daughter-in-law is a schoolteacher,

11   and Elsie was a librarian, I guess.  Through her,

12   our daughter-in-law.

13       Q    So she was acting as your buyer's agent

14   looking for pieces of property?

15       A    Yes.

16       Q    And then who did you purchase the property

17   from Marshwood Lake from?

18       A    The Dew family.

19       Q    And was that Kevin and Elsie Dew -- I'm

20   sorry.  James and Elsie Dew?

21       A    Yes.

22       Q    Was that piece of property listed for sale

23   to the public at the time that you purchased it?

24       A    I couldn't tell you.  I'm not sure.

25       Q    Do you recall when you first went to view

                          PAUL ABRIL

1    the property before you purchased it?

3         A    Yes.

4         Q    Was there any type of real estate sign in

5    the yard that would indicate that the land was for

6    sale?

7         A    No.  It was just wooded area.

8         Q    Did you understand Kevin and Elsie Dew to

9    live nearby that land?

10        A    Kevin and Elsie -- you mean James?

11        Q    Yes.  I keep mixing them up.

12        A    Yes.

13        Q    Did you understand James and Elsie to live

14   nearby?

15        A    Yes.

16        Q    How did it come about that Elsie Dew was

17   your real estate agent but they were also selling

18   you the property that the Dews owned?

19        A    Just the way it happened.

20        Q    Was there any other real estate agent

21   involved?

22        A    No.

23        Q    You mentioned it a little bit earlier, but

24   what particularly attracted you to those couple of

25   acres?

PAUL ABRIL

1

2     A     The lake, the location.

3     Q     Did you sign any type of contract when you

4  purchased the land?

5     A     No.  Not until it was done.

6     Q     When you purchased the land, did James and

7  Elsie Dew know that you-all planned to build your

8  primary residence on the land?

9     A     Yes.

10    Q     When you looked at the land, did you ask

11 anything about the water source for that property?

12    A     No.

13    Q     Did they tell you that all of the

14 neighbors used well water?

15    A     They didn't tell me that, but I understood

16 that.

17    Q     What was the basis for your understanding

18 that the neighbors all used well water?

19    A     Just the location.  Rural area.

20    Q     Have you ever used well water prior to

21 moving to North Carolina?

22    A     No, no.

23    Q     How long was it between when you purchased

24 the land and when you started to build a home on it?

25    A     Maybe six, eight months.  Maybe six

1                    PAUL ABRIL

2    months, maybe.

3        Q    Did you pay cash for the land?

4        A    Yes.

5        Q    Did you look at or interview any other

6    contractors to build a home on the land?

7        A    No.

8        Q    Who ended up building the home for you?

9        A    The Dews.

10       Q    Was that Dew Construction & Realty?

11       A    Yes.

12       Q    Is that owned by James Dew?

13       A    Yes.

14       Q    Why did you go with Dew Construction &

15   Realty to build the home?

16       A    We were out of state and didn't know

17   anybody else, and they just, you know -- one thing

18   led to another.

19       Q    Were you still living in California at

20   this time?

21       A    Yes.

22       Q    And you would travel here to view property

23   or discuss building a home?

24       A    Yes.

25       Q    Did you sign a formal contract going into

PAUL ABRIL

1

2    building the home?

3        A    No.

4        Q    Did you pay a portion of the construction

5    costs upfront?

6        A    I say no.

7        Q    Did you make payments as you went?

8        A    As it went along, yes.

9        Q    Can you kind of describe how that worked

10   for me?

11       A    I'm not understanding your question.

12       Q    Let me back up.  Did James Dew ever quote

13   you a price that it would cost to build the house

14   completely finished?

15       A    He gave us a number, yes.

16       Q    Do you recall what that number was?

17       A    No, I'm not sure, no.

18       Q    Was that number ever written down in

19   writing between the two of you?

20       A    No, I don't think so.

21       Q    Would you receive any types of invoices or

22   other types of receipts or bills from Mr. Dew?

23       A    Yes.

24       Q    How often would you receive those?

25       A    Each step.

1                    PAUL ABRIL

2        Q    Would you just pay as you received them?

3        A    Yes.

4        Q    And were you paying all of that with cash

5   as well?

6        A    Yes.

7        Q    Forgive me for prying, but was that cash

8   you already had set aside for the house or was that

9   cash you were making off of the profit from the

10  California home?

11       A    The property.

12       Q    Did you have any type of loan involved in

13  obtaining that cash initially used to pay for the

14  home in North Carolina?

15       A    Can you say that again?

16       Q    Was the cash that you used to make the

17  payments to Mr. Dew, was that cash you already had

18  on hand or did that come from a loan of some sort?

19       A    Came from the loan, and that was to be

20  paid from the sales of the house.  It was for sale

21  then.

22       Q    From the sale of your California house?

23       A    Yes.

24       Q    Okay.  Was it similar to a home equity

25  line of credit?

PAUL ABRIL

1
2     A     Not sure.
3     Q     Do you know how much cash you initially
4   had to build the home?
5     A     No, I'm not sure.
6     Q     Did you eventually have to take out an
7   additional loan --
8     A     Yes.
9     Q     -- to finish paying for the North Carolina
10  home?
11    A     Yes.
12    Q     When did you have to do that?
13    A     I can't give you no dates.
14    Q     Was the house already under construction
15  when you had to do that?
16    A     Yes, yes.
17    Q     Do you recall how much of a mortgage you
18  had to take out at that time?
19    A     It was done in two stages.  I think closer
20  to 70 total, somewhere in there, in that ballpark.
21    Q     Close to $70,000 total?
22    A     Yes.
23    Q     Was that $70,000 something you anticipated
24  going into the building of the home?
25    A     No.

PAUL ABRIL

1

2    Q    Were you frustrated with the rising cost

3  of building the home?

4    A    Frustrated?  I don't know if that's the

5  right word.

6    Q    How would you describe your feelings about

7  paying more for the home?

8    A    As the house is being built, we were

9  requesting, you know, different things, so we kind

10  of contributed to the price going up also, so I

11  can't break that down.

12    Q    Going back to the land that you purchased,

13  did you compare the price per acre of land to other

14  properties in the area that you had looked at?

15    A    No.

16    Q    Coming from California, did the prices

17  here seem fairly cheap?

18    A    That's why we were smiling, yes.

19    Q    As part of the purchase process for the

20  land or in building the home, did you ever receive

21  any water quality or well disclosures?

22    A    No.

23    Q    Did you ever have a conversation with the

24  Dews about well water?

25    A    About the well?  Or about the

PAUL ABRIL

1    contamination?  I'm not --

3        Q    While the house was being built on the
4    front end, did they ever tell you anything about
5    well water?

6        A    No.

7        Q    When you obtained the additional $70,000
8    in loans, did you have to have an appraisal done as
9    part of that process?

10       A    I'm not sure.

11       Q    Did you ever have the house inspected?

12       A    As it's being built?

13       Q    Like when it was finished being built,
14   typically you would have an inspector go through --

15       A    Appraise it?

16       Q    -- measure things, and things like that?

17       A    I'm sure that, but I didn't do any of
18   that.

19       Q    Did you hire an inspector to do that?

20       A    Yeah.  I guess the Dews did, I guess.

21       Q    Do you recall there being any red flags or
22   any issues of concern involved in the inspection of
23   the home?

24       A    No.

25       Q    Do you pay property taxes to the county

1                    PAUL ABRIL

2   each year?

3       A    Yes.

4       Q    Has the assessed value of your home

5   changed over time?

6       A    Yes.

7       Q    I'll have Mr. Land hand you what we will

8   mark as Exhibit 1 to your deposition.

9            (Defendants' Paul Abril Exhibit 1,

10  marked for identification as of this date.)

11      A    This is just the last one that they

12  re-evaluated.

13      Q    Do you recognize these documents?

14      A    Somewhat.

15      Q    For the record, these are DEW-ABRIL_P&S-

16  000268 through 271.

17           I want to first direct your attention to

18  that last page that I handed you, the fourth page.

19  And I'll represent to you that all of the documents

20  that I'm going to use with you today were documents

21  produced to defendants by you and your wife.

22           So this is a document that you-all

23  produced, and this appears to be the tax statement

24  for the tax year 2009.

25           Do you see that?

                        PAUL ABRIL

1

2       A     2009, yes.

3       Q     And do you see where -- on the left-hand

4    side, it has total taxable value $221,000?

5       A     Yes.

6       Q     Is that the highest amount that your home

7    was ever assessed at?

8       A     Not sure.

9       Q     If you go to the third page that I handed

10   you, that is a notice of real estate assessed value

11   for the tax year 2018.  And it shows an assessed

12   value of $142,600.

13            Do you see that?

14      A     Yes.

15      Q     But then in the second page, there's a

16   letter from the Office of the Tax Administrator,

17   dated November 6 of 2018, and this letter indicates

18   that the 2018 tax value on your parcel was appealed,

19   and an adjustment was made to the property value.

20      A     You know, I believe that the lowest one,

21   that they reassessed our value, and they made a

22   mistake.

23      Q     That's what it says here.

24      A     Yeah.

25      Q     It says that it was a calculation error --

1                    PAUL ABRIL

2        A    Yes.

3        Q    -- made?

4        A    Which affected other people too.  And

5    then, you know, we went from there.

6        Q    Down at the bottom they include a notice

7    of real estate assessed value.

8        A    What page are you on?

9        Q    Still that same second page.

10        A    Okay.

11        Q    And this still says tax year 2018, but

12    it's updated with an assessed value of $173,100.

13        A    Yes.  That's the adjustment they made, I

14    believe.

15        Q    Did you ever ask for any type of

16    explanation as to why they assessed it so low, at

17    $142,000?

18        A    I was told that -- by them, I think, it

19    was an error on their part, number error.

20        Q    And you said it happened to other people.

21    And indeed, in the letter it says that there were

22    other similar appeals.

23        A    Yeah, but I don't know if it was lower or

24    higher.  I just know it affected other people.

25        Q    Do you know if it affected any of your

                         PAUL ABRIL

1

2    neighbors?

3         A    Yes.  That's what I'm talking about.

4         Q    Do you know which neighbors in particular?

5         A    No.

6         Q    Then that first page that I handed you,

7    this has tax year 2019, and it still has an assessed

8    value of $173,100.  Do you see that?

9         A    Yes.

10        Q    Do you know if you have a notice of real

11   estate assessed value for 2020 or 2021?

12        A    No.  No, I don't think so.

13        Q    Do you think the most current assessed

14   value is still $173,100?

15        A    Not sure.

16        Q    You can go ahead and set that aside; the

17   court reporter will take it from you.

18             Have you ever tried to sell your house

19   here?

20        A    Not yet.

21        Q    Have you ever tried to refinance your

22   house here?

23        A    No.

24        Q    Do you still have a mortgage on the

25   property?

1          PAUL ABRIL

2     A    Just to pay that -- that was that 70 plus

3 that we borrowed, that was a contractor's loan.

4 That was a high rate.  So we transferred it over to

5 our credit union, and we're probably two years away

6 from paying that off.  Somewhere in there.

7     Q    When you transferred it over to your

8 credit union, did you have any issues getting the

9 credit union to accept that loan?

10    A    No.

11    Q    Did you get a better rate that way?

12    A    Yes, ma'am.

13    Q    Good for you.  Have you made any

14 improvements to the property since you purchased it?

15    A    Yes.

16    Q    What improvements have you made?

17    A    Did the whole yard, outside and inside,

18 just personalized it.  After our issue with the

19 water, we have not put any money in it because we're

20 not sure where it's going to end up.

21    Q    Do you have a homeowner's insurance

22 policy?

23    A    Yes.

24    Q    Who's the insurance carrier?

25    A    AAA, I believe.

PAUL ABRIL

1

2     Q     Do you know what all's covered under your

3  insurance policy?

4     A     No.

5     Q     Have you ever made a claim under your

6  insurance policy?

7     A     No.

8     Q     Have you ever had damage to your home that

9  you did not file an insurance claim for?

10    A     No.

11    Q     Do you own any other properties that you

12 were claiming have been affected by DuPont or

13 Chemours?

14    A     No.

15    Q     Do you reside in your current home

16 full-time?

17    A     Yes.

18    Q     Do you have a vacation home or often stay

19 with family outside of your home?

20    A     No.  No other properties do we own.

21    Q     Have you spent extended time living

22 anywhere else since 2010?

23    A     Explain "extended time."  I go to

24 California to visit my son.

25    Q     Would you say you go for more than ten

PAUL ABRIL

1

2  days at a time?

3      A    Yes.

4      Q    How often do you do that?

5      A    Minimum is once a year.

6      Q    How long do you usually stay with him?

7      A    Three weeks today.  But in the past, more

8  like a month.

9      Q    Is there any particular reason that you've

10  shortened that visit a little bit?

11     A    Just my age.  It gets harder to get

12  around.

13     Q    Does your wife go with you on that trip?

14     A    No, not always.  That's why I shortened

15  it, because I just didn't like leaving her behind

16  that long.

17     Q    Got to come home to her.

18     A    Yeah, I was worried about her.

19     Q    How many hours a day are you typically at

20  your home here?

21     A    Over half the times.

22     Q    You do not work right now, correct?

23     A    No.

24     Q    Is there anywhere else that you regularly

25  spend a significant period of time on a regular

1           PAUL ABRIL

2    basis?

3        A    Go to the gym regularly, routinely.

4        Q    Has the number of hours you typically

5    spend at home changed at all since 2010?

6        A    Not sure.

7        Q    Do you have any pets?

8        A    We don't, due to the water situation.  We

9    did in the past, but we lost our cat, and we just

10   don't want to have to go through that again.

11       Q    Did you already own your cat when you

12   moved from California to North Carolina?

13       A    Yes.

14       Q    How old was the cat when the cat passed

15   away?

16       A    I don't know.  The wife's the cat lady.

17       Q    Do you know what year your cat passed

18   away?

19       A    No.

20       Q    Had you ever taken the cat to the vet

21   about any medical issues?

22       A    Sure.  As needed.

23       Q    Do you recall if a vet ever -- well, let

24   me back up.  What medical issues do you recall

25   taking the cat to the vet for?

PAUL ABRIL

1

2      A     The last time, you're talking about,

3   questioning me about?

4      Q     Sure, yes.

5      A      The last time, because the cat had tumors.

6   He wouldn't eat and stuff, so the wife took him and

7   the vet told them what was going on and said it's

8   best that it euthanize him.  So that's what

9   happened.

10     Q     Do you recall when that was?

11     A     No.

12     Q     Do you know if the vet said anything about

13  a cause of the tumors?

14     A     Said it was tumors.  Where, location, I

15  don't know.

16     Q     Anything about what may have caused the

17  cat to develop them?

18     A     No.  He didn't go into the extent of that.

19     Q     Have you ever had any livestock on the

20  property?

21     A     No.

22     Q     Have you ever had a garden on the

23  property?

24     A     Yes.

25     Q     What all did you grow in your garden?

                         PAUL ABRIL

1

2       A    Basic stuff.  Herbs, tomatoes and stuff

3  like that.

4       Q    Do you still have the garden?

5       A    No.

6       Q    How long has it been since you've had a

7  garden?

8       A    Since we heard of our issue with the

9  water.  We refused to eat anything like that.  Our

10  ground's contaminated, water's contaminated, so why

11  would we grow anything and consume it.

12       Q    When you did have a garden, did you

13  personally consume the fruits and vegetables and

14  herbs?

15       A    Yes.  It was for our use, yes.

16       Q    Did you ever sell the fruits and

17  vegetables?

18       A    No, no.

19       Q    Have you ever had a swimming pool or a hot

20  tub on the property?

21       A    We got a jacuzzi bathtub that we no longer

22  can use.  We bought a pool, aboveground pool, and we

23  were about ready to set it up, then we had the water

24  issue.  So we had it for one summer and thought it

25  was a waste of time.  My grandkids couldn't enjoy

PAUL ABRIL

 1

 2    it, so we gave it to our son for -- they could use

 3    it.

 4         Q    You said that you had bought the pool and

 5    never got to use it.  Do you remember when exactly

 6    you bought the pool?

 7         A    No.  I'm bad at dates.  When you ask me

 8    for a date --

 9         Q    You said it was an aboveground pool.  Do

10    you remember anything about the dimensions of it or

11    how tall it would have been?

12         A    No, no.  Like I said, we never did get to

13    set it up, so no, I don't recall.

14         Q    Would the pool have been deeper than,

15    like, up to your knee?

16         A    Oh, yes.

17         Q    Okay.  Have you ever used the Marshwood

18    Lake for recreational activities?

19         A    Yes.  Enjoyed it when we thought it was

20    safe.  Fishing, swimming, kayaking, canoeing, just

21    on and on.

22         Q    When you say "fishing," did you catch fish

23    and then cook them?

24         A    Yes.  We have in the past, yes.

25         Q    When was the last time you did that?

                         PAUL ABRIL

 1

 2      A    Since our water issue.

 3      Q    And you said swimming in the lake as well?

 4      A    Yes.

 5      Q    When was the last time you swam in the

 6  lake?

 7      A    I couldn't give you a date.  Just prior to

 8  the issue with the water.

 9      Q    Do you still boat or kayak in the lake?

10      A    No.  Pretty much nonusable for us.

11      Q    Do you still have a boat or a kayak?

12      A    Yes.  Sitting under my house, basement.

13      Q    Do you ever take those to other bodies of

14  water?

15      A    Yes, we have.

16      Q    Have you done that since the contamination

17  issue?

18      A    Yes.

19      Q    Have you ever run any type of business

20  from your home?

21      A    No.

22      Q    Who handles the upkeep of your home?

23      A    Me.  90 percent of it.

24      Q    Who handles the upkeep of the property

25  your house sits on?

PAUL ABRIL

1

2    A    We do.  We did everything.

3    Q    Do you have any type of water or sewer

4    bill at all?

5    A    No.

6    Q    Do you have an electric bill?

7    A    Yes.

8    Q    You pay that, I assume?

9    A    Yes.

10    Q    Does the home have natural gas service?

11    A    No.

12    Q    I understand from your interrogatory

13    answers that your son and his family may not visit

14    your home as often as they used to; is that correct?

15    A    Yes, that's definitely true.

16    Q    Can you explain that for me?

17    A    They're real diligent in taking care of

18    the boys.  They protect them more than average

19    parents, which I totally like, and they're just in

20    fear -- they don't come over -- they used to come

21    over with the boys and stay the weekend, and we used

22    to pick them up from school and take them to the

23    house for dinner and all that, but now we don't do

24    that.  They're just -- they're just worried about

25    the water.  Things changed because of that.

PAUL ABRIL

1

2      Q     Do you know how it is that your

3   grandchildren came to learn of potential

4   contamination issues?

5      A     I mean, everybody knows about it; learn

6   the same way.

7      Q     Do you have any other properties that you

8   currently rent or own that we have not --

9      A     No.

10     Q     -- talked about?

11     A     No.

12     Q     Do you think any of your plumbing fixtures

13  or appliances in your home have been affected by the

14  presence of any chemicals?

15     A     I'm in fear of our waterline, pipes, our

16  water heater and our softener, the water system,

17  two-stage system could be contaminated.

18     Q     What is the basis for your belief that

19  those plumbing fixtures or appliances might be

20  contaminated?

21     A     We run our water through it.  It's getting

22  the coating and contaminated with the use.

23     Q     Have any of your plumbing fixtures or

24  appliances specifically been tested for compounds?

25     A     Can you repeat that?

1                          PAUL ABRIL

2        Q     Sure.  Have any of your plumbing fixtures

3   or appliances specifically been tested for

4   compounds?

5        A     No.  It's just one of my concerns.

6        Q     Have you replaced any of the pipes running

7   to your house?

8        A     We replaced the well pump, the bladder

9   tank.  We live on a hill, and we have to pump our

10  sewage uphill away from the lake.  I don't know the

11  distance you have to keep up, but we have to pump it

12  up higher and then seep it through the ground that

13  way.  And we had to replace that pump a couple

14  times, twice.

15       Q     Do you know why you had to replace that

16  pump?

17       A     No.  Just use, everyday use, I guess.

18       Q     Did you personally replace it or --

19       A     No.

20       Q     -- did you have to call somebody?

21       A     We had to call somebody.

22       Q     You said you had to replace the bladder

23  tank --

24       A     Yes.

25       Q     -- do you know why you had to replace that

PAUL ABRIL

1    part?

3        A    They have a lifespan.  It goes bad.  I
4    don't know, so that's why --

5        Q    It just reached its typical lifespan?

6        A    That I can't tell you, but I know they
7    don't last forever.  The reason why it went bad, I
8    can't tell you that.

9        Q    When did you replace that?

10       A    Within a couple months, four, five, six
11   months.

12       Q    Within the past, four, five, six months?

13       A    Yes.

14       Q    And what about the well pump?  When did
15   you replace that?

16       A    Same time.

17       Q    Do you know what types of pipes are in
18   your house?

19       A    Apex; am I saying that right?  Apex, I
20   think, the plastic-looking -- yeah.

21       Q    Okay.

22       A    I think it's Apex, they call it.

23       Q    Besides the ones that you've mentioned
24   connected to the well and the septic tank, have you
25   replaced any other fixtures or appliances?

                        PAUL ABRIL

 1

 2      A     The stove, microwave.

 3      Q     I take it those were not related to

 4  anything with the water?

 5      A     No.  Just -- nothing lasts forever.  I

 6  think the electrical storm took out some of the

 7  things.

 8      Q     That will do it sometimes.  How often do

 9  you flush out your old hot water heater?

10      A     Minimum once a year, maybe even less.  I

11  mean, more than that, since our water situation.

12      Q     What is your process for flushing out the

13  water heater?

14      A     Draining it and rinsing and filling back

15  up; do it again.

16      Q     Do you currently use bottled water at your

17  home?

18      A     It's the only thing we survive on.

19      Q     Who provides the bottled water?

20      A     Chemours.

21      Q     Have you ever complained about bottled

22  water delivery from Chemours?

23      A     Yes.  More than once.

24      Q     Do you know how many times?

25      A     No.  They often would miss our delivery,

PAUL ABRIL

1  not give us our full amount, that kind of thing.

2        Q     Who would you contact about that?

3        A     Katherine's her name.  Just a number via

4  Chemours.

5        Q     So there's a phone number that Chemours

6  gives you --

7        A     Yes.

8        Q     -- for complaints?

9        A     Yes.

10       Q     Did they bring replacement water or offer

11 you a solution?

12       A     No.  They would make it right.

13       Q     Were you ever offered a voucher if a

14 delivery was missed?

15       A     No.

16       Q     Have you ever requested water or a voucher

17 card and been denied by Chemours?

18       A     No.  Never requested.

19       Q     Have you purchased bottled water for your

20 home apart from Chemours?

21       A     I say yes.

22       Q     Do you know how often you've done that?

23       A     Very seldom.  Just here and there kind of

24 thing.

1              PAUL ABRIL

2      Q    Can you explain your weekly or even

3  monthly routine for delivering and picking up water

4  from Chemours?

5      A    We have to drive to get this size, the

6  16.9-ounce bottles.  We have to go to Chemours to

7  pick it up.  The gallons, they deliver it every --

8  bimonthly, every other week.

9      Q    When they deliver the gallons every other

10 week, how many gallons are you getting then?

11     A    We get ten.

12     Q    Ten gallons?

13     A    Ten cases.  Ten cases, each case has six.

14     Q    So you're getting 60 gallons twice per

15 month?

16     A    Yes.

17     Q    And then how often do you go pick up the

18 16.9-ounce bottles at Chemours?

19     A    A minimum of once, sometimes twice a week.

20 You're limited four cases.

21     Q    Four cases per week?

22     A    You have two days you can pick it up.

23 Each day.

24     Q    So in theory, you could get eight cases of

25 bottled water per week?

PAUL ABRIL

1

2    A    Yeah, but we often refill our bottles up

3    with the gallons because of the plastic,

4    environmental reasons.

5    Q    How many of the 16.9-ounce bottles are in

6    the cases that you pick up?  Is it like a 24-pack or

7    32-package?

8    A    Oh, no.  24, I think.

9    Q    How many bottles of water do you drink per

10   day?

11   A    It's hard to say.  I drink my share,

12   though.  I couldn't give you a number.

13   Q    Would you say you drink more or less than

14   your wife?

15   A    She drinks more.

16   Q    What else besides drinking do you use

17   bottled water for?

18   A    Everything else.  We refuse to use the tap

19   if we don't have to.  Only tap water we use is to

20   shower and wash our clothes.  Everything else it's

21   bottles.  It's like we're camping, we feel like.

22   And the cases and bottles are getting heavy.  I'll

23   be 71 here in a couple of weeks, and it's just

24   getting to be a big, big burden, hauling in bottles

25   around water.  Water's heavy.  And I had -- I went

1          PAUL ABRIL

2   to the DEQ and they set up to where they were

3   supposed to deliver water to us instead of going to

4   pick it up at Chemours, and they stopped that, I'd

5   say a year and a half ago.

6          Q    The DEQ stopped that?

7          A    They stopped it because they said we were

8   the only ones and it was a big issue for them to

9   come out.  And we had this set up through the DEQ, I

10  guess, and they did what they wanted to, stopped it.

11         Q    Did you complain to DEQ about that?

12         A    The lady that set it up, she's no longer

13  there, so I didn't want to go through all that

14  again.

15         Q    Do you use bottled water to brush your

16  teeth?

17         A    Yes, definitely.

18         Q    Are you the cook in the house or is that

19  your wife?

20         A    We split it.  We both have our

21  specialties.

22         Q    If you're cooking a recipe that calls for

23  water, do you use bottled water?

24         A    We do not use tap water at all.  Like I

25  said, just for bathing and washing clothes.

PAUL ABRIL

1

2     Q     What about your dishwasher?  Do you still

3  use it?

4     A     No, we use that.

5     Q     How long have you been using bottled

6  water?

7     A     Since our problem, since our issue.  We

8  drank bottled water before, but nothing like the

9  level it is today.

10     Q     Prior to 2017, if you were at home and you

11  wanted a glass of water, what would you do?

12     A     You mean as far as going to the tap and

13  get it?

14     Q     Sure.  Did you go to the tap and get it or

15  did you have bottles of water in the refrigerator?

16     A     Bottled water.  Bottled water we drank.

17     Q     Prior to 2017, if you were cooking, what

18  water did you use?

19     A     I'm afraid to say tap.

20     Q     Would you wash your hands and brush your

21  teeth using tap water prior to 2017?

22     A     Yes, yes.

23     Q     Do you still have any plants growing in

24  pots around your house?

25     A     Last two years, we tried to -- we have a

```
1                    PAUL ABRIL

2    screened-in patio.  I tried that, just tomato plant

3    and some herbs.  And the harvest just wasn't nowhere

4    near right.  I tried it again this year.  Same

5    results.  So, you know, we're not getting too far

6    with that.

7        Q    When you had to water those plants, did

8    you use the gallons?

9        A    Yeah, yes.  I wouldn't -- like I said, I'm

10   not using tap water if I don't have to.

11       Q    When was the last time that you used your

12   jacuzzi tub?

13       A    Prior to our issue.

14       Q    Has your water usage changed since you

15   learned of the potential contamination in any way

16   that we have not already discussed?

17       A    I'm not sure of your question.

18       Q    If you were to compare your water usage,

19   like if you're using tap water versus bottled water

20   for something prior to learning of the contamination

21   compared to now, is there any other change that we

22   have not already discussed?

23       A    As far as my use of the bottled water?

24       Q    Yes.

25       A    No, I guess not.
```

1                    PAUL ABRIL

2       Q     You mentioned that you go to the gym

3   regularly.  What do you drink if you're at the gym?

4       A     Bottled water.

5       Q     Do you take bottles from home?

6       A     Yes.

7       Q     Do you ever refill them at a water

8   fountain?

9       A     No.

10      Q     If you go out to a restaurant, what do you

11  often drink?

12      A     I often take a bottle of water with me and

13  ask for a glass of ice and go from there.

14      Q     Have you ever ordered water at a

15  restaurant when you take a bottle?

16      A     Yes, yes.

17      Q     Would you specify bottled water from them

18  or just drink what they gave you?

19      A     I think I have in the past drank what they

20  gave me, but not often.

21      Q     If you go visit your son or if you were at

22  a neighbor's house or something, what would you

23  drink there?

24      A     Bottled water.

25      Q     Do your son and his family solely drink

```
 1                    PAUL ABRIL
 2   bottled water too?
 3        A    I say yes.
 4        Q    Have you ever seen them drink from the tap
 5   at their house?
 6        A    No.
 7        Q    Do you ever use water fountains in a park
 8   or any other public place?
 9        A    No.  We don't go nowhere without bottled
10   water.
11        Q    Is there anywhere else outside of your
12   home that you drink or otherwise use water on a
13   regular basis?
14        A    No.
15        Q    Let's go off the record.
16             THE VIDEOGRAPHER:  Off the record at
17        1:07 p.m.
18             (A recess was taken from 1:07 p.m. to
19        1:18 p.m.)
20             THE VIDEOGRAPHER:  Back on the record at
21        1:18 p.m.
22   BY MS. TODD:
23        Q    Mr. Abril, did you speak with your
24   attorney during this break?
25        A    Yes.
```

PAUL ABRIL

1

2      Q     I think we've pretty much covered this,

3  but is well water the only source of water for your

4  home?

5      A     Yes.

6      Q     Do you know if you're in an area where it

7  would be possible to connect to public water?

8      A     That's still open, from my understanding.

9  They were trying to figure that out.

10     Q     Have you personally researched whether you

11  could connect to a public water source?

12     A     Personally, no.

13     Q     If you could connect to a public water

14  source, is that something you would be interested

15  in?

16     A     Depends on my options.  But I'll be open

17  to it for sure.  But if there's other options, I'll

18  take that into consideration, too.

19     Q     When was the well installed on your

20  property?

21     A     '6, '06.

22     Q     Is it a drilled well?

23     A     Yes.

24     Q     How deep is the well?

25     A     78, 76 feet.  It's not deep.

1                         PAUL ABRIL

2       Q    Do you know the flow rate of the well?

3       A    No.

4       Q    Is your well encased?

5       A    Housed, you mean?

6       Q    Yes.

7       A    Yes.

8       Q    Do you know what material?

9       A    Same as the house, Hardie board.

10      Q    How far apart is your well from your

11 septic system?

12      A    I'm bad at distance, but it's a ways.

13      Q    Do you have any permit from the government

14 for your well?

15      A    Not that I know of.

16      Q    Are you aware of any local regulations

17 governing wells?

18      A    No.

19      Q    Prior to 2017, did you ever have your well

20 inspected?

21      A    Just when we moved in.  I'm sure you have

22 to.  It's required.

23      Q    Do you recall if there were any red flags

24 or causes of concern?

25      A    No.  No red flags.

1                    PAUL ABRIL

2       Q    Have you ever had the well inspected after

3   2017?

4       A    Yes.

5       Q    When did you have the well inspected?

6       A    Chemours did it, I guess, when the issue

7   came up five years ago, I guess.

8       Q    Did they inspect the well or just take

9   samples from it?

10      A    They took samples.  I think they took it

11  from inside taps.

12      Q    We'll talk about all that in just a

13  moment, too.

14           Besides Chemours taking samples from your

15  well, has anyone else inspected it?

16      A    The State.

17      Q    Again, do you know if they did a full

18  inspection or just took samples?

19      A    Samples at the pump.

20      Q    What work was done this summer on your

21  well?

22      A    Replace the pump and the bladder tank.

23      Q    There was a receipt in the document that

24  you produced in this case for about $1,800 for some

25  work done on the well.

PAUL ABRIL

1

2     A     Yes, ma'am.

3     Q     Is that --

4     A     Yes.

5     Q     How often do you check the pH of your well

6  water?

7     A     I don't.

8     Q     Have you ever checked the alkalinity of

9  your well water?

10     A     We have a system that corrects it.

11  It's -- the pH is low, acidic, so we'd have a

12  two-stage system.

13     Q     Can you tell me more about that two-stage

14  system?

15     A     One's for the hard water, and -- I'm not

16  sure how to explain it.  Yeah, I'm not thoroughly

17  understanding it myself.

18     Q     Do you have a water softener?

19     A     Yes.

20     Q     Is that part of the two-stage system?

21     A     Yes.

22     Q     Does that system also do any standard

23  mineral testing?

24     A     No, not that I'm aware of.

25     Q     Have you ever had your well checked for

1                    PAUL ABRIL

2    iodine?

3         A    No.

4         Q    Prior to 2017, did you use any type of

5    water filter at your home?

6         A    Just the well system, the softener system.

7    We put that in when we moved in, probably a year

8    later, within the year.

9         Q    Why did you install the water softener?

10        A    Smell.

11        Q    The smell of the water?

12        A    PH was low.  I forget -- there's another

13   reason I forget.  I forget the reason right off.

14        Q    Did someone recommend you install the

15   water softener?

16        A    Yes.  I had it tested and it definitely

17   needed it.

18        Q    Who did you have it tested with then?

19        A    The person that did it, that put in the

20   system.  He came in and -- I had it tested twice, to

21   tell you the truth.  That was people that were going

22   to install it, but I went with the one with lesser

23   price for the same thing.  So guess who I went with?

24        Q    Of course.  Was that -- when you say

25   "installed it," are you saying the people who

PAUL ABRIL

1        PAUL ABRIL

2   installed the well?

3        A    Yes.

4        Q    Do you know the name of that company, by

5   chance?

6        A    I know the name.  I can't think of it

7   right off.

8        Q    Have you ever had any other problems with

9   your well?

10       A    No.  Oh, excuse me.  Prior -- a couple

11  years prior, there was a check valve went bad.

12  That's a -- that check valve goes one way, and the

13  water would seep down the pipe back to the ground,

14  and the check valve was not working right.  So I had

15  to have that valve replaced.

16       Q    Did you call someone to replace that?

17       A    Yes.

18       Q    Besides the water softener, do you use any

19  other kind of water filter now?

20       A    No.

21       Q    Do you know what brand of water softener

22  you have?

23       A    No.

24       Q    Do you have to perform yearly maintenance

25  on it?

1                         PAUL ABRIL

2        A    Yes.

3        Q    Tell me about that.

4        A    The maintenance is -- there's granules

5   inside.  I have to replace that probably -- because

6   of the usage, we probably have to do it every 18

7   months, more or less.  And the salt and the rust, we

8   have to treat that.

9        Q    Do you handle all of that?

10       A    Yes.  I do what I can.

11       Q    Approximately how much does it cost you

12  per year to maintain the water softener?

13       A    Oh, I don't know, maybe 100 plus.  Not a

14  lot.

15       Q    Have you been offered a water filter by

16  Chemours?

17       A    Yes.

18       Q    Having been offered a GAC or an RO filter?

19       A    Yes.

20       Q    Do you know how many times you've been

21  offered a GAC or an RO filter?

22       A    No.

23       Q    Has it been numerous times?

24       A    More than once.

25       Q    Have you received those offers via letter

1              PAUL ABRIL

2    from Chemours?

3        A    Yes.

4        Q    Have you ever accepted their offer?

5        A    No.

6        Q    Why not?

7        A    I want -- I want a long-term closure on

8    this.  I want either deep well or public water.

9    That's my choice.

10       Q    Why is that your choice for a deep well or

11   a public water?

12       A    I think the GAC system interferes with the

13   pressure in the water, just what it offers.  And the

14   osmosis system, that's under the ground -- I mean,

15   under your sinks.  It's not in all locations.  It's

16   not for the whole house, just that tap that it's

17   tied into.

18       Q    When you say that you believe that the GAC

19   interferes with the water pressure, what's your

20   basis for that belief?

21       A    Everybody else that has one, there are

22   complaints.

23       Q    Can you think of anyone specifically who

24   has made that complaint to you?

25       A    One of our neighbors.  I don't know his

PAUL ABRIL

 1  last name right off, but his name is Herb.  I don't

 2  think that's his real name, but that's what he goes

 3  by.  He's told me personally.

 4      Q    Do you recall exactly what he said about

 5  the water pressure?

 6      A    Just that they don't have none.  It

 7  definitely lowered their pressure and they're having

 8  issues, and he even offered to pay for it himself.

 9  But I don't know the results on that.

10      Q    Do you know anyone with the RO system?

11      A    Yes.

12      Q    Have you talked with them about the RO

13  system?

14      A    Not to any extent.  Just that they have

15  it.

16      Q    And who is that?

17      A    Just a lady I know from the gym.

18      Q    Does she have an RO system from Chemours?

19      A    Yes.  She's in the same situation.

20      Q    Does she live in your --

21      A    No.

22      Q    -- area?

23      A    Not immediate area, no.

24      Q    Do you know if she's a plaintiff in this

1          PAUL ABRIL

2  case?

3      A    I'm not sure.  I say "no," but if I had to

4  guess --

5      Q    What's her name?

6      A    I just know her by her first name, and

7  that's Ruth.

8      Q    The letters that Chemours sends offering

9  you a GAC or an RO filter usually come with a

10  separate page that is a form to decline the offer.

11  Have you ever filled out that form --

12     A    No.

13     Q    -- declining it?

14     A    No.

15     Q    Why not?

16     A    Just let things fall in place.

17     Q    Have you ever talked to your attorneys

18  about that form?

19     A    No.

20     Q    Have you ever talked to your attorneys

21  about the offer for GAC or RO?

22     A    Not that I recall.

23          MR. LAND:  Yeah.  Go ahead.  I'll instruct

24     you not to get into any details of those

25     conversations.

1                    PAUL ABRIL

2    BY MS. TODD:

3        Q    Do you have a whole home point-of-entry

4    treatment system right now?

5        A    Can you say that again?

6        Q    Whole home point-of-entry treatment

7    system?  It's also called a POET, or P-O-E-T system?

8        A    I'd say no.  I don't know what that is.

9        Q    Has the water at your property been tested

10   for compounds?

11       A    Yes.

12       Q    Do you recall the first time that it was

13   tested?

14       A    No.

15       Q    I'll hand you what we will mark as

16   Exhibit 2 to your deposition.  And this is

17   DEW-ABRIL_P&S-000360.

18            (Defendants' Paul Abril Exhibit 2,

19   marked for identification as of this date.)

20       Q    Do you recognize this document, Mr. Abril?

21       A    No, not right off, no.  No, I don't.

22       Q    In this chart at the top left corner, it

23   says Chemours Sample Identification.  And then, is

24   that your address in the next box, 4216 Marshwood

25   Lake Drive?

1                    PAUL ABRIL

2        A     Lake Road.

3        Q     Yes.  And then it has a collection date

4   and time of September 6, 2017, at 15:50.  Do you

5   recall anyone coming to test your water in September

6   of 2017?

7        A     Vaguely.

8        Q     Do you know if you were home when that

9   testing occurred?

10       A     I'm not sure.  It's been a while.

11       Q     Do you recall Chemours coming to test your

12   property in 2017?

13       A     Yes.

14       Q     Did Chemours test your well or your inside

15   water or both?

16       A     Inside water, from what I remember.

17       Q     Do you know if they also tested from

18   outside anywhere?

19       A     I say no.  Not 100 percent sure, but I

20   have to say no on that.

21       Q     If you look all the way over in the

22   right -- right-hand column here where it says

23   HF-PODA.  Do you know what HF-PODA is?

24       A     No.

25       Q     In the box to the left it says .30, and

1          PAUL ABRIL

2    that's .30 micrograms per liter.  Do you have an

3    understanding what that number means?

4          A    No.

5          Q    You can go ahead and put that to the side.

6               Do you know what compounds Chemours was

7    testing for when they tested your home?

8          A    I say just the main one, GenX.  I have to

9    think they didn't test for anything other than GenX

10   at that time.

11         Q    Do you know if they sent you the results

12   of that testing?

13         A    Yes.

14         Q    Did the results of that testing look like

15   Exhibit 2 that we just looked at?

16         A    No.  They just gave us our threshold

17   number and our actual numbers.

18         Q    Do you recall what the numbers were?

19         A    The threshold was 140, and our number that

20   came back was 300.

21         Q    After Chemours tested your property in

22   September of 2017, did any other entity or person

23   come and test your property after that?

24         A    The State.

25         Q    Do you recall when the State tested it?

1                      PAUL ABRIL

2       A    No, I don't recall any dates.  It was

3   months after.

4       Q    Was it still in 2017?

5       A    I'm not sure.

6       Q    Besides Chemours and the State, has anyone

7   else tested your water?

8       A    Recently, our lawyers.

9       Q    Do you recall when that testing occurred?

10      A    No, no.

11      Q    Did you receive the results of that

12  testing?

13      A    No.

14      Q    Did you receive the results of the testing

15  from the State?

16      A    Yes.

17      Q    Did you turn those results over to your

18  attorneys to produce in this case?

19      A    Yes, I think -- I'm pretty sure, yes.

20      Q    So we've talked so far about three testing

21  incidents:  Chemours, the State, and at the

22  direction of your attorneys.

23           Have there been any other tests conducted?

24      A    No.

25      Q    The testing that was directed by your

```
 1                      PAUL ABRIL
 2   attorneys, did that occur in 2022?
 3       A    Pardon?
 4       Q    The testing that was directed by your
 5   attorneys, did that occur in 2022?
 6       A    Yes.  Now, I remember now the person that
 7   put in --
 8            MR. LAND:  Just going to do one privilege
 9       instruction.  I'm not sure where you're going
10       with this, but any details around the testing
11       that we ordered, don't discuss.
12            THE WITNESS:  Oh.  No.
13   BY MS. TODD:
14       Q    But if that's related to something else,
15   you're welcome to discuss it.
16       A    The water system, his name is Jimmy
17   Charger.  He's the guy who put it in.
18       Q    Jimmy Charger?
19       A    Yeah.
20       Q    He's the one who put in the well system?
21       A    No, the softener.
22       Q    The softener?
23       A    Yes.
24       Q    Thank you for that.
25       A    You're welcome.
```

1          PAUL ABRIL

2     Q     Sometimes the names come to us later.

3     A     Yeah, pops up when you're not thinking

4  about it.

5     Q     Do you know if any of the water samples

6  that were taken during any of those three tests are

7  still available anywhere?

8     A     Not to my recollection, I'm not sure.

9     Q     Have you ever spoken to someone from a

10 government agency about your testing results?

11    A     Maybe the State.  Just talking about what

12 our numbers were, you know, that kind of thing.

13 Nothing in general.  I mean, just in general, stuff.

14    Q     Do you recall who you would have talked to

15 at the State?

16    A     No.

17    Q     Do you know if they were with the DEQ?

18    A     DEQ, I believe.

19    Q     Did you approach them or did they contact

20 you?

21    A     They contacted me -- us.

22    Q     Do you know when that was?

23    A     No.

24    Q     Are you part of the GenX Exposure Study

25 with North Carolina State University?

1                    PAUL ABRIL

2       A    Yes.

3       Q    When did you join that study?

4       A    When they first started.

5       Q    Do you recall what year that was?

6       A    No.  It's been a couple years.  Maybe two

7  years, two and a half.

8       Q    How did you go about joining that study?

9       A    They got ahold of me.

10      Q    So N.C. State University contacted you

11  about it?

12      A    Yes.

13      Q    Why did you decide to join it?

14      A    My health.  I wanted to monitor what's

15  going on.  I want to find out if something's

16  happening right away.  That way I have a chance,

17  health-wise.

18      Q    Did you have to do anything to qualify to

19  be part of this study?

20      A    No.

21      Q    What are your obligations in the study?

22      A    Just blood work and urine sample.

23      Q    Do you know how many people are in the

24  study?

25      A    No.

1          PAUL ABRIL

2      Q    Do you know anyone else doing the study

3   besides your wife?

4      A    No.

5      Q    Do you know how long the study will go on?

6      A    No.

7      Q    Are you being compensated for --

8      A    No.

9      Q    -- being a part of it?

10     A    No.

11     Q    How often do you provide samples for the

12   study?

13     A    We filled out a questionnaire, and that

14   was it.  Just the one time to get the samples.

15     Q    Was that blood and urine samples?

16     A    Yes.

17     Q    And you've only given those once?

18     A    Yes.  Yes, I'd say that.

19     Q    Was that in 2019?

20     A    Yeah, when it started.

21     Q    You haven't given any samples since then?

22     A    No.

23     Q    Did you get results from --

24     A    Yes.

25     Q    -- the study?

PAUL ABRIL

1

2      A     They were pretty general.  They didn't

3  break down much, and I don't remember the numbers.

4      Q     Do you still have a copy of those results?

5      A     Not that I know of.

6      Q     Did you ever discuss those results with a

7  doctor?

8      A     My doctors -- I see a VA doctor and

9  outside doctor, and I ask them to monitor us because

10  of our water situation.  So yes, I have.

11      Q     Did your doctors ever tell you anything is

12  wrong with your health that you should be concerned

13  about?

14      A     I'm blessed, no.

15      Q     Did N.C. State University also sample your

16  property in 2019?

17      A     No.  I don't -- I'm not sure.  I'm not 100

18  percent sure on that.

19            (Defendants' Paul Abril Exhibit 3,

20  marked for identification as of this date.)

21      Q     I will hand you what we will mark as

22  Exhibit 3 in your deposition.

23            And this is DEW-ABRIL_P&S-000344 through

24  347.  Now, I printed this out in the order it was

25  produced, but I think the fourth page that I handed

PAUL ABRIL

1  you --

3     A     Okay.

4     Q     -- is actually the cover letter.

5     A     So they did, huh?  My mistake.

6     Q     That's okay.  Here in the letter it says

7  that in February of 2019, as part of your

8  participation in the GenX Exposure Study, we

9  collected a water sample from your well.

10          Do you remember them coming to your well

11  in February of 2019?

12    A     No, I don't remember that, honestly.

13  There was a lot going on.  I can't remember

14  everything, I'm sorry.

15    Q     Sure.  Do you remember receiving these

16  results from them?

17    A     No, I don't remember.  I don't remember

18  seeing these copies.

19    Q     If you look at the third page I handed

20  you, it has four columns.  The one on the left lists

21  the individual PFAS and then the two right-hand

22  columns list the well concentration and the tap

23  concentration.

24          So that would seem to suggest that they

25  tested both the well --

1          PAUL ABRIL

2     A    Okay, yeah.

3     Q    -- and your tap.  Does that refresh your

4   recollection at all?

5     A    No.

6     Q    Do you recall ever discussing these

7   results with anyone at N.C. State University?

8     A    No, no.

9     Q    You can put that to the side, too.

10         Have you ever attended a community

11   meeting?

12    A    Yes.

13    Q    Let me finish this question first.  Have

14   you ever attended a community meeting that N.C.

15   State University held to discuss the results of that

16   GenX Exposure Study?

17    A    I say no, I'm not sure.

18    Q    Have you ever attended a meeting on Zoom

19   with N.C. State University?

20    A    I say not sure.

21    Q    Is it your understanding that the study is

22   still ongoing?

23    A    Yes.

24    Q    Do you plan to give more blood or urine

25   samples in the future?

1                    PAUL ABRIL
2        A    I will if they ask.
3        Q    How do you get your news, Mr. Abril?
4        A    News.  Online.  Reddit, and the NewsBreak,
5   I guess.  The Source.
6        Q    Do you ever watch TV to get your news?
7        A    I don't watch the news that often.  Too
8   repetitious.
9        Q    Do you get a newspaper?
10       A    No.
11       Q    Do you ever regularly read a newspaper?
12       A    Yes, when I can.  Used to do it online.
13  Now they require a subscription.
14       Q    Where do you read the newspaper now?
15       A    I just read one right outside the door.
16  Just whenever I see one, can.  I'm not going to buy
17  at that price.
18       Q    Is there any particular newspaper that you
19  tend to pick up?
20       A    Just the local.
21       Q    Is that the "Fayetteville Observer"?
22       A    Yes.
23       Q    Do you ever remember reading any stories
24  in the "Fayetteville Observer" about water issues?
25       A    You mean this issue here?  Yeah.

PAUL ABRIL

1

2      Q     Yes.

3      A     Yeah, I have.

4      Q     Did you ever save any of those articles?

5      A     No.

6      Q     You mentioned getting news online and

7  specifically Reddit.  Have you ever looked at any

8  Reddit threads or forums about water issues?

9      A     No.

10     Q     Have you ever looked at any Reddit threads

11  or forums about Fayetteville Works?

12     A     No.

13     Q     And then I believe you said NewsBreak is

14  the other online site you use?

15     A     Yes.

16     Q     Have they ever published any news about

17  water issues?

18     A     You know, I remember reading an article or

19  two, but I couldn't tell you what or which one and

20  when and nothing like that.

21     Q     Did you save those articles?

22     A     No.

23     Q     Are you on social media at all?

24     A     No, no.

25     Q     Are you a part of any neighbor forums or

1                    PAUL ABRIL

2   other online forums?

3        A    No.

4        Q    Do you have anything like the Nextdoor

5   app?

6        A    No.

7        Q    Do you receive any email updates from the

8   North Carolina Department of Environmental Quality

9   or Department of Environmental and Natural

10  Resources?

11       A    I'm not sure on the question.

12       Q    Are you a part of like an email list group

13  that the North Carolina Department of Environmental

14  Quality sends newsletters or news updates to?

15       A    Every once in a while I'll get something

16  from them, but I'm not on no list, I don't believe.

17  Just being involved in it, they might send me

18  something, like a meeting or something like that.

19       Q    Have you ever attended a meeting that you

20  learned about through these emails?

21       A    I say yes.

22       Q    Have you ever replied to any of the

23  emails?

24       A    No.

25       Q    Do you know how the DEQ got your email

PAUL ABRIL

1

2    address to send you those?

3        A    No.  I don't recall.

4        Q    When did you first learn that your water

5    may be contaminated?

6        A    A knock on my door from Chemours.

7        Q    What did you believe your water may be

8    contaminated with?

9        A    I was shocked.  I had no idea.  So I had

10   no recollection of what.

11       Q    When Chemours informed you that your water

12   may be contaminated, did they tell you any specific

13   compounds?

14       A    No.

15       Q    What did you understand the risk of that

16   contamination to be?

17       A    You mean the GenX?

18       Q    Yes.

19       A    I knew it was harmful to your health and

20   created issues with their lab testing, so I was

21   concerned.

22       Q    Have you ever been told -- let me rephrase

23   this.

24            Have you since been told that your water

25   is safe?

PAUL ABRIL

1

2      A     Through Chemours, yes.  They said that.

3  They tried to pitch that at us, that it's safe and

4  the numbers are wrong and all that.

5      Q     When was that?

6      A     Toward the beginning of all this mess.

7      Q     Was that at a community meeting?

8      A     Yes, one of the meetings.

9      Q     Were they saying that in particular to

10  your specific water?

11      A     Talking to everybody in the group.

12      Q     Has anyone told you that your specific

13  water is safe?

14      A     No.

15      Q     Has anyone told you that your specific

16  water is unsafe?

17      A     Not sure of that question.  You mean like

18  the State and the numbers they give us?

19      Q     Either the State, Chemours, or any other

20  entity, have they ever told you specifically --

21      A     All I know is the threshold, and our

22  numbers were above that, double plus.

23      Q     What do you believe to be the source of

24  contamination?

25      A     Air.

PAUL ABRIL

1

2      Q      Okay --

3      A      Air and wind shifting, so it's bringing in

4  the rain towards us more, so that kind of thing

5  settles in the trees.  And when it rains, it

6  saturates to the ground and hits the aquifer.

7      Q      Is there a particular company or entity

8  that you believe to be the source of that

9  contamination?

10     A      Yes.

11     Q      Who is that?

12     A      Chemours.

13     Q      Why do you believe it is Chemours?

14     A      Why shouldn't I believe that?  It's

15  obvious they're the ones behind it.

16     Q      Do you believe that there are any other

17  sources of potential contamination?

18     A      Not in my case.

19     Q      Have you ever attended a public meeting

20  related to Fayetteville Works or water

21  contamination?

22     A      I say no to your question, but I'm not

23  totally understanding it.

24     Q      Any public meetings that have been held

25  about water issues or contamination or about the

1                  PAUL ABRIL

2   Fayetteville Works facility, have you ever attended

3   public meetings about that?

4        A    Yes.

5        Q    About how many times have you attended

6   meetings like that?

7        A    As often as I could.

8        Q    Would you say more than ten meetings?

9        A    I don't know how many meetings I've

10  attended, but the majority of them.

11       Q    I'll hand you what we'll mark as Exhibit 4

12  to your deposition, and this is DEW-ABRIL_P&S-000266

13  and 267.

14            (Defendants' Paul Abril Exhibit 4,

15  marked for identification as of this date.)

16       Q    Do you recognize this document, Mr. Abril?

17       A    No.

18       Q    Do you recognize the handwriting on the

19  second page?

20       A    No.

21       Q    Could that be your wife's handwriting?

22       A    I say no.  Yeah, I have to say no on that.

23       Q    Do you know if you attended a meeting

24  hosted by Chemours on June 12, 2018?

25       A    I've been to the one that Chemours hosted

PAUL ABRIL

1

2  at a church, I think, but other than that, I don't

3  remember dates or nothing like that.  I don't know

4  if this is the one you're talking about.

5      Q   Do you remember who spoke at the meeting

6  hosted by Chemours?

7      A   The head guy.  Yeah, I don't know his

8  name.

9      Q   Did you speak up or ask any questions?

10     A   No.

11     Q   Do you remember if you saw any of your

12 neighbors or anyone else you knew at that meeting?

13     A   Yes.

14     Q   Who did you see there?

15     A   Majority of our neighbors, immediate

16 neighbors were there.

17     Q   Do you know if any of them spoke up?

18     A   I say no.

19     Q   You can put that one to the side.  I'll

20 hand you another document that we will mark as

21 Exhibit 5 to your deposition.

22         (Defendants' Paul Abril Exhibit 5,

23 marked for identification as of this date.)

24     Q   Do you recognize this document, Mr. Abril?

25     A   No, not right off.

                    PAUL ABRIL

1

2      Q    For the record, this is DEW-ABRIL_P&S-

3    000295.

4           Is that your handwriting at the top?

5      A    I say yes.

6      Q    Okay.

7      A    No, at the top, no.

8      Q    Is that your handwriting on what

9    appears --

10     A    It sure do look like it.

11     Q    -- at the bottom?

12     A    Yes.

13     Q    Do you know Francis Minshew?

14     A    Yes.

15     Q    Do you know her as Fran?

16     A    Fran, yes.

17     Q    Do you know if Fran is a plaintiff in this

18   case?

19     A    I'd say yes.

20     Q    This appears to be an email that Mr. Land

21   sent to Fran, and she printed off and gave to you

22   and your wife.

23          Do you recall her doing that?

24     A    Vaguely.

25     Q    And it looks like Mr. Land was advertising

PAUL ABRIL

1

2    a meeting that Baron & Budd was hosting on

3    November 1st to discuss contamination in private

4    wells in Fayetteville, and they give a location and

5    some details.

6            Do you know if you attended that meeting

7    on November 1st?

8            MR. LAND:  Objection, form.

9            But you can answer.

10   A    Pardon?

11           MR. LAND:  I stated an objection, but you

12   can answer the question.

13   A    I believe I did.

14   BY MS. TODD:

15   Q    Was that the first time that you became

16   acquainted with Mr. Land and his firm?

17   A    I don't recall the first time.

18   Q    Do you know if he was already representing

19   you at the time?

20   A    Don't recall.

21   Q    Do you know if you spoke to Mr. Land or

22   someone from his firm personally at that meeting?

23   A    I don't recall, not sure.

24   Q    Do you recall anything specific that was

25   said at that meeting or who spoke?

1              PAUL ABRIL

2      A    No.  No.  No, I don't.

3      Q    Do you remember any other details from

4  that November 1, 2017, meeting?

5      A    I'm not even sure in this meeting.  Like I

6  said, my dates and distance are not very well.

7      Q    You can set that one to the side, and I

8  will hand you -- actually, I'll ask if Brett can

9  hand you one more.  I just don't have a fourth copy

10  of that one.

11           (Defendants' Paul Abril Exhibit 6,

12  marked for identification as of this date.)

13      Q    We'll mark this one as Exhibit 6 to your

14  deposition.  And this is DEW-ABRIL_P&S-000247

15  through 253.

16           Do you recognize this document, Mr. Abril?

17      A    I want to say yes.  Not 100 percent sure.

18      Q    Based on this first page, it says GenX and

19  Many More Forum, and it was held at Methodist

20  University on November 2, 2017.  Do you know if you

21  went to a meeting at Methodist University?

22      A    I'd say yes.

23      Q    If we go to, I guess, the third page in

24  that packet, it has Cary McDougal and Brett Land's

25  names and a brief bio for each of them on the

PAUL ABRIL

1   left-hand side of the page.

2           Do you see that?

3       A   Yes.

4       Q   Do you remember if you met or spoke to

5   Mr. McDougal or Mr. Land at this meeting?

6       A   Not sure.

7       Q   Do you know who all spoke at the GenX and

8   Many More Forum?

9       A   No, I don't remember.

10      Q   Do you know if you learned anything about

11  GenX at that meeting?

12      A   I knew nothing prior to these meetings,

13  and that's how I was trying to learn.

14      Q   Up in the top left-hand corner of several

15  of these pages there's an email address that says

16  genxandmanymore@gmail.com.

17          Do you see that?

18      A   Yes.

19      Q   Did you ever email that address?

20      A   No.

21      Q   You can set that one to the side as well.

22          Are you in any type of Nextdoor group?

23      A   No.

24      Q   For any of the other meetings, other than

PAUL ABRIL

1  the ones we had some documents for, do you remember

2  if you took any notes or kept any notes from the

3  meetings?

4      A    Tried to, but it went by fast and wasn't

5  really prepared to do all that.  Tried to take

6  pictures of the board, the slides, but they didn't

7  come out very well.

8      Q    Does that mean you weren't able to read

9  the slides afterwards?

10      A    No.  I say no.

11      Q    Do you still have any notes that you

12  took --

13      A    No.

14      Q    -- at any of the meetings?

15      A    No.

16      Q    Do you remember the host of any other

17  meeting?

18      A    No.

19      Q    When was the last or most recent time you

20  went to a public meeting?

21      A    I'm not sure on that, any dates.  I know I

22  didn't go to the last one.

23      Q    Have you talked to any other plaintiffs in

24  this lawsuit about water issues?

25  


PAUL ABRIL

1   the ones we had some documents for, do you remember

2   if you took any notes or kept any notes from the

3   meetings?

4        A    Tried to, but it went by fast and wasn't

5   really prepared to do all that.  Tried to take

6   pictures of the board, the slides, but they didn't

7   come out very well.

8        Q    Does that mean you weren't able to read

9        the slides afterwards?

10        A    No.  I say no.

11        Q    Do you still have any notes that you

12        took --

13        A    No.

14        Q    -- at any of the meetings?

15        A    No.

16        Q    Do you remember the host of any other

17   meeting?

18        A    No.

19        Q    When was the last or most recent time you

20   went to a public meeting?

21        A    I'm not sure on that, any dates.  I know I

22   didn't go to the last one.

23        Q    Have you talked to any other plaintiffs in

24   this lawsuit about water issues?

PAUL ABRIL

 1

 2    A    Other than my neighbors, no.

 3    Q    Which of your neighbors do you understand

 4  to be plaintiffs in this lawsuit?

 5    A    The Dew family, Amanda and Kevin.

 6    Q    Any other neighbors that you understand to

 7  be plaintiffs?

 8    A    Tracy and -- I know them by "Radar," her

 9  husband.  Eaton, I guess, is the last name.

10    Q    Do you know any others?

11    A    I think Fran, maybe.  That's it.

12    Q    And have you spoken to any of them about

13  water issues?

14    A    We spoke, but nothing about, you know,

15  detail.  Just maybe when the meeting's going to be

16  held, this and that date.

17    Q    Have you spoken to Kevin and Elsie Dew

18  about any water issues?

19    A    Jimmy.  No.

20    Q    Do you know Amanda and Kyle Sessoms?

21    A    No.

22    Q    Have you ever written directly to the

23  North Carolina Department of Environmental Quality

24  before?

25    A    I say no.

1                    PAUL ABRIL

2      Q     Did you ever write a letter to the mayor

3  or any other --

4      A     No.

5      Q     -- public official about home values?

6      A     No.

7      Q     Besides what we've already discussed, have

8  you ever written a letter or made a phone call to a

9  public official about water issues?

10     A     No.

11     Q     Did you ever do any research, whether

12 online or otherwise, related to Fayetteville Works?

13     A     Just what comes up.  I don't go

14 researching, digging into it.  But if it's, you

15 know, something that's posted, I might read it.

16     Q     And when you say "it's posted," do you

17 mean something that's on a news website you're on or

18 something?

19     A     Yeah.

20     Q     Have you ever done any research, whether

21 online or otherwise, related to water contamination?

22     A     I say no.

23     Q     Have you ever been a part of any chat

24 rooms or online community bulletin boards related to

25 Fayetteville Works?

PAUL ABRIL

1

2     A    No.

3     Q    Have you ever been a part of any chat

4 rooms or online community boards related to water

5 contamination?

6     A    No.

7     Q    Did you ever appear on TV about water

8 issues in North Carolina?

9     A    Yes.

10    Q    What date did that video air?

11    A    It was towards the beginning.

12    Q    Do you think it was still in 2017?

13    A    Close to the end, if it was.

14    Q    Could it have been early 2018?

15    A    Could be.

16    Q    Could it have been into 2019?

17    A    I'd say no to that, but I'm not 100

18 percent sure.

19    Q    Do you know how that news channel got in

20 touch with you?

21    A    By luck.  I was outside and he did the

22 driveby, and he started asking me questions and one

23 thing led to another.

24    Q    Did you ever fill out any paperwork with

25 the news channel about appearing on TV for that

PAUL ABRIL

1   issue?

3       A     No, just -- he just approached me.

4       Q     Did they film that same day or did they

5   set up a time to come back?

6       A     Yeah, that same day.  He had --

7       Q     It was all one day --

8       A     He had the camera in the car and he set it

9   up beside our house and we had that conversation.

10      Q     Did you give them any documents to look

11  at?

12      A     I say yes, one, but I'm not sure which one

13  it was.

14      Q     Was it just a letter from Chemours?

15      A     Yes.  Just stating that our issue --

16      Q     There's one letter that appears in the

17  video.

18      A     Yeah.

19      Q     Is that the only one that you showed him?

20      A     Yes, that's the only one.

21      Q     It sounds like you did not have any prior

22  relationship with anyone at that news channel?

23      A     No.

24      Q     Do you know if they approached any other

25  neighbors about appearing?

1                    PAUL ABRIL

2       A    I think I was the only available one at

3   that time.  That's how I ended up doing it.

4       Q    Why did you agree to appear on the news?

5       A    That's a good question.  Not sure.

6       Q    Did they --

7       A    He talked me into it.  It wasn't my first

8   choice.

9       Q    Did they also ask your wife to appear?

10      A    I was the only one home.

11      Q    The document that appears in the video, do

12  you know if they made a copy of that document at

13  all?

14      A    No.  They just filmed it.

15      Q    When it aired, do you feel like there was

16  anything that was portrayed inaccurately?

17      A    I think a video, you could turn it into

18  three different directions, and he took it towards

19  me wanting to get out of the area, which is some

20  truth to it at that time, moving.

21      Q    Do you think there was an overemphasis on

22  your desire to move compared to reality?

23      A    No, it's just how it came out.

24      Q    Did that news channel ever follow up with

25  you?

1                    PAUL ABRIL

2        A    No.

3        Q    Is that the only time you've appeared on

4   TV about water issues?

5        A    Yes.

6        Q    Did you ever appear on radio about water

7   issues?

8        A    No.

9        Q    Have you ever been quoted in any other

10  media or news?

11       A    No.

12       Q    Have you seen the movie "Dark Waters"?

13       A    Yes.

14       Q    When did you see it?

15       A    When it came out.

16       Q    Did you see it in theaters?

17       A    No.

18       Q    How many times have you watched it?

19       A    Once was enough.

20       Q    Do you remember the details of any public

21  statements or announcements from DuPont or Chemours?

22       A    In the film?

23       Q    No.  I'm sorry.  Moving on, just in

24  general, do you remember the details of any public

25  statements or announcements from DuPont or Chemours?

```
 1                    PAUL ABRIL

 2      A    Not sure.

 3      Q    Do you remember the details of any public

 4  statements or announcements from anyone who worked

 5  for DuPont or Chemours?

 6      A    I say no.

 7      Q    Was your soil ever sampled at your house?

 8      A    No, but it's -- I believe it's a known

 9  fact that's how it got into our aquifer.

10      Q    I will hand you what we'll mark as

11  Exhibit 7 to today's deposition, and these are just

12  your answers to the interrogatories in this case.

13  And I want to direct your attention to the

14  second-to-last page there.

15           (Defendants' Paul Abril Exhibit 7,

16  marked for identification as of this date.)

17      Q    That's a verification page.  And if you

18  look towards the bottom, it says "DocuSigned by,"

19  and it has your and your wife's signature.

20           Do you see that?

21      A    Yes.

22      Q    Do you remember using an online document

23  signing software to verify that everything in these

24  interrogatory answers were true?

25      A    I don't remember.
```

1        PAUL ABRIL

2    Q    Is it possible that your wife did it?

3    A    Yeah, I guess it's possible, but I don't

4  remember her doing it.

5    Q    Did you personally review the answers to

6  these interrogatories?

7        MR. LAND:  You can take a look.

8  BY MS. TODD:

9    Q    You can take a look through there, yes.

10    A    I don't recall going through this, but I'm

11  sure we did.

12    Q    Okay.  Do you have any reason to believe

13  that anything in those interrogatory answers is not

14  accurate?

15    A    I didn't read them all, but I don't see

16  why it should be different.

17    Q    Okay.  You mentioned in the video that you

18  appeared on the news about potentially wanting to

19  move back to the West Coast.  Can you tell me when

20  it was that you thought about moving back to the

21  West Coast?

22    A    Toward the beginning of this mess.  We

23  were just -- we were shocked by what's going on.  We

24  thought about packing up and moving somewhere out of

25  state, not necessarily the West Coast, but somewhere

1                    PAUL ABRIL

2    other than here.  That was it.

3        Q    Did you ever talk to a real estate agent,

4    either here about selling your house or elsewhere

5    about looking for a house?

6        A    No.  Reality set in, and we needed the

7    money to sell our -- from the sale of our house to

8    be able to relocate, so we kind of put that on the

9    back burner.  We're still thinking about moving but

10   we have to let this settle first.

11       Q    And do your son and his wife and sons

12   still live in the area too?

13       A    Yes.

14       Q    Do they live in Hope Mills?

15       A    Yes.

16       Q    What damages do you think that you're

17   entitled to as part of this litigation?

18            MR. LAND:  Objection, form.

19            You can answer.

20       A    No response.

21            MS. TODD:  I have no further questions,

22       subject to any followup, if Brett has any

23       questions from you.

24            MR. LAND:  Nothing for me.

25            THE VIDEOGRAPHER:  This concludes this

2   deposition.   The time is 2:06 p.m.

3         (The deposition concluded at 2:06 p.m.)

4         (Signature not requested.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

2  STATE OF NORTH CAROLINA )

3  COUNTY OF FORSYTH        )

4                REPORTER'S CERTIFICATE

5            I, Audra Smith in and for the above county and

6  state, do hereby certify that the deposition of the person

7  hereinbefore named was taken before me at the time and place

8  hereinbefore set forth; that the witness was by me first duly

9  sworn to testify to the truth, the whole truth and nothing but

10 the truth; that thereupon the foregoing questions were asked

11 and the foregoing answers made by the witness which were duly

12 recorded by me by means of stenotype; which is reduced to

13 written form under my direction and supervision, and that this

14 is, to the best of my knowledge and belief, a true and correct

15 transcript.

16           I further certify that I am neither of counsel to

17 either party nor interested in the events of this case.

18           IN WITNESS WHEREOF, I have hereto set my hand

19 this 14th day of December, 2022.

20

21 *Audra Smith*

22 Audra Smith

23 Notary Number:  201329000033

24 Commission Expires:  June 26, 2025

25

1                        ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.  No. Now Reads      Should Read  Reason

6    ____  ____ _____    _____  _____

7    ____  ____ _____    _____  _____

8    ____  ____ _____    _____  _____

9    ____  ____ _____    _____  _____

10   ____  ____ _____    _____  _____

11   ____  ____ _____    _____  _____

12   ____  ____ _____    _____  _____

13   ____  ____ _____    _____  _____

14   ____  ____ _____    _____  _____

15   ____  ____ _____    _____  _____

16   ____  ____ _____    _____  _____

17   ____  ____ _____    _____  _____

18   ____  ____ _____    _____  _____

19   ____  ____ _____    _____  _____

20                           _____

                                     Signature of Deponent

21

22   SUBSCRIBED AND SWORN BEFORE ME

23   THIS _____ DAY OF _____, 2022.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____