# EXHIBIT 6

09801

CUMBERLAND COUNTY NC 02/28/2003
14
STATE OF
NORTH
CAROLINA
$50.00
Real Estate
Excise Tax

RECEIVED
2-28-2003   PM   1:37:54
GEORGE E. TATUM
REGISTER OF DEEDS
CUMBERLAND CO., N.C.

# NORTH CAROLINA GENERAL WARRANTY DEED

Excise Tax $ 50.00    Parcel Tax Id No. 0430-73-1507    RLDNP File #18254

Prepared by/Mail after recording to: Rebecca F. Person, P.O. Drawer 1358, Fayetteville, NC 28302

Brief Description for the Index: Lot 3 Cainland Acres 2.0 acres

THIS DEED made this 21st day of February, 2003, by and between:

| GRANTOR | GRANTEE |
|---|---|
| MARY H. ROSE, WIDOW | RICHARD ARMOND DAVIS and wife, PATSY CANADY DAVIS |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g., corporation or partnership

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in or near the City of Fayetteville, Grays Creek Township, Cumberland County, North Carolina and more particularly described as follows:

**BEING ALL OF LOT 3 OF CAINLAND ACRES AS SHOWN ON A MAP OF SAME AS RECORDED IN MAP BOOK 59, PAGE 81, CUMBERLAND COUNTY REGISTRY, NORTH CAROLINA.**

The property hereinabove described was acquired by Grantors by an instrument recorded in Book 3198, Page 115, Cumberland County, North Carolina, Registry.

The above-described property is conveyed subject to the following restrictive covenant: The placement, locating, use of, construction or erection of a trailer, mobile home, manufactured home, or modular home on the above-described property is prohibited. This restrictive covenant shall run with and bind the land, and shall inure to the benefit of and be enforceable by the Grantor, her respective legal representative, heirs, successors and assigns.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated. Title to the property hereinabove described is subject to the following exceptions:

Restrictive covenants, utility easements, permits, and rights of way as the same may appear of record in the Cumberland County, North Carolina Registry.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, effective the day and year first above written.

_Mary H. Rose_ [SEAL]
MARY H. ROSE

STATE OF NORTH CAROLINA
COUNTY OF HOKE

I, a Notary Public for said County and State do hereby certify that MARY H. ROSE personally appeared before me this day and being duly sworn executed the foregoing instrument.

WITNESS my hand and notarial seal this 21st day of February, 2003.

My Commission Expires: May 19, 2007

_Donna S. Moore_
NOTARY PUBLIC

---

The foregoing Certificate(s) of _Donna S. Moore_

is/are certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

GEORGE E. TATUM          REGISTER OF DEEDS FOR          CUMBERLAND          COUNTY,
By_____ Deputy/Assistant - Register of Deeds