# EXHIBIT 7

```
 1
              IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF NORTH CAROLINA
                       WESTERN DIVISION
 3
                             - - -
 4
    JAMES S. DEW, et al.,                  :
 5                                         :
             Plaintiffs,                   :
 6                                         :
          vs.                              :   Case No. 5:18-cv-0073-D
 7                                         :
    E.I. DUPONT DE NEMOURS AND             :
 8  COMPANY, et al.,                       :
                                           :
 9           Defendants,                   :
    _____
10
    JAMES O'BRIEN, et al.,                 :
11                                         :
             Plaintiffs,                   :
12                                         :
          vs.                              :   Case No. 5:20-CV-00208-D
13                                         :
    E.I. DUPONT DE NEMOURS AND             :
14  COMPANY, et al.,                       :
                                           :
15           Defendants.                   :
    _____
16
        VIDEOTAPED DEPOSITION OF PATSY CANADY DAVIS
17  _____

18  DATE TAKEN:       Wednesday, November 30, 2022

19  TIME BEGAN:       12:01 p.m.

20  TIME ENDED:       3:21 p.m.

21  LOCATION:         DoubleTree by Hilton
                      1965 Cedar Creek Road
22                    Fayetteville, Cumberland County, NC

23  TAKEN BY:         Defendants

24  REPORTED BY:      Cherie J. Anderson, RMR, RPR, CRR
25  JOB NO.           219449
```

```
 1                      PATSY DAVIS
 2      A    Yes.
 3      Q    How long have you been retired?
 4      A    I believe my last working day was August
 5   the 14th.  That's the day I started Black & Decker,
 6   1967.  And I -- my last working day, I believe, was
 7   August the 14th, 2006.
 8      Q    What is your current residential address,
 9   Ms. Davis?
10      A    7242 Fire -- F-I-R-E -- Department Road,
11   Hope Mills, North Carolina, 28348.
12      Q    How long have you lived there?
13      A    We started building the house in 2005, so
14   we -- it was closely after.  Right after that.
15      Q    And you own your home, correct?
16      A    Yes, we do.
17      Q    Who lives with you in your home there?
18      A    My husband.
19      Q    I presume that your husband has lived there
20   since you moved into the home in 2005 or 2006?
21      A    Yes.
22      Q    Has anyone else ever lived in the home?
23      A    No.
24      Q    Why did you move to that particular home?
25      A    In 1991, we bought 2 acres where the house is
```

PATSY DAVIS

sitting now on Fire Department Road. And my husband has always had a green thumb, you know, and he loves the garden, the plants, and all. And we began going down there and cleaning off the land, making the borders, and all. And we -- we started -- he had a little tractor, lawn mower tractor. We would go down there on weekends, and every evening we had daylight.

We began to plant fruit trees and blueberries and grapevines, and for years, we done that, making our border and all and enjoying the land.

And my husband had told me that if we could get another 2 acres, we would be able to build my dream home, you know. It's nothing special, but we lived in -- before we moved, we lived in a little 1300-square-foot house where we -- we lived there 47 years where we raised our daughter.

So I kept calling the lady in front of us, Mrs. Ross, you know, about selling us -- because she owned a lot of property down there in front of her house. The 2 acres was in front of her house. No, she -- people don't let go of land down there.

And I kept calling her every few months. And all of a sudden, she called me. It was tax time. She said, I'm willing to sell you those 2 acres, but

```
 1                    PATSY DAVIS
 2   she said, on one condition:  That you won't build
 3   your house with a driveway -- your driveway facing my
 4   living-room window.  I said, done deal.  Because at
 5   that time, we already had the plans for our home, you
 6   know, the architect drawing and everything and so
 7   forth and so forth.
 8            We made the agreement, so I got the lawyer.
 9   We went, and we bought the property, and then we
10   really began planning of building the home.
11       Q   You mentioned your home that you lived in for
12   47 years.  What was that address?
13       A   2551 Bel Aire -- B-E-L, dash, A-I-R-E --
14   Street, Fayetteville, North Carolina.
15       Q   Do you recall what amount you sold that home
16   for?
17       A   We didn't sell it.
18       Q   Do you still own that home?
19       A   Yes, we do.
20       Q   Do you rent it out to someone?
21       A   No.
22       Q   Does a family member live in that home?
23       A   No.
24       Q   What is that home currently used for?
25       A   Well, it's like -- you know, to the younger
```