# EXHIBIT 8



DEW-DAVIS_R&P-000059



ROY COOPER
*Governor*

MICHAEL S. REGAN
*Secretary*

MICHAEL SCOTT
*Director*

NORTH CAROLINA
*Environmental Quality*

October 25, 2019

TO: Pat Davis
7242 Fire Department Rd
Hope Mills, NC 28348

RE: **Well Water Testing Results**
Testing conducted by DEQ on <u>August 7, 2019</u>. Sample ID: <u>0199-W1-080719</u>.
Sample was collected before the filter.

Your well water was tested for several compounds of emerging concern as required by a court order (Consent Order) that was entered by Bladen County Superior Court in February 2019. The Consent Order requires Chemours to test nearby drinking water wells for certain compounds including GenX (also called HFPO-DA) and other chemicals that are part of the chemical group called per- and poly-fluoroalkyl substances (also called PFAS). Results for this sampling event are shown in Table 1 and in the attached report. **Some PFAS in your well water exceeded action levels specified in the Consent Order.**

These results are only for the sample collected on this date and do not provide information on chemicals that might have been present in the past or could be present in the future. This testing does not provide information for other chemicals that were not included in the analysis.

The Consent Order also requires Chemours to provide replacement drinking water to homes if levels of PFAS are above those specified in Table 1. For more information, see the enclosed materials.

- **According to the Consent Order, Chemours will provide you with bottled water for drinking, cooking and making baby formula until a permanent replacement water solution is in place**. If you have not been provided bottled water, call (910) 678-1101 immediately to schedule delivery. Chemours will also contact you about installing water treatment systems or connecting to a public water system at no cost to you.

The best way to reduce the potential for negative health effects to chemicals is to reduce the exposure to such chemicals. One way to do this is to use an alternative water source, connect to a public water supply, or install a granular activated carbon (GAC) filter or a reverse osmosis (RO) system. These systems are effective at removing PFAS when properly maintained.



North Carolina Department of Environmental Quality | Division of Waste Management
217 West Jones Street | 1646 Mail Service Center | Raleigh, North Carolina 27699-1646
919.707.8200

For questions about your test results, do not hesitate to contact the N.C. Department of Environmental Quality at (919) 707-8200. For health information, contact the N.C. Department of Health and Human Services at (919) 707-5900. For bottled water, installation of water treatment systems, and to schedule water testing, contact the Chemours' hotline at (910) 678-1101.

Links to more information:
- N.C. DEQ https://deq.nc.gov/news/key-issues/genx-investigation
- N.C. DHHS https://epi.dph.ncdhhs.gov/oee/a_z/genx.html
- Agency for Toxic Substances and Disease Registry https://www.atsdr.cdc.gov/pfas/index.html
- U.S. Environmental Protection Agency https://www.epa.gov/pfas

Table 1

| Results for Well Sample ID: 0199-W1-080719 || Collected on Date: August 7, 2019 |
|---|---|---|
| Chemical | Concentration in Sample (ng/L) | Action Levels |
| GenX / HFPO-DA | 81.1 | GenX is above 140 ng/L<br><br>OR<br><br>Any one of the listed PFAS is above 10 ng/L<br><br>OR<br><br>Combined concentration of all PFAS is above 70 ng/L |
| PFMOAA | 56.9 | |
| PMPA / PFMOPrA | 155 | |
| PFO2HxA | 54.0 | |
| PEPA / PFMOBA | 83.4 | |
| PFO3OA | 3.27 J | |
| PFO4DA | ND | |
| PFESA-BP1 | ND | |
| PFESA-BP2 | 33.5 | |
| PFECA-G | N/A | |
| PFO5DA / TAFN4 | N/A | |
| PFHpA | ND | |

ng/L: Stands for nanograms of contaminant per liter of water and is equivalent to parts-per-trillion (ppt).

ND: The chemical was not detected. Sample reporting limits typically range from 1 to 10 ng/L.

N/A: The chemical was not analyzed for.

J: Estimated concentration is greater than the analytical method detection limit and less than the sample-specific reporting limit.

Sincerely,

*Michael E. Scott*

Michael E. Scott, Director
Division of Waste Management

# GEL LABORATORIES LLC
2040 Savage Road  Charleston SC 29407 - (843) 556-8171 - www.gel.com

## Certificate of Analysis

Report Date: August 22, 2019

Company: NC Dept Environmental Quality  
Address: 1646 Mail Service Center  
Raleigh, North Carolina 27699  
Contact: Amy Risen  
Project: Routine Analysis  

Client Sample ID: 0199-W1-080719  
Sample ID: 487018008  
Matrix: Ground Water  
Collect Date: 07-AUG-19 11:02  
Receive Date: 08-AUG-19  
Collector: Client  

Project: NCDQ00117  
Client ID: NCDQ001  

| Parameter | Qualifier | Result | DL | RL | Units | PF | DF | Analyst | Date | Time | Batch | Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LCMSMS PFCs** | | | | | | | | | | | | |
| **EPA 537 PFCs by LC-MS/MS "As Received"** | | | | | | | | | | | | |
| Perfluoro-2-methyl-3-oxahexanoic acid (GenX) | | 81.1 | 0.650 | 1.97 | ng/L | 0.0197 | 1 | JLS | 08/15/19 | 0914 | 1906553 | 1 |
| 6:2 Fluorotelomer sulfonate (6:2 FTS) | U | ND | 1.30 | 3.74 | ng/L | 0.0197 | 1 | | | | | |
| 8:2 Fluorotelomer sulfonate (8:2 FTS) | U | ND | 1.30 | 3.78 | ng/L | 0.0197 | 1 | | | | | |
| N-ethylperfluoro-1-octanesulfonamidoacetic acid (N-EtFOSAA) | U | ND | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| N-methylperfluoro-1-octanesulfonamidoacetic acid (N-MeFOSAA) | U | ND | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Nafion Byproduct 1 (PFESA BP1) | UX | ND | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Nafion Byproduct 2 (PFESA BP2) | X | 33.5 | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoro(3,5,7,9-tetraoxadecanoic) acid (PFO4DA) | UX | ND | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoro(3,5,7-trioxaoctanoic) acid (PFO3OA) | JX | 3.27 | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoro(3,5-dioxahexanoic) acid (PFO2HxA) | X | 54.0 | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoro-2-methoxyacetic acid (PFMOAA) | X | 56.9 | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoro-3-methoxypropanoic acid (PFMOPrA) | X | 155 | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoro-4-methoxybutanic acid (PFMOBA) | X | 83.4 | 1.30 | 3.94 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorobutanesulfonic acid (PFBS) | J | 1.28 | 0.650 | 1.75 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorodecanesulfonic acid (PFDS) | U | ND | 0.650 | 1.91 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorodecanoic acid (PFDA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorododecanoic acid (PFDoA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoroheptanesulfonic acid (PFHpS) | U | ND | 0.650 | 1.87 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoroheptanoic acid (PFHpA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorohexanesulfonic acid (PFHxS) | J | 1.51 | 0.650 | 1.79 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorohexanoic acid (PFHxA) | J | 1.32 | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorononanesulfonic acid (PFNS) | U | ND | 0.650 | 1.89 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorononanoic acid (PFNA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |

# GEL LABORATORIES LLC
2040 Savage Road  Charleston SC 29407 - (843) 556-8171 - www.gel.com

## Certificate of Analysis

Report Date: August 22, 2019

Company: NC Dept Environmental Quality
Address: 1646 Mail Service Center

Raleigh, North Carolina  27699
Contact: Amy Risen
Project: Routine Analysis

Client Sample ID: 0199-W1-080719
Sample ID: 487018008

Project: NCDQ00117
Client ID: NCDQ001

| Parameter | Qualifier | Result | DL | RL | Units | PF | DF | Analyst | Date | Time | Batch | Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LCMSMS PFCs | | | | | | | | | | | | |
| EPA 537 PFCs by LC-MS/MS "As Received" | | | | | | | | | | | | |
| Perfluorooctanesulfonamide (PFOSA) | U | ND | 0.650 | 1.83 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorooctanesulfonic acid (PFOS) | U | ND | 0.748 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorooctanoic acid (PFOA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoropentanesulfonic acid (PFPeS) | U | ND | 0.650 | 1.85 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoropentanoic acid (PFPeA) | | 2.93 | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorotetradecanoic acid (PFTA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluorotridecanoic Acid (PFTriA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| Perfluoroundecanoic acid (PFUnA) | U | ND | 0.650 | 1.97 | ng/L | 0.0197 | 1 | | | | | |
| 4:2 Fluorotelomer sulfonate (4:2 FTS) | U | ND | 6.50 | 18.5 | ng/L | 0.0197 | 5 | JLS | 08/15/19 | 1046 | 1906553 | 2 |
| Perfluorobutanoic acid (PFBA) | U | ND | 3.25 | 9.84 | ng/L | 0.0197 | 5 | | | | | |

The following Prep Methods were performed:

| Method | Description | Analyst | Date | Time | Prep Batch |
|---|---|---|---|---|---|
| EPA 537.1 | PFCs Extraction in Drinking Water | LDI | 08/13/19 | 0938 | 1906543 |

The following Analytical Methods were performed:

| Method | Description | Analyst Comments |
|---|---|---|
| 1 | EPA 537.1 | |
| 2 | EPA 537.1 | |

| Surrogate/Tracer Recovery | Test | Result | Nominal | Recovery% | Acceptable Limits |
|---|---|---|---|---|---|
| Perfluoro-n-[1,2-13C2] decanoic aci | EPA 537 PFCs by LC-MS/MS "As Received" | 3.89 ng/L | 4.92 | 79 | (70%-130%) |
| Perfluoro-n-[1,2-13C2] octanoic acid | EPA 537 PFCs by LC-MS/MS "As Received" | 4.81 ng/L | 4.92 | 98 | (70%-130%) |
| Perfluoro-n-[2,3,4-13C3] butanoic aci | EPA 537 PFCs by LC-MS/MS "As Received" | 5.75 ng/L | 4.92 | 117 | (70%-130%) |
| Sodium perfluoro-1-[1,2,3,4-13C4]oc | EPA 537 PFCs by LC-MS/MS "As Received" | 4.04 ng/L | 4.92 | 82 | (70%-130%) |

Notes:

Column headers are defined as follows:
DF: Dilution Factor            Lc/LC: Critical Level
DL: Detection Limit            PF: Prep Factor
MDA: Minimum Detectable Activity    RL: Reporting Limit
MDC: Minimum Detectable Concentration  SQL: Sample Quantitation Limit

# Reverse Osmosis Under-Sink Systems for PFAS Removal
## Frequently Asked Questions

*To request installation, call 910-678-1101. To request service or report a problem with your reverse osmosis system, please call (910) 678-1101.*

### What is a reverse osmosis (RO) system?
Reverse Osmosis is a water filtration system that removes specific elements and compounds from water.

### Why was a RO system selected to be installed in my residence?
Your water well was tested for certain PFAS compounds that Chemours is required to measure. The concentration of total PFAS either exceeded 70 nanograms per liter (ng/l) or an individual PFAS compound exceeded 10 ng/l in the water sample. The compound GenX may have been detected in your well, but it was found at a concentration below 140 ng/l. Based on the Consent Order signed with Chemours and entered by the court on February 25, 2019, your residence qualifies for up to three under-sink RO systems.

### I have GenX with levels above 140 ng/l. Can I get RO systems instead of a granular activated carbon (GAC) whole-house filtration system?
If you have 140 ng/l or more of GenX in your well water supply, you can have a RO system installed at every kitchen or bathroom sink as an alternative to a whole house GAC system. The RO system is not a whole-house filter. Reverse Osmosis systems do not filter water supplied to other sink fixtures, showers and spigots.

### Will the RO system provide all my water needs?
No. Each RO system will provide up to 50 gallons of water per unit per day. It is designed to provide water for consumption. The RO system will provide water for drinking, making coffee or tea, mixing baby formula, making ice, cooking, etc. The RO system does not produce enough water for bathing/showering, washing dishes or clothes, or outdoor use.

### Will I have to pay for the RO system or installation or buy new plumbing?
No. The Consent Order states Chemours will pay for the RO systems, installation and maintenance/replacement of the systems for a period of at least 20 years, or until testing of the groundwater demonstrates that each PFAS listed in the Consent Order is below any applicable health advisory, whichever is longer. You will not have to provide any hardware or other materials for the installation or maintenance of the RO systems during that time period.

### How long will it take to install the RO system?
Once you receive the letter from Chemours stating you qualify for RO systems, you must notify Chemours of your intent to accept installation by calling (910) 678-1101 and leaving a message with your name, phone number and residential address. All messages left at the (910) 678-1101 mailbox are reviewed and documented by Chemours and their contractors. You should expect to receive a call back within 24 hours confirming your acceptance of the RO system offer. RO systems are installed in the order of response. Your information will be relayed to Advanced



DEW-DAVIS_R&P-000064

Water System Group (AWS)-Kinetico, who is an authorized installer of Kinetico RO systems and will be installing the RO systems. The installer will contact you as soon as possible to schedule the install and answer additional questions. AWS-Kinetico will schedule a preliminary visit to confirm the areas you have selected for the installation, and their representative will answer any questions you have. After the preliminary visit, AWS-Kinetico staff will return for the installation itself, which will take a few hours. The installation is dependent on access to an area to install the system, which may require drilling through stone or tile countertops to place the RO faucet, and other factors.

**Where will the RO system be installed?**
The RO system selected will be installed in up to three areas of your home. The contractor will attempt to install the systems within a cabinet under the sink. In some instances where not enough space is available to install the system under the sink, the unit will be installed to be as unnoticeable as possible.

**How does a RO system work?**
The RO system proposed for use in your home has a series of filters and a specialized RO membrane. The system will remove sediment, iron and some other compounds (such as PFAS). The RO systems work by passing water through a special membrane. Openings on the membrane are so small that water molecules are almost the only compound that can pass through. Information on how RO systems work and their application to PFAS contamination can be found at the links at the bottom of this factsheet.

**Will I be able to contact someone if there are problems or my filters need replacing?**
Yes. You will be provided a contact number for the RO system installation contractor (AWS-Kinetico). The installation contractor will call back within 24 hours. The contractor will also respond to any maintenance issues or problems with the RO systems.

**How do I know the RO system will work to remove the PFAS?**
Although the N.C. Department of Environmental Quality has not conducted any studies on home RO systems to determine their effectiveness at removing PFAS contamination, previous research by the United States Environmental Protection Agency and others identified RO systems as an accepted method for reducing PFAS concentrations in well water. For more information, see the links at the bottom. Based on the Consent Order, testing of water at some residences will be conducted on a regular basis to ensure PFAS compounds are being removed by the RO systems.

**How will I know when it is time to replace the RO membrane and/or filters?**
The RO systems have two mechanisms to let you know it is time for replacement. First, the water from the system faucet will slow to a trickle. Second, a blue indicator will become harder to see in the sight tube. When either or both occur, you will need to call the number provided by the RO system installer who will then contact you to schedule an appointment to replace the filter and membrane.



DEW-DAVIS_R&P-000065

**Are there any common problems or issues that I might encounter with the RO systems? How will they be resolved?**

Reverse osmosis systems have been widely used to remedy PFAS and other water quality issues. A RO system can decrease the pH of the water – making it more acidic. In addition to removing unwanted chemicals from your water, RO systems also remove beneficial compounds. The RO systems selected for your home have a remineralization feature that will help balance the pH to reduce corrosion problems and provide the benefits of these essential minerals. While this is not a problem related to the quality of water produced by the RO system, it should be noted that installation of the system will require the installer to drill a small hole in the sink to install the RO faucet. This will include drilling a hole through any stone counter tops extending over the splash area of the sink where the faucet will be installed.

**Where can I get more information on this?**

More information on PFAS and RO systems are available at the following websites:

- Kinetico: https://www.kineticonc.com/

- EPA Drinking Water Treatability Database:
  https://iaspub.epa.gov/tdb/pages/contaminantProcess/contaminantProcessOverview.do

- ITRC Remediation Technologies and Methods for PFAS
  https://pfas-1.itrcweb.org/wp-content/uploads/2018/03/pfas_fact_sheet_remediation_3_15_18.pdf



DEW-DAVIS_R&P-000066

# GenX Health Information

**2018**

Exposure to contaminated drinking water has the potential to harm your health. The health effects of contact with any hazardous substance depend on how much, for how long and the way in which you are exposed. The effects also depend on personal factors such as family history, overall health, and lifestyle.

**What is GenX?**

GenX is a member of a family of chemical compounds known as per- and polyfluoroalkyl substances (PFAS). PFAS are human-made chemicals that do not occur naturally in the environment. These chemicals have broad uses in commercial products such as food packaging, nonstick coatings, and firefighting foam.

GenX is a trade name for one unregulated PFAS used in manufacturing nonstick coatings and for other purposes. It is also produced as a byproduct of certain manufacturing processes.

**How can I be exposed to GenX?**

Groundwater (including well water) and surface water (including water from rivers, lakes and streams) may contain elevated levels of GenX and other PFAS. If this water is used as a drinking water source, people could be exposed to these compounds through drinking water.

There is not enough information about GenX to know if people in North Carolina are likely to be exposed through sources other than drinking water. People can be exposed to other types of PFAS in multiple ways, including through food, indoor dust, consumer products, and workplaces such as manufacturing facilities.

**How can GenX affect my health?**

There is limited information about the health effects of GenX. Laboratory studies on animals show negative effects to the liver and blood, along with cancer of the liver, pancreas, and testicles. The relevance of these animal studies to human health is unknown. The potential human health effects of many other new or emerging PFAS are unknown.

N.C. DHHS continues to work with federal partners to review all new health and toxicity information about these compounds as it becomes available.

DEW-DAVIS_R&P-000067

**What guidelines have been set for human health?**

There are no federal health guidelines for GenX.

N.C. DHHS used available toxicity information to set a health goal for GenX in drinking water at 140 nanograms per liter (ng/L) or parts per trillion (ppt). A health goal is a non-regulatory, non-enforceable level of contamination below which no adverse health effects would be expected over a lifetime of exposure. This health goal may change as new information becomes available.

There is not enough information to develop health goals for many other new or emerging PFAS at this time.

**Where can I find more information?**

GenX Investigation:
https://deq.nc.gov/news/hot-topics/genx-investigation

Per- and Polyfluoroalkyl Substances (PFAS):
https://www.atsdr.cdc.gov/pfc/index.html
https://www.epa.gov/pfas

**Contact Information**

If you have concerns about health effects related to GenX or other chemicals, contact N.C. DHHS at 919-707-5900.



State of North Carolina • Department of Health and Human Services
Division of Public Health
www.ncdhhs.gov    www.publichealth.nc.gov
NC DHHS is an equal opportunity employer and provider 4/2018

# Per- and Polyfluoroalkyl Substances (PFAS), Including PFOA & PFOS    2017

## What are per- and polyfluoroalkyl substances?

Per- and polyfluoroalkyl substances (PFAS) are a large group of man-made chemicals that have been used in industry and consumer products worldwide since the 1950s.

- PFAS do not occur naturally, but are widespread in the environment.
- PFAS are found in people, wildlife, and fish all over the world.
- Some PFAS can stay in people's bodies a long time.
- Some PFAS do not break down easily in the environment.

Perfluorooctanoic acid (PFOA or C8) and perfluorooctane sulfonic acid (PFOS) are two common examples of PFAS. PFOA and PFOS have been used to make carpets, clothing, fabrics for furniture, paper packaging for food, and other materials (e.g., cookware) that are resistant to water, grease or stains. They are also used for firefighting at air-fields and in a number of industrial processes.

## How can I be exposed to PFAS?

PFAS are man-made, so there are no natural sources in the environment. However, PFAS can be found near areas where they are manufactured or where products containing PFAS are often used.

PFAS contamination may be in drinking water, food, indoor dust, some consumer products, and workplaces. Most non-worker exposures occur through drinking contaminated water or eating food that contains PFAS.

Although some types of PFAS are no longer used, some products may still contain PFAS:

- Food packaging materials
- Nonstick cookware
- Stain resistant carpet treatments
- Water resistant clothing
- Cleaning products
- Paints, varnishes, and sealants
- Firefighting foam
- Some cosmetics

## How can I reduce my exposure to PFAS?

PFAS are present at low levels in some food products and in the environment (air, water, soil etc.), so you probably cannot prevent PFAS exposure altogether. However, if you live near known sources of PFAS contamination, you can take steps to reduce your risk of exposure.

- If your drinking water contains PFAS above the EPA Lifetime Health Advisory (combined PFOA/PFOS concentration of 70 parts per trillion), consider using an alternative or treated water source for any activity in which you might swallow water. These activities include drinking, food preparation, brushing teeth, or preparing infant formula.
- Check for fish advisories for water bodies where you fish. Research has shown the benefits of eating fish, so continue to eat fish from safe sources as part of your healthy diet.
- Read consumer product labels and avoid using those with PFAS.

Case 5:18-cv-00073-D    Document 161-8    Filed 02/12/24    Page 12 of 17

DEW-DAVIS_R&P-000069

## How can PFAS affect my health?

The potential for health effects from PFAS in humans is not well understood. PFOA and PFOS have been studied more than other PFAS. In general, animal studies have found that animals exposed to PFAS at high levels resulted in changes in the function of the liver, thyroid, pancreas and hormone levels.

Some scientific studies suggest that certain PFAS may affect different systems in the body. The U.S. Centers for Disease Control and Prevention (CDC) is working with various partners to better understand how exposure to PFAS might affect people's health— especially how exposure to PFAS in water and food may be harmful. Although more research is needed, some studies in people have shown that certain PFAS may:

- affect growth, learning, and behavior of infants and older children
- lower a woman's chance of getting pregnant
- interfere with the body's natural hormones
- increase cholesterol levels
- affect the immune system and
- increase the risk of cancer

At this time, scientists are still learning about the health effects of exposures to mixtures of PFAS.

## How can I learn more?

You can visit the following websites for more information:
- Agency for Toxic Substances and Disease Registry (ATSDR):
  www.atsdr.cdc.gov/pfc/index.html
- Environmental Protection Agency (EPA):
  https://www.epa.gov/chemical-research/research-and-polyfluoroalkyl-substances-pfas
- Food and Drug Administration:
  https://www.fda.gov/food/newsevents/constituentupdates/ucm479465.htm
- National Toxicology Program:
  https://ntp.niehs.nih.gov/pubhealth/hat/noms/pfoa/index.html

If you have questions about the products you use in your home, please contact the Consumer Product Safety Commission (CPSC) at (800) 638-2772.

If you have concerns about health effects related to PFOA, PFOS or other chemicals, contact N.C. DHHS at 919-707-5900.

## References

*Perfluoroalkyl and Polyfluoroalkyl Substances (PFAS): Frequently Asked Questions.* Agency for Toxic Substances and Disease Registry (ATSDR). August 22, 2017.



State of North Carolina • Department of Health and Human Services
Division of Public Health
www.ncdhhs.gov     www.publichealth.nc.gov
N.C. DHHS is an equal opportunity employer and provider 9/2017.



# Community Update

### September 2019

This community update includes the latest information that may be of interest to residents in the Cape Fear River Region and the communities near the Fayetteville Works facility.

The N.C. Department of Environmental Quality (NCDEQ) entered into a Consent Order with Chemours and Cape Fear River Watch in February 2019. The order requires Chemours to address all sources of PFAS at the facility to prevent further impacts to air, soil, groundwater and surface waters.

The full Consent Order and history of the GenX investigation can be found online at https://bit.ly/2Z7JHVA.

### Alternative Water / Filtration Systems

The consent order includes specific components requiring Chemours to provide alternate water for residences that have PFAS detected in their drinking water wells. Under the consent order, Chemours is required to provide bottled water until such time as a filtration system or connection to a municipal water supply has been provided. DEQ has approved certain reverse osmosis and granular activated carbon filtration systems for affected residents. More information on that approval is available here: https://bit.ly/2JM5PPD.

Chemours will be notifying residents with installed reverse osmosis (RO) systems that bottled water delivery will be ending in October. Chemours will send a letter to each homeowner providing at least 14 days' notice that bottled water delivery will be discontinued for residences with operable RO systems. Questions related to bottled water delivery can be addressed through the Chemours hotline number at 910-678-1101.

### New Reverse Osmosis Unit Installations

For areas west of the Cape Fear River in Bladen and Cumberland Counties, the Public Water Feasibility Analysis is still under review. DEQ has requested feedback from representatives of Cumberland and Bladen Counties.

Chemours will not be installing additional granular activated carbon filtration systems in Cumberland and Bladen Counties west of the Cape Fear River until a final public water feasibility determination is made. Bottled water delivery will continue in the interim for residences in these areas that are eligible either for public water or granular activated carbon filtration systems. Chemours will continue to install reverse osmosis systems for eligible homes in Cumberland and Bladen Counties west of the Cape Fear River. To find out if you are eligible to receive these filtration systems, go to: https://bit.ly/2JPp4I5.

---

If you have concerns about health effects related to GenX, PFAS or other chemicals, contact the N.C. Department of Health and Human Services at (919) 707-5900.

If you want be added to the mailing list to receive the Community Update, please email Laura Leonard at Laura.Leonard@ncdenr.gov.

---

Website: www.deq.nc.gov
Facebook: www.facebook.com/ncdeq
Twitter: www.twitter.com/NCDEQ
1601 Mail Service Center, Raleigh, NC 27699-1601

DEW-DAVIS_R&P-000071

From: **Scott, Michael** michael.scott@ncdenr.gov
Subject: **RE: [External] Results for Well Testing**
Date: **Jul 23, 2019 at 4:19:50 PM**
To: **Pat Davis** pcdavis@nc.rr.com

Ms. Davis,

Please see the attached data report and summary below. I have also spoken to Chemours about connecting ice makers to reverse osmosis systems. Chemours stated that in some homes it is possible to connect ice makers where the refrigerator is close to the reverse osmosis system and where there is a crawl space in the home.

Results for GenX are 124 ng/L
Total attachment C PFAS are 519.6 ng/L
Let us know of any questions.

Michael

Sent from Mail for Windows 10

---

From: Pat Davis <pcdavis@nc.rr.com>
Sent: Tuesday, July 23, 2019 3:06:50 PM
To: Scott, Michael <michael.scott@ncdenr.gov>
Subject: [External] Results for Well Testing

CAUTION: External email. Do not click links or open attachments unless you verify. Send all suspicious email as an attachment to
report.spam@nc.gov<mailto:report.spam@nc.gov>

Michael, would you please follow up on the email requesting the copy of our analysis of our well water per our conversation on Monday? Thank you, Pat Davis
7242 Fire Department Road, Hope Mills, NC 28348

DEW-DAVIS_R&P-000099

**GEL LABORATORIES LLC**
2040 Savage Road  Charleston SC 29407 - (843) 556-8171 - www.gel.com

## Certificate of Analysis

Report Date: June 7, 2019

| | |
|---|---|
| Company : | NC Dept Environmental Quality |
| Address : | 1646 Mail Service Center |
| | Raleigh, North Carolina  27699 |
| Contact: | Amy Risen |
| Project: | Routine Analysis |

| | | | |
|---|---|---|---|
| Client Sample ID: | 0199-W1-052919 | Project: | NCDQ00117 |
| Sample ID: | 480449007 | Client ID: | NCDQ001 |
| Matrix: | Ground Water | | |
| Collect Date: | 29-MAY-19 10:51 | | |
| Receive Date: | 30-MAY-19 | | |
| Collector: | Client | | |

| Parameter | Qualifier | Result | DL | RL | Units | PF | DF | Analyst | Date | Time | Batch | Method |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **LCMSMS PFCs** | | | | | | | | | | | | |
| **EPA 537 PFCs by LC-MS/MS "As Received"** | | | | | | | | | | | | |
| Perfluoro-2-methyl-3-oxahexanoic acid (GenX) | | 124 | 0.709 | 2.15 | ng/L | 0.0215 | 1 | JLS | 06/06/19 | 0044 | 1882187 | 1 |
| 4:2 Fluorotelomer sulfonate (4:2 FTS) | U | ND | 1.42 | 4.04 | ng/L | 0.0215 | 1 | | | | | |
| 6:2 Fluorotelomer sulfonate (6:2 FTS) | U | ND | 1.42 | 4.08 | ng/L | 0.0215 | 1 | | | | | |
| 8:2 Fluorotelomer sulfonate (8:2 FTS) | U | ND | 1.42 | 4.12 | ng/L | 0.0215 | 1 | | | | | |
| N-ethylperfluoro-1-octanesulfonamidoacetic acid (N-EtFOSAA) | U | ND | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| N-methylperfluoro-1-octanesulfonamidoacetic acid (N-MeFOSAA) | U | ND | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Nafion Byproduct 1 (PFESA BP1) | UX | ND | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Nafion Byproduct 2 (PFESA BP2) | X | 28.3 | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoro(3,5,7,9-tetraoxadecanoic) acid (PFO4DA) | UX | ND | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoro(3,5,7-trioxaoctanoic) acid (PFO3OA) | JX | 3.31 | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoro(3,5-dioxahexanoic) acid (PFO2HxA) | X | 61.3 | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoro-2-methoxyacetic acid (PFMOAA) | X | 73.8 | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoro-3-methoxypropanoic acid (PFMOPrA) | X | 158 | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoro-4-methoxybutanic acid (PFMOBA) | X | 74.2 | 1.42 | 4.30 | ng/L | 0.0215 | 1 | | | | | |
| Perfluorobutanesulfonic acid (PFBS) | J | 1.58 | 0.709 | 1.91 | ng/L | 0.0215 | 1 | | | | | |
| Perfluorobutanoic acid (PFBA) | | 3.45 | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | | | |
| Perfluorodecanesulfonic acid (PFDS) | U | ND | 0.709 | 2.08 | ng/L | 0.0215 | 1 | | | | | |
| Perfluorodecanoic acid (PFDA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | | | |
| Perfluorododecanoic acid (PFDoA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoroheptanesulfonic acid (PFHpS) | U | ND | 0.709 | 2.04 | ng/L | 0.0215 | 1 | | | | | |
| Perfluoroheptanoic acid (PFHpA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | | | |
| Perfluorohexanesulfonic acid (PFHxS) | J | 1.45 | 0.709 | 1.95 | ng/L | 0.0215 | 1 | | | | | |
| Perfluorohexanoic acid (PFHxA) | J | 1.38 | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | | | |

# GEL LABORATORIES LLC
2040 Savage Road  Charleston SC 29407 - (843) 556-8171 - www.gel.com

## Certificate of Analysis

Report Date: June 7, 2019

Company: NC Dept Environmental Quality
Address: 1646 Mail Service Center

Raleigh, North Carolina  27699
Contact: Amy Risen
Project: Routine Analysis

Client Sample ID: 0199-W1-052919  
Sample ID: 480449007

Project: NCDQ00117  
Client ID: NCDQ001

| Parameter | Qualifier | Result | DL | RL | Units | PF | DF | Analyst Date | Time Batch | Method |
|---|---|---|---|---|---|---|---|---|---|---|
| **LCMSMS PFCs** | | | | | | | | | | |
| **EPA 537 PFCs by LC-MS/MS "As Received"** | | | | | | | | | | |
| Perfluorononanesulfonic acid (PFNS) | U | ND | 0.709 | 2.06 | ng/L | 0.0215 | 1 | | | |
| Perfluorononanoic acid (PFNA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | |
| Perfluorooctanesulfonamide (PFOSA) | U | ND | 0.709 | 2.00 | ng/L | 0.0215 | 1 | | | |
| Perfluorooctanesulfonic acid (PFOS) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | |
| Perfluorooctanoic acid (PFOA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | |
| Perfluoropentanesulfonic acid (PFPeS) | U | ND | 0.709 | 2.02 | ng/L | 0.0215 | 1 | | | |
| Perfluoropentanoic acid (PFPeA) | | 3.54 | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | |
| Perfluorotetradecanoic acid (PFTA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | |
| Perfluorotridecanoic Acid (PFTriA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | |
| Perfluoroundecanoic acid (PFUnA) | U | ND | 0.709 | 2.15 | ng/L | 0.0215 | 1 | | | |

The following Prep Methods were performed:

| Method | Description | Analyst | Date | Time | Prep Batch |
|---|---|---|---|---|---|
| EPA 537 | PFCs Extraction in Drinking Water | LM1 | 05/31/19 | 1001 | 1882182 |

The following Analytical Methods were performed:

| Method | Description | Analyst Comments |
|---|---|---|
| 1 | EPA 537 | |

| Surrogate/Tracer Recovery | Test | Result | Nominal | Recovery% | Acceptable Limits |
|---|---|---|---|---|---|
| Perfluoro-n-[1,2-13C2] decanoic aci | EPA 537 PFCs by LC-MS/MS "As Received" | 4.21 ng/L | 5.37 | 78 | (70%-130%) |
| Perfluoro-n-[1,2-13C2] octanoic acid | EPA 537 PFCs by LC-MS/MS "As Received" | 5.24 ng/L | 5.37 | 98 | (70%-130%) |
| Perfluoro-n-[2,3,4-13C3] butanoic aci | EPA 537 PFCs by LC-MS/MS "As Received" | 6.00 ng/L | 5.37 | 112 | (70%-130%) |
| Sodium perfluoro-1-[1,2,3,4-13C4]oc | EPA 537 PFCs by LC-MS/MS "As Received" | 5.00 ng/L | 5.37 | 93 | (70%-130%) |

Notes:

**Column headers are defined as follows:**
DF: Dilution Factor  
DL: Detection Limit  
MDA: Minimum Detectable Activity  
MDC: Minimum Detectable Concentration  
Lc/LC: Critical Level  
PF: Prep Factor  
RL: Reporting Limit  
SQL: Sample Quantitation Limit