# EXHIBIT 9

BK7756PG0060

RECEIVED
11-29-2007  AM 11:20: 8
J. LEE WARREN JR.
REGISTER OF DEEDS
CUMBERLAND CO., N.C.

052946
(N.P. SEAL)
29-DF

 

CUMBERLAND COUNTY NC  11/29/2007
11
$80.00
STATE OF
NORTH
CAROLINA          Real Estate
Excise Tax

Prepared by:  F. Stuart Clarke, THORP, CLARKE, NEVILLE & KIRBY, PA
Post Office Box 670, Fayetteville, NC 28302

Return to:  F. Stuart Clarke, THORP, CLARKE, NEVILLE & KIRBY, PA
Post Office Box 670, Fayetteville, NC 28302

Excise Tax: $80.00

## NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 26th day of November, 2007, by and between:

**GRAY'S CREEK PROPERTIES, a NC Partnership, consisting of: UPTON TYSON and wife, HELEN P. TYSON; CHARLES E. PRIEST and wife, PAULINE S. PRIEST; OLGA B. THORP, widow; and ALICE ROSE GIBSON LIVING TRUST, Successor in interest to the Gibson-Rose Family Limited Partnership**, hereinafter "Grantor"

**and**

**CYNTHIA M. FAIRCLOTH**, hereinafter "Grantee", whose mailing address is:4731 Grandison Court, Hope Mills, NC 28348

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

### WITNESSETH:

THAT the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the

Grantee in fee simple, all that certain lot or parcel of land situated in **CUMBERLAND** County, North Carolina and more particularly described as follows:

Beginning at an existing iron pin in the southern margin of a 60-foot private ingress, egress, regress, and utility easement (dedicated per Plat Book 60, Page 119), said point being the northeast corner of that 10.54 acre tract described in a deed recorded in Book 3993, Page 275 and running thence along the southern margin of the aforementioned easement South 62 degrees 43 minutes East 32.42 feet to a set iron pin; thence, a new line South 05 degrees 00 minutes West 518.19 feet to a set iron pin; thence North 84 degrees 30 minutes West 193.90 feet to a set iron pin; thence South 05 degrees 27 minutes West 812.31 feet to a set iron pin; thence South 74 degrees 21 minutes West 583.34 feet to a set iron pin; thence South 15 degrees 04 minutes East 1374.27 feet to a point in the run of Willis Creek; thence up the run of the Creek the following courses: South 41 degrees 59 minutes West 86.12; thence South 65 degrees 04 minutes West 91.37 feet; thence South 80 degrees 26 minutes West 115.18 feet; thence North 83 degrees 22 minutes West 24.80 feet to a point being the southeast corner of the aforementioned 10.54 acre tract recorded in Book 3993, Page 275; thence along the eastern line of said tract North 15 degrees 04 minutes West 1443.51 feet to an existing iron pin; thence North 74 degrees 21 minutes East 862.45 feet to an existing iron pin; thence North 05 degrees 27 minutes East 821.75 feet to an existing iron pin; thence South 84 degrees 30 minutes East 193.67 feet to an existing iron pin; thence North 05 degrees 00 minutes East 500.22 feet to the point of beginning containing 11.42 acres and being a portion of that 330 acre tract described in a deed recorded in Book 3155, Page 635 and Tract Two recorded in Book 3970, Page 37 of the Cumberland County Registry.

The property hereinabove described was acquired by Grantor by instrument recorded in Book 77Я Page 543, Cumberland County Registry.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever, other than the following exceptions:

Restrictions, easements and rights-of-way of record;
Ad valorem property taxes for the current year.

DEW-FAIRCLOTH_C-000052

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

## GRAY'S CREEK PROPERTIES, a NC Partnership by:

_____ (Seal)
Upton Tyson, Partner

_____ (Seal)
Charles E. Priest, Partner

_____ (Seal)
Helen P. Tyson, Partner

_____ (Seal)
Pauline S. Priest, Partner

_____ (Seal)
Olga B. Thorp, Partner

ALICE ROSE GIBSON LIVING TRUST, Partner

By: _____ (Seal)
Thomas Carr Gibson, Trustee

---

NORTH CAROLINA
CUMBERLAND COUNTY

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated UPTON TYSON and wife, HELEN P. TYSON, Partners in Gray's Creek Properties, a NC Partnership.

This the 27th day of November, 2007.

_____
Official Signature of Notary
N o t a r y ' s    p r i n t e d / t y p e d    n a m e :
_____
My Commission Expires: _____

---

NORTH CAROLINA

DEW-FAIRCLOTH_C-000053