# EXHIBIT 10

FILED ELECTRONICALLY
CUMBERLAND COUNTY NC
J. LEE WARREN, JR.

```
FILED         Mar 07, 2023
AT            09:05:31 AM
BOOK                11685
START PAGE           0543
END PAGE             0545
INSTRUMENT #        06729
RECORDING          $26.00
EXCISE TAX          $0.00
```

REVENUE: $ 0.00
PARCEL ID: 0440-72-3844

PREPARED BY: J. Scott Flowers

NO TITLE SEARCH PERFORMED, NOR TAX ADVICE GIVEN

**NORTH CAROLINA**                                         **QUITCLAIM DEED**
**COUNTY OF CUMBERLAND**

THIS DEED made this 6th day of March, 2023, by and between **Keresea Lewis Cox, and husband, Michael David Cox, Jr.,** whose mailing address is **3556 Belridge Drive, Fayetteville, North Carolina 28306, Michael David Cox, III, unmarried,** whose mailing address is, **3556 Belridge Drive, Fayetteville, North Carolina 28306,** and, **Christopher Noah Cox, unmarried,** whose mailing address is **3556 Belridge Drive, Fayetteville, North Carolina 28306,** hereinafter referred to as "Grantors" and **Keresea Lewis Cox, and husband, Michael David Cox, Jr.,** whose mailing address is **3556 Belridge Drive, Fayetteville, North Carolina 28306, Michael David Cox, III, unmarried,** whose mailing address is, **3556 Belridge Drive, Fayetteville, North Carolina 28306, Christopher Noah Cox, unmarried,** whose mailing address is **3556 Belridge Drive, Fayetteville, North Carolina 28306, and Cynthia M. Faircloth,** whose mailing address is **3884 Tranquility Road, Fayetteville, North Carolina 28391,** hereinafter referred to as "Grantees", as **JOINT TENANTS WITH RIGHT OF SURVIVORSHIP.**

WITNESSETH:

That said party of the first part, for and in consideration of the sum of One Dollar ($1.00) to it in hand paid, the receipt of which is hereby acknowledged, has remised and released and by these presents does remise, release, convey, and forever quitclaim unto the party of the second part, and his successors and assigns all right, title, claim any interest of the said party of the first part in and to those certain lots or parcels of land lying and being in the county of Cumberland, North Carolina, and more particularly described as follows:

    BEGIN all of those 11.42 acres described in Exhibit A, attached hereto and incorporated herein by reference.

The property described hereinabove was acquired by the Grantors by instrument recorded in Deed Book 10401, at Page 0897 of the Cumberland County, North Carolina Registry.

    It is the intent of the Grantors to create with this Quitclaim Deed a joint tenancy with Right of Survivorship amount the Grantees.

    SUBJECT, HOWEVER, to all taxes, special assessments and prior liens or encumbrances of record against said property and any recorded easements.

**THE PREPARER OF THIS DOCUMENT DID NOT PERFORM ANY TITLE EXAMINATION OR CONDUCT A CLOSING ASSOCIATED WITH THIS INSTRUMENT. PREPARER DRAFTED THIS DOCUMENT BASED ON INFORMATION PROVIDED TO PREPARER BY THE PARTIES TO THE TRANSACTION. PREPARER MAKES NO CERTIFICATION NOR GIVES A LEGAL OPINION REGARDING TITLE TO THE PROPERTY.**

Submitted electronically by "Hutchens Law Firm LLP"
in compliance with North Carolina statutes governing recordable documents
and the terms of the submitter agreement with the Cumberland County Register of Deeds.

Case 5:18-cv-00073-D    Document 161-10    Filed 02/12/24    Page 2 of 4
DEW-FAIRCLOTH_C-000114

To have and to hold the aforesaid lot or parcel of land and all privileges thereunto belonging to them, the Grantors, and their heirs and/or successors and assigns, free and discharged from all right, title, claim or interest of the Grantors or anyone claiming by through or under it.

IN WITNESS WHEREOF, the Grantors have caused this instrument to be signed and sealed the day and year first written above.

_____  _____
Keresea Lewis Cox (SEAL)      Michael David Cox, III (SEAL)

_____  _____
Michael David Cox, Jr. (SEAL) Christopher Noah Cox (SEAL)

STATE OF NORTH CAROLINA
COUNTY OF CUMBERLAND

I certify that the following person(s) personally appeared before me this day, acknowledging to me that she voluntarily signed the foregoing document for the purpose stated therein and her capacities indicated: **Keresea Lewis Cox**

This the ____ day of March, 2023.

_____
Paula Register, Notary
My Commission Expires: June 2, 2026

STATE OF NORTH CAROLINA
COUNTY OF CUMBERLAND

I certify that the following person(s) personally appeared before me this day, acknowledging to me that he voluntarily signed the foregoing document for the purpose stated therein and his capacities indicated: **Michael David Cox, Jr., Michael David Cox, III, and Christopher Noah Cox**

This the 6th day of March, 2023.

_____
Paula Register, Notary
My Commission Expires: June 2, 2026

2

EXHIBIT "A"

Beginning at an existing iron pin in the southern margin of a 60-foot private ingress, egress, regress, and utility easement (dedicated per Plat Book 60, Page 119), said point being the northeast corner of that 10.54 acre tract described in a deed recorded in Book 3993, Page 275 and running thence along the southern margin of the aforementioned easement South 62 degrees 43 minutes East 32.42 feet to a set iron pin; thence, a new line South 05 degrees 00 minutes West 518.19 feet to a set iron pin; thence North 84 degrees 30 minutes West 193.90 feet to a set iron pin; thence South 05 degrees 27 minutes West 812.31 feet to a set iron pin; thence South 74 degrees 21 minutes West 583.34 feet to a set iron pin; thence South 15 degrees 04 minutes East 1374.27 feet to a point in the run of Willis Creek; thence up the run of the Creek the following courses: South 41 degrees 59 minutes West 86.12; thence South 65 degrees 04 minutes West 91.37 feet; thence South 80 degrees 26 minutes West 115.18 feet; thence North 83 degrees 22 minutes West 24.80 feet to a point being the southeast corner of the aforementioned 10.54 acre tract recorded in Book 3993, Page 275; thence along the eastern line of said tract North 15 degrees 04 minutes West 1443.51 feet to an existing iron pin; thence North 74 degrees 21 minutes East 862.45 feet to an existing iron pin; thence North 05 degrees 27 minutes East 821.75 feet to an existing iron pin; thence South 84 degrees 30 minutes East 193.67 feet to an existing iron pin; thence North 05 degrees 00 minutes East 500.22 feet to the point of beginning containing 11.42 acres and being a portion of that 330 acre tract described in a deed recorded in Book 3155, Page 635 and Tract Two recorded in Book 3970, Page 37 of the Cumberland County Registry.