# EXHIBIT 13

# GENERAL WARRANTY DEED

REVENUE: **$440.00**

PARCEL ID: **Parcel #0467-20-4486**

PREPARED BY AND RETURN TO:
Hutchens Law Firm LLP
4317 Ramsey Street, Fayetteville, NC 28311

File No.: RAM1311417

This instrument prepared by: Jenny Joeckel, licensed North Carolina attorney. Delinquent taxes, if any, to be paid by the closing attorney to the county tax collector upon disbursement of closing proceeds.

Brief Legal Description:   Lot 5 Barrington Place

**NORTH CAROLINA**

**COUNTY OF CUMBERLAND**

THIS DEED made this 22 day of September, 2020, by and between

**Caviness Land Development Inc.**, whose address is
1041B Robeson St., Fayetteville, NC 28305,
hereinafter called Grantor,

and

**Allison Pini, a single woman**, whose address is
405 Jax Court, Fayetteville, NC 28312,
hereinafter called Grantee;

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

## WITNESSETH

That the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in or near the City of Fayetteville, Cumberland County, North Carolina and more particularly described as follows:

Parcel #0467-20-4671 (Parent)

Being all of Lot 5, in a Subdivision known as BARRINGTON PLACE, according to a plat of the same recorded in Plat Book 143, Page 98, Cumberland County Registry, North Carolina.

The property hereinabove described was acquired by Grantor by instrument recorded in book 10800, Page 439, Cumberland County Registry, North Carolina.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions: Restrictive covenants, easements and rights of way as may appear of record in the aforesaid registry as well as current year ad valorem taxes.

OBRIEN-PNP_A000028

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in the corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors.

**The property herein** ☐ is ☒ is not the principal residence of the Grantors.

Caviness Land Development Inc.

BY: _____
Janine Lightner, Agent

*********************************************************************************

STATE OF North Carolina

Cumberland COUNTY

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document for the purpose stated therein and in the capacity indicated:

**Janine Lightner**

This the 22 day of September, 2020.

[Notary Seal: TYLEN LIBERATORE, NOTARY PUBLIC, HARNETT COUNTY, N.C.]

(place notary seal here - pursuant to NCGS10B-37 Notarial Seal is to appear "near" the notary's signature)

_____
Notary Tylen Liberatore

_____
Print Name Tylen Liberatore

My Commission Expires: 11-20-2023