# EXHIBIT 14

```
 1

 2              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF NORTH CAROLINA
 3                        WESTERN DIVISION

 4                            - - -

 5  JAMES S. DEW, et al.,                :
                                         :
 6            Plaintiffs,                :
                                         :
 7         vs.                           :  NO. 5:18-CV-0073-D
                                         :
 8  E.I. DUPONT DE NEMOURS AND           :
    COMPANY, et al.,                     :
 9                                       :
              Defendants,                :
10  _____

11  JAMES O'BRIEN, et al.,               :
                                         :
12            Plaintiffs,                :
                                         :
13         vs.                           :  NO. 5:20-CV-00208-D
                                         :
14  E.I. DUPONT DE NEMOURS AND           :
    COMPANY, et al.,                     :
15                                       :
              Defendants.                :
16  _____

17       VIDEOTAPED DEPOSITION OF ALLISON C. PINI
    _____
18
    DATE TAKEN:       Wednesday, October 19, 2022
19
    TIME BEGAN:       8:35 a.m.
20
    TIME ENDED:       10:45 a.m.
21
    LOCATION:         DoubleTree by Hilton
22                    1965 Cedar Creek Road
                      Fayetteville, Cumberland County, NC
23
    TAKEN BY:         Defendants
24
    REPORTED BY:      Cherie J. Anderson, RMR, RPR, CRR
25  JOB NO. 218414
```

```
 1                      ALLISON PINI
 2      A    No.
 3      Q    What is your current address?
 4      A    405 Jax -- J-A-X -- Court, Fayetteville,
 5   North Carolina, 28312.
 6      Q    How long have you lived there?
 7      A    Since October of '20.
 8      Q    Were you living in Delaware before you moved
 9   to Fayetteville?
10      A    Correct.
11      Q    What caused you to move from Delaware to
12   Fayetteville?
13      A    My boyfriend had his CDL, so he got --
14   transferred jobs.  And basically, the cost of living,
15   the crime rate.  It was a bunch of different stuff
16   why we moved to North Carolina.
17      Q    Do you rent your home or own it?
18      A    We pay a mortgage.
19      Q    Who is your mortgage with?
20      A    Movement Mortgage.
21      Q    How much is the mortgage per month?
22      A    $1,181.
23      Q    What caused you to choose that house that you
24   purchased at 405 Jax Court?
25      A    It had a garage; it had two floors; it had
```

```
 1                     ALLISON PINI
 2      A    Okay.
 3      Q    Do you have any bodies of water on your
 4   property, such as a pond, a lake, or a stream?
 5      A    No.
 6      Q    When did you purchase the Jax Court Road
 7   house?
 8      A    October of 2020 is when we closed.  It was on
 9   Halloween.
10      Q    Coming up on two years.
11      A    Yeah.
12      Q    How much did you pay for it?
13      A    220,000.
14      Q    And then I think you mentioned a mortgage.
15   Did you get a mortgage immediately to purchase the
16   house?
17      A    Correct.
18      Q    Was that the mortgage that's with Movement
19   Mortgage?
20      A    Yes.
21      Q    Are there any other mortgages on the house
22   other than that Movement Mortgage that -- Movement
23   Mortgage mortgage that you mentioned?
24      A    No.
25      Q    Does anyone co-own the house with you?
```