# EXHIBIT 16

1                          BRANCH

2            IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF NORTH CAROLINA
3                     WESTERN DIVISION

4

5   JAMES S. DEW, ET AL.,            )
                                     )
6                   Plaintiffs,      )
                                     )
7        vs.                         )        CASE NO.
                                     )     5:18-cv-0073-D
8   E.I. DU PONT DE NEMOURS AND      )
    COMPANY, ET AL.,                 )
9                                    )
                    Defendants.      )
10  ---------------------------      )
    JAMES O'BRIEN, ET AL.,           )
11                                   )
                    Plaintiffs,      )
12                                   )
         vs.                         )        CASE NO.
13                                   )     5:20-cv-00208-D
    E.I. DU PONT DE NEMOURS AND      )
14  COMPANY, ET AL.,                 )
                                     )
15                  Defendants.      )
                                     )
16

17                 VIDEO DEPOSITION

18                       OF

19                 SANDRA BRANCH

20          November 11, 2022 - 8:33 a.m.

21          Fayetteville, North Carolina

22

23  Job#: 218423

24  Stenographically
       Reported by:    Lisa A. Wheeler, RPR, CRR
25

```
 1                    BRANCH
 2         A.   -- Jackson, Mississippi.
 3         Q.   Is Speech Solutions based in
 4    Fayetteville?
 5         A.   In Lumberton.
 6         Q.   What made you stop driving trucks and
 7    start working for Speech Solutions?
 8         A.   We needed insurance for one thing
 9    because we didn't -- we -- he was covered, but
10    basically, I wasn't.  I didn't have any health
11    insurance so -- and then the activities out
12    driving and just -- I just wanted to -- to do
13    something different, go back to what I was doing.
14         Q.   How long did you work at Southeastern
15    Speech?
16         A.   I'd say three years before they shut
17    down -- I mean, she sold the company.
18         Q.   Were you working there when she sold
19    the company?
20         A.   Yes.
21         Q.   At Southeastern Speech were you also
22    working as a speech language pathology assistant?
23         A.   Yes.
24         Q.   What is your current residential
25    address?
```

```
 1                    BRANCH
 2         A.   37 West Shaw Mill Road, St. Pauls.
 3         Q.   How long have you lived there?
 4         A.   I'm thinking -- I think it's, like, 22
 5    years now.
 6         Q.   Do you rent the home or own it?
 7         A.   My home --
 8         Q.   Do --
 9         A.   -- or my rental property?
10         Q.   So we're going to start with where you
11    live --
12         A.   Okay.
13         Q.   -- right now and then we'll go to the
14    rental property.
15         A.   Oh, I own it.
16         Q.   Who lives at the 37 West Shaw Mill
17    address with you?
18         A.   My husband and my nephew.
19         Q.   What's your husband's name?
20         A.   Hugh.  Hugh Branch.
21         Q.   What's your nephew's name?
22         A.   Marshawn McMillan.
23         Q.   How old is Marshawn?
24         A.   31, I think.
25         Q.   What made you move to that 37 West Shaw
```

```
 1                      BRANCH
```

 2   Mill address?

 3       A.    Actually, when I was with someone else

 4   looking for a house and I ended up buying one and

 5   they didn't and then I had to find someplace to

 6   put it and that's when I found out that Rufus

 7   Johnson was selling that property.

 8       Q.    What do you mean when you said you had

 9   to find a place to put it?

10       A.    Because I bought -- I didn't go out

11   looking for a house.  I went with someone else

12   looking for a house, but I ended up buying one.

13       Q.    Right.  But I guess what I'm asking you

14   is, like -- so were you buying a -- a mobile

15   home?

16       A.    Yes.

17       Q.    Do you currently have any other

18   properties other than 37 West Shaw Mill?

19       A.    The 21 West Shaw Mill, which is beside

20   me, and then we have a -- a home in Hope Mills

21   that we are currently selling.

22       Q.    All right.  So I just want to make sure

23   that I have this straight.  So you have one piece

24   of property and both 37 West Shaw Mill and 21

25   West Shaw Mill are on that property?

```
 1                        BRANCH

 2           A.    Yeah.   They're right -- right beside

 3    each other.

 4           Q.    Is it one lot?

 5           A.    No, separate.

 6           Q.    Sep- -- so it's two lots?

 7           A.    Yes.   But it's -- yes.

 8           Q.    But two lots right beside each other?

 9           A.    Uh-huh.

10           Q.    Are you claiming that both of them have

11    been damaged by this lawsuit?

12           A.    Yes.

13           Q.    I'm going to show you what's going to

14    be marked as Exhibit 1.   It's called your

15    Plaintiff's Fact Sheet.

16                 MS. GIESER:   Let's go off the record

17    for just a second.

18                 THE VIDEOGRAPHER:   Off the record at

19    9:03.

20                 (Discussion off the record.)

21                 (BRANCH EXHIBIT 1, Plaintiff Fact

22    Sheet, was marked for identification.)

23                 THE VIDEOGRAPHER:   Back on the record

24    at 9:04.

25    BY MS. GIESER:
```

```
 1                    BRANCH

 2        Q.    Are you claiming that any other

 3   properties you own have been affected by Du Pont

 4   or Chemours?

 5        A.    Yes.

 6        Q.    Which ones?

 7        A.    The 37 West Shaw Mill Road and 21 West

 8   Shaw Mill Road.

 9        Q.    Where did you live prior to living at

10   37 West Shaw Mill Road?

11        A.    260 Boones Trail, Chicken Foot Road.

12        Q.    What city is that in?

13        A.    In St. Pauls.

14        Q.    About when did you live there?

15        A.    Prior to 1998.  I had lived on -- I

16   lived there my entire life until I moved to 21 --

17   I mean, 37 West Shaw Mill Road.

18        Q.    Did you own that home at Boones Trail?

19        A.    I did.

20        Q.    What caused you to move from Boones

21   Trail to West Shaw -- 37 West Shaw Mill?

22        A.    Like I said, I bought a house that I

23   hadn't intended on buying but -- and my mother

24   had died so I, you know, just wanted a change.

25        Q.    Have you ever lived at 21 West Shaw
```

```
 1                      BRANCH

 2  distance, really, in between -- you know, wide, I

 3  mean.

 4         Q.   And when you say 25, you mean 25 feet?

 5         A.   May not even be that much; it's just

 6  that close.

 7         Q.   How close is the neighbor on the other

 8  side to 37 West Shaw Mill?

 9         A.   About the same distance.  A little

10  more -- they're the little -- they're a little

11  more because their house is smaller.  So, I

12  guess, 20- -- from one end of my house to end of

13  their house would be -- I'm not really sure.

14         Q.   Are there any bodies of water on your

15  property like ponds, lakes, or streams?

16         A.   No.

17         Q.   What year did you purchase 37 West Shaw

18  Mill Road?

19         A.   1998, I think it was.

20         Q.   Does anyone co-own it with you?

21         A.   No.

22         Q.   Am I correct that you purchased the

23  mobile home first and the land second?

24         A.   I did.

25         Q.   Who did you purchase the mobile home
```

```
 1                    BRANCH

 2   homeowners insurance denied?

 3        A.   No.

 4        Q.   Do you currently live at your home at

 5   37 West Shaw Mill Road full-time?

 6        A.   Yes.

 7        Q.   Do you have any vacation homes?

 8        A.   No.

 9        Q.   What is the Hope Mills house for?

10        A.   That -- my husband had that house

11   before we got married.

12        Q.   Did you say earlier that y'all are

13   trying to sell it right now?

14        A.   Yes.

15        Q.   Have you lived anywhere other than 37

16   West Shaw Mill Road for more than a month since

17   2010?

18        A.   No.

19        Q.   How long has your husband lived with

20   you at the 37 West Shaw Mill Road house?

21        A.   Ten, 11 years.

22        Q.   How long has your nephew lived there

23   with you?

24        A.   Maybe about three -- three or four

25   years.
```

```
 1                    BRANCH

 2          A.   No.

 3          Q.   Do you currently live at 21 West Shaw

 4     Mill Road?

 5          A.   No.

 6          Q.   Do you rent it out to tenants?

 7          A.   Yes.

 8          Q.   Has there ever been a time where you

 9     have lived at 21 West Shaw Mill Road?

10          A.   No.

11          Q.   Have you had tenants at 21 West Shaw

12     Mill Road for the entire time that you've owned

13     it?

14          A.   There were breaks in there.  And then

15     when I -- before I owned it I had to fix some

16     stuff in it before I could put tenants in it.

17          Q.   Since you started renting it out after

18     you made the fixes to it, has there ever been a

19     period of more than three months where you didn't

20     have a tenant?

21          A.   If -- I don't think it's been more than

22     three months, but I have had gaps in there.

23          Q.   When was the last time that you had one

24     of those gaps?

25          A.   Before my tenant that's there now.  The
```

```
 1                      BRANCH

 2           THE VIDEOGRAPHER:  This is the end of

 3    Disc Media Number 1.  The time is 10:34.

 4           (Whereupon, there was a recess in the

 5    proceedings from 10:34 a.m. to 10:38 a.m.)

 6           THE VIDEOGRAPHER:  This begins Media

 7    Number 2 in the deposition of Sandra Branch.  The

 8    time is 10:38.

 9    BY MS. GIESER:

10        Q.   Ms. Branch, you testified a little

11    earlier that at 37 West Shaw Mill Road where you

12    live, you're on municipal water, but you still

13    use bottled water; is that correct?

14        A.   I do.

15        Q.   Why is it that you use -- use bottled

16    water while hooked up to municipal water?

17        A.   Because sometimes the water would have,

18    like, little -- black little specks in it and

19    then other times it would be cloudy looking so

20    I -- I don't drink it.

21        Q.   Has 37 West Shaw Mill Road ever been on

22    well water while you have lived there?

23        A.   Yes.

24        Q.   When 37 West Shaw Mill Road was on well

25    water, did you drink the well water?
```

```
 1                        BRANCH
 2           A.    Yes.
 3           Q.    Did you switch to drinking bottled
 4     water before or after 37 West Shaw Mill Road got
 5     connected to municipal water?
 6           A.    After.
 7           Q.    Now I'm going to ask you a series of
 8     questions about your usage of water at 37 West
 9     Shaw Mill Road today, and then I will ask that
10     same set of questions for before 2017.
11                 Sit- -- starting with today, do you use
12     water in your home for drinking?
13           A.    Bottled water.
14           Q.    Do you ever use tap water for drinking
15     in your home?
16           A.    I do not, no.
17           Q.    Do you use water in your home for
18     cooking?
19           A.    Yes.
20           Q.    For that do you use bottled water or
21     tap water?
22           A.    Tap water.
23           Q.    Do you use water in your home for
24     bathing?
25           A.    Yes.
```