# EXHIBIT 17

| | Book | Page |
|---|---|---|
| BLADEN COUNTY NC 10/09/98 $30.00 Real Estate Excise Tax OCT 9 1998 | 0416 | 0107 |

STATE OF NORTH CAROLINA 

FILED
BLADEN COUNTY NC
10/09/98 2:01 PM
AVA H. EDWARDS
Register Of Deeds
By: _____ Deputy/Asst.

Excise Tax 30

Recording Time, Book and Page

Tax Lot No. .................................... Parcel Identifier No. ....................
Verified by .................................... County on the ........ day of ........
by ....................................

Mail after recording to RSJ REALTY INC PO BOX 64223 FAYETTEVILLE NC 28306

This instrument was prepared by ........ RUFUS S. JOHNSON ........
Brief description for the Index  LOT 3 RAYBON CORNER -PHASE ONE

## NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 6 day of AUGUST, 1998, by and between

| GRANTOR | GRANTEE |
|---|---|
| RSJ REALTY INC<br>PO BOX 64223<br>FAYETTEVILLE NC 28306 | SANDRA RIGGINS<br>260 BOONES TRAIL<br>ST. PAULS NC 28348 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of .. N/A .. , HOLLOW Township, BLADEN County, North Carolina and more particularly described as follows:

BEING ALL OF LOT #3 "RAYBON CORNER , PHASE ONE", AS RECORDED IN PLAT BOOK A157, PAGE 1574, BLADEN COUNTY REGISTRY, IN WHICH MAP REFERENCE IS HEREBY MADE FOR A MORE FULL AND COMPLETE DESCRIPTION OF SAID REAL PROPERTY.

N C Bar Assoc Form No. 3 © 1976, Revised © 1977 - James Williams & Co., Inc., Box 127, Yadkinville, N.C. 27055
Printed by Agreement with the N.C. Bar Assoc. 1981

RECEIVED 10/09/98
BY MCARTHUR 1112

Case 5:18-cv-00073-D    Document 161-17    Filed 02/12/24    Page 2 of 8
OBRIEN-BRA_S-000007

The property hereinabove described was acquired by Grantor by instrument recorded in ................

A map showing the above described property is recorded in Plat Book   A157   page 1574.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

SUBJECT TO ALL RESTRICTIONS, RIGHTS OF WAY AND EASEMENTS OF RECORD.

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

RSJ REALTY INC
(Corporate Name)

By: _Rufus S. Johnson_ .................. (SEAL)
RUFUS S. JOHNSON, President

ATTEST:
_Jean S. Johnson_ .................. (SEAL)
JEAN S. JOHNSON, Secretary (Corporate Seal)

.................. (SEAL)
.................. (SEAL)

USE BLACK INK ONLY

SEAL-STAMP

NORTH CAROLINA, ................ County.
I, a Notary Public of the County and State aforesaid, certify that ................ Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this _____ day of _____, _____.
My commission expires: _____ Notary Public

NORTH CAROLINA, CUMBERLAND County.
I, a Notary Public of the County and State aforesaid, certify that JEAN S. JOHNSON, personally came before me this day and acknowledged that S he is _____ Secretary of RSJ REALTY INC, a North Carolina corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its _____ President, sealed with its corporate seal and attested by HER as its _____ Secretary.
Witness my hand and official stamp or seal, this 6th day of August, 1998.
My Commission Expires September 15, 1998
My commission expires: _____ Nevagay H. Abel Notary Public

[Seal: NEVAGAY H. ABEL NOTARY PUBLIC CUMBERLAND COUNTY, N.C.]

The foregoing Certificate(s) of _Nevagay H. Abel_, a NC

is certified to be correct. This instrument and this certificate are duly registered at the date and time and in the Book and Page shown on the first page hereof.

_____, REGISTER OF DEEDS FOR _Bladen_ COUNTY
By _Charity C. Kurs_, Deputy/Assistant - Register of Deeds

OCT 9 1998

N. C. Bar Assoc. Form No. 3 © 1976. Revised © 1977  James Williams & Co., Inc., Box 127, Yadkinville, N. C. 27055
N. C. Bar Assoc. 1981

Case 5:18-cv-00073-D   Document 161-17   Filed 02/12/24   Page 3 of 3
OBRIEN-BRA_S-000008