# EXHIBIT 18

FILED
BLADEN COUNTY
CHARITY C. LEWIS
REGISTER OF DEEDS

| | |
|---|---|
| FILED | Jun 05, 2007 |
| AT | 03:54:03 pm |
| BOOK | 00614 |
| START PAGE | 0667 |
| END PAGE | 0668 |
| INSTRUMENT # | 02318 |

BLADEN COUNTY 06-05-2007
NORTH CAROLINA
Real Estate
Excise Tax    $8.00

Mailing address: Jamie Newsome, 2413 Robeson Street, Suite 5, Fayetteville, NC 28305
Prepared by: Eileen M. Bornstein, Battle Winslow Scott & Wiley, P.O. Box 7100, Rocky Mount, NC 27804

NORTH CAROLINA

BLADEN COUNTY

This Trustee's Deed made this 16th day of May, by Joseph N. Callaway, acting as Trustee in Bankruptcy in the administratively consolidated bankruptcy proceedings in the United States Bankruptcy Court for the Eastern District of North Carolina entitled In re Carriage Crossing, Inc., Case No. 04-03461-8-ATS, In re RSJ Realty, Inc., Case No. 04-02346-8-ATS, and In re Rufus Smith Johnson, Case No. 04-02638-8-ATS, Grantor, to Sandra Riggins, an individual residing in St. Pauls, North Carolina, Grantee,

WITNESSETH that whereas:

1. By orders entered by the Honorable A. Thomas Small, Bankruptcy Judge, Joseph N. Callaway is the duly appointed Chapter 7 Trustee in each of the administratively consolidated bankruptcy cases of Carriage Crossing, Inc., RSJ Realty, Inc. and Rufus Smith Johnson, identified above.

2. By order in the aforesaid administratively consolidated bankruptcy proceedings entered by the Honorable A. Thomas Small, Bankruptcy Judge, and dated September 18, 2006, public sale of the property described hereinbelow was authorized;

3. A public auction of said property was held on October 11, 2006 through October 13, 2006, wherein Sandra Riggins was the highest bidder for that certain parcel identified in this Trustee's Deed;

4. On October 5, 2006, Joseph N. Callaway, acting in his capacity as Chapter 7 Trustee for the above referenced consolidated bankruptcy cases, filed suit against Jean Johnson, widow of Debtor Rufus Smith Johnson, Callaway v. Johnson, Adversary Proceeding number 06-00238-8-ATS. In the adversary proceeding, the Trustee sought, among other things, full title to all real properties wherein Jean Johnson asserted interest as either a tenant in common with the Debtors or tenants by the entireties with Debtor Rufus Smith Johnson. A Consent Judgment was reached wherein defendant Jean Johnson agreed that Chapter 7 Trustee, Joseph N. Callaway, may sell any such property pursuant to Section 353 of the Bankruptcy Code, free and clear of her interests, with any interest in title she may have transferring to the net sale proceeds. The Consent Judgment was signed by the Honorable A. Thomas Small, Bankruptcy Judge, and dated



RECEIVED 6-5-07
BY TAX REVENUE  cgh

December 18, 2006. A certified copy of this Consent Judgment is recorded at Book 610, Page 89, of the Bladen County Registry;

5. A Fourth Report of Sale was duly filed by the aforesaid Bankruptcy Trustee and an order was entered by the Honorable A. Thomas Small, Bankruptcy Judge, on March 15, 2007, confirming sale of certain property to Sandra Riggins; and

6. The purchase price of $3,900.00 has been paid to the Trustee in full.

NOW THEREFORE, in consideration of the premises and of the sum of $3,900.00 paid by the Grantee to Joseph N. Callaway, Trustee in Bankruptcy, receipt of which is hereby acknowledged, the said Joseph N. Callaway, Trustee in Bankruptcy aforesaid, has without warranty bargained and sold and by these presents does without warranty grant, bargain, sell, and convey unto the Grantee, her heirs, successors, and assigns, that certain lot or parcel of land situate in the Hollow Township and in Bladen County, North Carolina, which is more particularly described as follows:

BEING ALL of Lot #2 "Raybon Corner, Phase 1", as recorded in plat book A157, page 1574, Bladen County Registry, in which map reference is hereby made for a more full and complete description of said real property.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land together with all privileges and appurtenances thereto belonging, unto him, the Grantee and her heirs and assigns forever, in as full and ample manner as the said Joseph N. Callaway, Trustee in Bankruptcy as aforesaid, is authorized and empowered to convey the same.

IN TESTIMONY WHEREOF the party of the first part has hereunto set his hand and seal the day and year first above written.

_____(SEAL)
Joseph N. Callaway
Trustee in Bankruptcy

NORTH CAROLINA
COUNTY OF NASH

I, Jeannie L. Ireland Notary Public, do hereby certify that Joseph N. Callaway, Trustee in Bankruptcy personally came before me this day and acknowledged the due execution of the foregoing instrument.

Witness my hand and notarial stamp, this 16th day of May, 2007.

Notary Public

Printed Name: Jeannie L. Ireland

My Commission Expires: 06-19-2008

[Stamp: Jeannie L. Ireland, Notary Public, Nash County]