# EXHIBIT 20

BOOK 2923 PAGE 737

Excise Tax $1.00

Tax Lot No. .................... Parcel Identifier No. ....................
Verified by .................... County on the .......... day of .................. , 19 ....
by ....................

Mail after recording to Charles E. Sweeny, Jr., P. O. Box 186, Fayetteville, NC 28302

This instrument was prepared by Charles E. Sweeny, Jr.
Brief description for the Index  Lot in Gray's Creek Township

## NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this 19th day of May, 1983, by and between

| GRANTOR | GRANTEE |
|---|---|
| LUCILLE G. THOMPSON, widow | JOHN D. STEVENS and wife, ANNIE MERLE STEVENS<br>1922 Freeman Mill Road<br>Greensboro, NC 27406 |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g. corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated near the City of Fayetteville, Gray's Creek Township, Cumberland County, North Carolina and more particularly described as follows:

BEGINNING at an iron pipe at the Southwest corner of the tract of which this is a part, also being 75 feet from the center line of Highway No. 87, also being the Southwest corner of the tract of land belonging to Tommy Hall; thence with the Hall line, South 86 degrees 54 minutes 30 seconds East 214.10 feet to an iron pipe; thence with a new line North 14 degrees 54 minutes East 208.70 feet to an iron pipe (a point in the original line of which this is a part); thence with the original line North 87 degrees 06 minutes West 214.10 feet to an iron pipe to old right-of-way of N.C. No. 87; with said right-of-way of road, South 14 degrees 54 minutes West 208.00 feet to the BEGINNING corner, containing one acre.

And being part of the tract of land described in deed dated September 4, 1964, from J. Wattie Thompson and wife, Lucille G. Thompson, to Jack P. Huggins.

This conveyance is made witht the provision that the above described property is not to be used for agricultural purposes, except as a home garden.

N.C. Bar Assoc Form No. 3 © 1976, Revised 1977
Printed by Agreement with the N.C. Bar Assoc. (1981)

BOOK 2923 PAGE 738

The property hereinabove described was acquired by Grantor by instrument recorded in ..........................
Deed Book 1078, Page 445, Cumberland County, North Carolina, Registry.

A map showing the above described property is recorded in Plat Book .................. page .................

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated. Title to the property hereinabove described is subject to the following exceptions:

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_____ (Corporate Name)

By: _____ President

ATTEST:

_____ Secretary (Corporate Seal)

*Lucille G. Thompson* (SEAL)
LUCILLE G. THOMPSON

_____ (SEAL)
_____ (SEAL)
_____ (SEAL)

SEAL-STAMP   NORTH CAROLINA, CUMBERLAND County.

I, a Notary Public of the County and State aforesaid, certify that LUCILLE G. THOMPSON, widow _____ Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this 19th day of May, 19 83.

My commission expires: 10/22/83    *Elaine P. Vallery* Notary Public

SEAL-STAMP   NORTH CAROLINA, _____ County.

I, a Notary Public of the County and State aforesaid, certify that _____ personally came before me this day and acknowledged that ____ he is _____ Secretary of _____ a North Carolina corporation, and that by authority duly given and as the act of the corporation, the foregoing instrument was signed in its name by its _____ President, sealed with its corporate seal and attested by _____ as its _____ Secretary.

Witness my hand and official stamp or seal, this _____ day of _____ 19____.

My commission expires: _____ Notary Public

NORTH CAROLINA, CUMBERLAND COUNTY
The foregoing or annexed certificate of *Elaine P. Vallery*
_____ Notary Public/Notaries Public is/are certified to be correct.

This instrument was presented for registration and recorded in this Office at Book 2923 Page 737

This 19 day of May, 19 83 at 4:05 O'clock P M.

Marion Clark
Register of Deeds    By *Peggy J. McLeod* Deputy Register of Deeds

6.50

BOOK 2923 PAGE 738

The property hereinabove described was acquired by Grantor by instrument recorded in ..................................................
Deed Book 1078, Page 445, Cumberland County, North Carolina, Registry.

A map showing the above described property is recorded in Plat Book .................... page ....................
TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.
And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.
Title to the property hereinabove described is subject to the following exceptions:

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_____    *Lucille G. Thompson* (SEAL)
(Corporate Name)                     LUCILLE G. THOMPSON

By: _____    _____ (SEAL)
    ........................President
                                    _____ (SEAL)
ATTEST:
_____    _____ (SEAL)
Secretary (Corporate Seal)

SEAL-STAMP    NORTH CAROLINA, CUMBERLAND County.
              I, a Notary Public of the County and State aforesaid, certify that ........................
              LUCILLE G. THOMPSON, widow ........................................................ Grantor,
              personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my
              hand and official stamp or seal, this 19th day of May, 1983.
              My commission expires: 10/22/83        *Elaine P. Vallery* Notary Public

SEAL-STAMP    NORTH CAROLINA, ........................ County.
              I, a Notary Public of the County and State aforesaid, certify that ........................
              ........................ personally came before me this day and acknowledged that .... he is ........................ Secretary of
              ........................ a North Carolina corporation, and that by authority duly
              given and as the act of the corporation, the foregoing instrument was signed in its name by its ........................
              President, sealed with its corporate seal and attested by ........................ as its ........................ Secretary.
              Witness my hand and official stamp or seal, this ........ day of ........................ 19 .........
              My commission expires: ........................................................ Notary Public

NORTH CAROLINA, CUMBERLAND COUNTY
The foregoing or annexed certificate    of    *Elaine P. Vallery*
                                              Notary Public/Notaries Public is/are certified to be correct.
This instrument was presented for registration and recorded in this Office at Book 2923 Page 737
This 19 day of May, 19 83 at 4:05 O'clock P M.
Marion Clark                            By *Peggy Jo McLeod* Deputy Register of Deeds
Register of Deeds