# EXHIBIT 21

FILED
CUMBERLAND COUNTY NC
J. LEE WARREN, JR.
REGISTER OF DEEDS

FILED       Nov 20, 2015
AT          11:43:00 am
BOOK        09760
START PAGE  0638
END PAGE    0641
INSTRUMENT # 34952
RECORDING   $26.00
EXCISE TAX  (None)
CL

# NORTH CAROLINA
## GENERAL WARRANTY DEED

| | |
|---|---|
| Excise Tax: -0- | Recording Time, Book and Page |
| Tax Map No | Parcel Identifier No. 0440-58-5540 |

~~Mail~~ after recording to: ~~HOLD~~ for George D. Regan

This instrument was prepared by: George D. Regan, Attorney at Law, St Pauls, NC 29394

THIS DEED made this 17TH day of November, 2015 by and between

Return to:

**GRANTOR**

John D. Stevens and wife,
Annie Merle Stevens

7619 S. NC 87 Hwy
Fayetteville, NC 28306

**GRANTEE**

John D. Stevens and wife,
Annie Merle Stevens

7619 S. NC 87 Hwy
Fayetteville, NC 28306

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land and more particularly described as follows:

SEE EXHIBIT "A" ATTACHED

All or a portion of the property hereinabove described was acquired by Grantor by instrument recorded in Book _____, Page _____, _____County Registry.

A map showing the above described property is recorded in Plat Book _____, Page _____, and referenced within this instrument.

The above described property ☒ does ☐ does not include the primary residence of the Grantor.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

Subject to ad valorem taxes; all applicable zoning and land use ordinances, statutes and regulations; and to the provisions of all applicable restrictive covenants and utility easements of record.

**IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officer(s), the day and year first above written.**

_____ (SEAL)
JOHN D. STEVENS

By:_____
Title: Manager/ Member_____

_____ (SEAL)
ANNIE MERLE STEVENS

By:_____
Title: _____

_____ (SEAL)

_____ (SEAL)

NORTH CAROLINA ROBESON COUNTY

I certify that the following person(s) personally appeared before me this day each acknowledging to me that he or she voluntarily signed the foregoing document: John D. Stevens and wife, Annie Merle Stevens. Witness my hand and official stamp or seal, this the 20th day of November 2015.

My Commission Expires: 8-19-2020

(N.P. SEAL)

Notary Public: Akiko Walters
Print Notary Name: Akiko Walters

NORTH CAROLINA _____ COUNTY

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she voluntarily signed the foregoing document: _____. Witness my hand and official stamp or seal, this the _____ day of _____, _____.

My Commission Expires: _____

Notary Public _____

Print Notary Name: _____

## EXHIBIT "A"

## JOHN STEVENS – NC HWY 87 & Marsh Road
### 3.82 ACRES

**LYING** in Grays Creek Township, Cumberland County, North Carolina, Being bounded on the north by the southern right of way margin of Marsh Road (SR 2232 - Public right of way varies); Bounded on the east by: the tract as conveyed to Jason L. Eaddy and wife Rebecca A. Eaddy as described and recorded in Deed Book 7088, Page 577, Cumberland County Registry and by the tract as conveyed to Justin David Goff as described and recorded in Deed Book 9157, Page 688, Cumberland County Registry; bounded on the south by the tract as conveyed to Neil Bradford McDonald and wife Ina H. McDonald as described and recorded in Deed Book 8143, Page 319, Cumberland County Registry; bounded on the west by the eastern right of way margin of N.C. HWY. 87 South (150 feet - Public right of way), and being more particularly described as follows,

**COMMENCING** from the northeast corner of Lot 2, as described and recorded in Plat Book 73, Page 43, said point being located in the southern right of way margin of Marsh Road and also being the **TRUE POINT AND PLACE OF BEGINNING,**

**THENCE** South 01 degrees 22 minutes 00 seconds East for a distance of 47.70 feet to a point;

**THENCE** North 87 degrees 08 minutes 00 seconds West for a distance of 78.00 feet to a point;

**THENCE** South 14 degrees 42 minutes 00 seconds West for a distance of 189.13 feet to a point;

**THENCE** South 86 degrees 55 minutes 42 seconds East for a distance of 188.03 feet to a point;

**THENCE** South 00 degrees 04 minutes 36 seconds East for a distance of 104.82 feet to a point;

**THENCE** North 87 degrees 04 minutes 29 seconds West for a distance of 631.96 feet to a point;

**THENCE** North 14 degrees 46 minutes 58 seconds East for a distance of 108.01 feet to a point;

**THENCE** North 14 degrees 42 minutes 03 seconds East for a distance of 207.97 feet to a point;

**THENCE** North 50 degrees 37 minutes 52 seconds East for a distance of 49.44 feet to a point;

**THENCE** South 86 degrees 21 minutes 22 seconds East for a distance of 250.88 feet to a point;

BK09760 PG0641

**THENCE** North 14 degrees 46 minutes 58 seconds East for a distance of 108.01 feet to a point;

**THENCE** North 14 degrees 42 minutes 03 seconds East for a distance of 207.97 feet to a point;

**THENCE** North 50 degrees 37 minutes 52 seconds East for a distance of 49.44 feet to a point;

**THENCE** South 86 degrees 21 minutes 22 seconds East for a distance of 250.88 feet to a point;

**THENCE** North 04 degrees 40 minutes 35 seconds West for a distance of 5.07 feet to a point;

**THENCE** South 85 degrees 12 minutes 51 seconds East for a distance of 179.90 feet to a point;

**THENCE** South 85 degrees 12 minutes 51 seconds East for a distance of 20.27 feet to a point, said point being the **TRUE POINT AND PLACE OF BEGINNING**;

Together with and subject to all covenants, restrictions and easements of record.

Said property contains 3.82 acres (166,337 square feet).

This description was prepared by Larry King and Associates, R.L.S., P.A., under the direct supervision of W. Larry King, P.L.S., L-1339, on this the 29th day of September, 2015.

The information provided in this description is taken from the following deeds and plats: Plat Book 73, Page 43, Plat Book 65, Page 25, Deed Book 6263, Page 387, Deed Book 2923, Page 737, Deed Book 3674, Page 014 and Deed Book 5715, Page 340. There was no survey done by this surveyor to prepare this description. This description is for the purpose of combination of the following parcels only: 0440-58-6553, 0440-58-4491, 0440-58-7402 and 0440-58-7405. This description is not to be used to determine boundaries or ownership. Any dispute or question as to boundaries or ownership should be answered by the information found in the deeds previously referenced.

"Not a Certified Document – This document originally issued and sealed by W. Larry King, L-1339 on 3 Aug 2015. This document shall not be considered a certified document";

_____
W. Larry King, P.L.S., L-1339