# EXHIBIT 22

```
 1

 2                 IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF NORTH CAROLINA
 3                        EASTERN DIVISION
                       NO. 5:18-CV-0073-D
 4

 5  JAMES S. DEW, et al.,      )      V-I-D-E-O-T-A-P-E-D
                               )
 6           PLAINTIFFS,       )      D-E-P-O-S-I-T-I-O-N
                               )
 7      v.                     )             OF
                               )
 8  E. I. DU PONT DE NEMOURS   )        JOHN STEVENS
    AND COMPANY, et al,        )
 9                             )
             DEFENDANTS.       )
10  _____)
                               )
11  JAMES O'BRIEN, et al.,     )
                               )
12           PLAINTIFFS,       )
        v.                     )
13                             )
    E.I. DU PONT DE NEMOURS    )
14  AND COMPANY, et al,        )
                               )
15           DEFENDANTS.       )
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
16        ON DECEMBER 7, 2022, AT THE DOUBLETREE BY HILTON

17
    APPEARANCES OF COUNSEL:
18
    FOR THE PLAINTIFF:  BRETT LAND, ESQ.
19                      BARON & BUDD, P.C.
                        3102 Oak Lawn Avenue
20                      DALLAS, TEXT 75219

21  FOR THE DEFENDANTS: BRITTA TODD, ESQ.
                        SHOOK, HARDY & BACON L.L.P.
22                      2555 GRAND BOULEVARD
                        KANSAS CITY, MISSOURI 64108
23
    _____
24  REPORTED BY: Shelia Darden

25  JOB NO. 219193
```

                    JOHN STEVENS

1

2      A.   7619 North Carolina Highway 87 South, Fayetteville,

3   28306.

4      Q.   How long have you lived there?

5      A.   1985.

6      Q.   Do you own your home there?

7      A.   Yes, ma'am.

8      Q.   Who lives with you?

9      A.   My wife.

10     Q.   I take it she has lived there since 1985, as well?

11     A.   Yes, ma'am.

12     Q.   Why did you move to the property on Highway 87?

13     A.   I get that question a lot.  My parents were around

14  80 -- 85 years old and I moved back to be near them is the

15  main reason, to take care of my two elderly parents.

16     Q.   Did they live on property nearby that?

17     A.   Oh, no, they lived ten miles from where I live.

18     Q.   Can you describe for me your home and the land

19  surrounding it?

20     A.   I guess you could -- It would be considered a ranch

21  style home, wood frame home, with about four acres. I think

22  it's 3.8 acres, to be exact. And it's around, I want to say,

23  12 or 1,300 square foot.  Three bedroom.

24     Q.   Do you know how many acres your total lot size is?

25     A.   Well, it used to be broke up into -- there's one,

1                    JOHN STEVENS

2        A.    It must have been after this picture was taken,

3   cause I don't see it there.

4        Q.    Thank you, and you can go ahead and set that to the

5   side and the court reporter will take it later. How many

6   bedrooms are in your home?

7        A.    Three.

8        Q.    How many bathrooms?

9        A.    I've got a half bath and I've got a full bath.

10       Q.    Would you consider your property to be in a rural

11  area or a suburban area?

12       A.    I consider it to be in a rural area.

13       Q.    How close is your nearest neighbor's home?

14       A.    I'd say 300 yards.

15       Q.    Are there any bodies of water on your property?

16       A.    No, ma'am.

17       Q.    I believe you said earlier that you purchased the

18  property in 1985, is that correct?

19       A.    I think it was in '83 or '4, 'cause I didn't move

20  there until '85.

21       Q.    Based on the answers that you all gave to your

22  interrogatories, I understand that there were a couple

23  different purchases of property and you had a house moved

24  there. Can you tell me about that whole process?

25       A.    Yeah. It was a one-acre lot where my house is here.

1                  JOHN STEVENS

2 And I bought a farmhouse and had it moved in there and

3 completely tore it -- I mean, just threw all the bad material

4 away and started from the ground up. And -- And used some of

5 the material, the heavy timbers and stuff that were really in

6 good shape, and everything else is basically new in this

7 house. All the walls are new. New sheetrock, new plumbing when

8 the house was done in '84 or '85, new -- new electrical,

9 everything there.

10      Q.   Do you recall where the farmhouse was before you

11 moved it to this property?

12      A.   I do. I know exactly. Bladen County.

13      Q.   Do you know if you added the cost of the purchase of

14 the land and moving the farmhouse and renovating the

15 farmhouse, what that total cost would be?

16      A.   Today?

17      Q.   What it was -- I'm sorry. What it was back in 1983

18 to '85.

19      A.   I can't -- I can't -- Seem like the number or moving

20 that house, only moving that house was somewhere in the range

21 of $1,500.  It wasn't a lot.  But the price of the -- the

22 construction was much more than that.

23      Q.   Did you get a mortgage on the construction?

24      A.   No, I didn't. I bought the property under a

25 mortgage, but -- and it was a trailer on that -- on that lot.

```
 1                JOHN STEVENS
 2    I sold the trailer and I had the trailer and the one-acre lot
 3    under contract and making payments on it. So I -- I done that
 4    for a couple of years, three years, and then I paid the
 5    property off.
 6         Q.   What about the renovations to the farmhouse, did you
 7    have to get a mortgage or any type of loan for that, or did
 8    you pay for those renovations in cash?
 9         A.   Oh, I did. I went -- I think it was Bank of America
10    and you got a mortgage so I could, you know, pay for some of
11    the cost on it. Although we done it ourself, family members.
12         Q.   When you say you did it yourself, you mean did most
13    of the work and the renovations yourself?
14         A.   Me and my son and my brother-in-law, different
15    people.
16         Q.   Do you still have the mortgage on the property at
17    all?
18         A.   No.
19         Q.   Do you know when you paid it off?
20         A.   Gosh, we should ask my wife. It's been many years. I
21    can't recall.
22         Q.   Who did you purchase the land from?
23         A.   Where my house is?
24         Q.   Yes.
25         A.   It was purchased the house and -- and little single-
```