# EXHIBIT 5

SIXTH EDITION



# Introductory
# Econometrics

## A Modern Approach

### JEFFREY M. WOOLDRIDGE

Case 5:18-cv-00073-D    Document 204-5    Filed 03/04/24    Page 2 of 4

Econometrics is based upon the development of statistical methods for estimating economic relationships, testing economic theories, and evaluating and implementing government and business policy. The most common application of econometrics is the forecasting of such important macroeconomic variables as interest rates, inflation rates, and gross domestic product (GDP). Whereas forecasts of economic indicators are highly visible and often widely published, econometric methods can be used in economic areas that have nothing to do with macroeconomic forecasting. For example, we will study the effects of political campaign expenditures on voting outcomes. We will consider the effect of school spending on student performance in the field of education. In addition, we will learn how to use econometric methods for forecasting economic time series.

Econometrics has evolved as a separate discipline from mathematical statistics because the former focuses on the problems inherent in collecting and analyzing nonexperimental economic data. **Nonexperimental data** are not accumulated through controlled experiments on individuals, firms, or segments of the economy. (Nonexperimental data are sometimes called **observational data**, or **retrospective data**, to emphasize the fact that the researcher is a passive collector of the data.) **Experimental data** are often collected in laboratory environments in the natural sciences, but they are much more difficult to obtain in the social sciences. Although some social experiments can be devised, it is often impossible, prohibitively expensive, or morally repugnant to conduct the kinds of controlled experiments that would be needed to address economic issues. We give some specific examples of the differences between experimental and nonexperimental data in Section 1-4.

Naturally, econometricians have borrowed from mathematical statisticians whenever possible. The method of multiple regression analysis is the mainstay in both fields, but its focus and interpretation can differ markedly. In addition, economists have devised new techniques to deal with the complexities of economic data and to test the predictions of economic theories.

# 1-2 Steps in Empirical Economic Analysis

Econometric methods are relevant in virtually every branch of applied economics. They come into play either when we have an economic theory to test or when we have a relationship in mind that has some importance for business decisions or policy analysis. An **empirical analysis** uses data to test a theory or to estimate a relationship.

How does one go about structuring an empirical economic analysis? It may seem obvious, but it is worth emphasizing that the first step in any empirical analysis is the careful formulation of the question of interest. The question might deal with testing a certain aspect of an economic theory, or it might pertain to testing the effects of a government policy. In principle, econometric methods can be used to answer a wide range of questions.

In some cases, especially those that involve the testing of economic theories, a formal **economic model** is constructed. An economic model consists of mathematical equations that describe various relationships. Economists are well known for their building of models to describe a vast array of behaviors. For example, in intermediate microeconomics, individual consumption decisions, subject to a budget constraint, are described by mathematical models. The basic premise underlying these models is *utility maximization*. The assumption that individuals make choices to maximize their well-being, subject to resource constraints, gives us a very powerful framework for creating tractable economic models and making clear predictions. In the context of consumption decisions, utility maximization leads to a set of *demand equations*. In a demand equation, the quantity demanded of each commodity depends on the price of the goods, the price of substitute and complementary goods, the consumer's income, and the individual's characteristics that affect taste. These equations can form the basis of an econometric analysis of consumer demand.

Economists have used basic economic tools, such as the utility maximization framework, to explain behaviors that at first glance may appear to be noneconomic in nature. A classic example is Becker's (1968) economic model of criminal behavior.

Case 5:18-cv-00073-D    Document 204-5    Filed 03/04/24    Page 3 of 4

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.

In Sections 3-3, 3-4, and 3-5, we describe various statistical properties of the OLS estimators, including unbiasedness and efficiency.

The multiple regression model is still the most widely used vehicle for empirical analysis in economics and other social sciences. Likewise, the method of ordinary least squares is popularly used for estimating the parameters of the multiple regression model.

# 3-1 Motivation for Multiple Regression

## 3-1a The Model with Two Independent Variables

We begin with some simple examples to show how multiple regression analysis can be used to solve problems that cannot be solved by simple regression.

The first example is a simple variation of the wage equation introduced in Chapter 2 for obtaining the effect of education on hourly wage:

$$wage = \beta_0 + \beta_1 educ + \beta_2 exper + u, \qquad [3.1]$$

where *exper* is years of labor market experience. Thus, *wage* is determined by the two explanatory or independent variables, education and experience, and by other unobserved factors, which are contained in *u*. We are still primarily interested in the effect of *educ* on *wage*, holding fixed all other factors affecting *wage*; that is, we are interested in the parameter $\beta_1$.

Compared with a simple regression analysis relating *wage* to *educ*, equation (3.1) effectively takes *exper* out of the error term and puts it explicitly in the equation. Because *exper* appears in the equation, its coefficient, $\beta_2$, measures the ceteris paribus effect of *exper* on *wage*, which is also of some interest.

Not surprisingly, just as with simple regression, we will have to make assumptions about how *u* in (3.1) is related to the independent variables, *educ* and *exper*. However, as we will see in Section 3-2, there is one thing of which we can be confident: because (3.1) contains experience explicitly, we will be able to measure the effect of education on wage, holding experience fixed. In a simple regression analysis—which puts *exper* in the error term—we would have to assume that experience is uncorrelated with education, a tenuous assumption.

As a second example, consider the problem of explaining the effect of per-student spending (*expend*) on the average standardized test score (*avgscore*) at the high school level. Suppose that the average test score depends on funding, average family income (*avginc*), and other unobserved factors:

$$avgscore = \beta_0 + \beta_1 expend + \beta_2 avginc + u. \qquad [3.2]$$

The coefficient of interest for policy purposes is $\beta_1$, the ceteris paribus effect of *expend* on *avgscore*. By including *avginc* explicitly in the model, we are able to control for its effect on *avgscore*. This is likely to be important because average family income tends to be correlated with per-student spending: spending levels are often determined by both property and local income taxes. In simple regression analysis, *avginc* would be included in the error term, which would likely be correlated with *expend*, causing the OLS estimator of $\beta_1$ in the two-variable model to be biased.

In the two previous similar examples, we have shown how observable factors other than the variable of primary interest [*educ* in equation (3.1) and *expend* in equation (3.2)] can be included in a regression model. Generally, we can write a model with two independent variables as

$$y = \beta_0 + \beta_1 x_1 + \beta_2 x_2 + u, \qquad [3.3]$$

where

$\beta_0$ is the intercept.
$\beta_1$ measures the change in *y* with respect to $x_1$, holding other factors fixed.
$\beta_2$ measures the change in *y* with respect to $x_2$, holding other factors fixed.

Case 5:18-cv-00073-D    Document 204-5    Filed 03/04/24    Page 4 of 4

Copyright 2016 Cengage Learning. All Rights Reserved. May not be copied, scanned, or duplicated, in whole or in part. Due to electronic rights, some third party content may be suppressed from the eBook and/or eChapter(s).
Editorial review has deemed that any suppressed content does not materially affect the overall learning experience. Cengage Learning reserves the right to remove additional content at any time if subsequent rights restrictions require it.